## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **JESSE BRUMBAUGH,** | : |
| **4057 Beechwood Ave.** | :    **Case No.** _____ |
| **Cincinnati, Ohio 45229,** | : |
| | :    **JUDGE** _____ |
| **and** | : |
| | : |
| **JENNIFER FOSTER,** | : |
| **4057 Beechwood Ave.** | : |
| **Cincinnati, Ohio 45229,** | : |
| | :    **COMPLAINT** |
| **Plaintiffs,** | : |
| | :    **(JURY DEMAND ENDORSED HEREIN)** |
| **v.** | : |
| | : |
| **BARRETT SINGLETON,** | : |
| **3985 Tatton Park** | : |
| **Lexington, Kentucky 40515,** | : |
| | : |
| **and** | : |
| | : |
| **CLAIRE SINGLETON,** | : |
| **3985 Tatton Park** | : |
| **Lexington, Kentucky 40515,** | : |
| | : |
| **Defendants.** | : |

Plaintiffs Jesse Brumbaugh and Jennifer Foster, husband and wife, individually and as guardians of their minor children B.B. and R.B. (the "Plaintiffs"), hereby bring this complaint against Defendants Barrett Singleton and Claire Singleton, husband and wife (the "Defendants"). Plaintiffs hereby complain and allege as follows.

### NATURE OF THE ACTION

1. This action arises out of a lead hazard abatement order that been issued by the City of Cincinnati the real property located at 4057 Beechwood Avenue, in the City of Cincinnati, Hamilton County, State of Ohio (Hamilton County, Ohio Auditor's Parcel Id. No. 115-0006-0009-

1

00) (the "Property"), and Defendants' failure to disclose that order while selling the Property to Plaintiffs.

2.      As explained more herein, Defendants violated their duty under federal law to disclose documents and information regarding lead-based hazards to a potential purchaser; and the statutory penalty for violating that duty is treble damages.

3.      Further, Defendants committed fraud and breached their contract with Plaintiffs by purposely concealing and failing to disclose the abatement order and totality of the lead-based hazards present at the Property.

4.      Defendants' violation of their duties under federal and state law has caused Plaintiffs significant damages in terms of costs to mitigate the undisclosed lead hazards affecting the Property they bought from Defendants. Further, Plaintiffs' two minor children B.B and R.B have been exposed to lead hazards and suffered bodily injury as a result, for which Defendants are also responsible.

5.      Although Plaintiffs attempted to negotiate a reasonable resolution to this matter, the parties have been unable to reach a compromise. Plaintiffs therefore bring this action against Defendants seeking actual damages, treble damages, and punitive damages, as well as an award of all costs, attorneys fees, and expert fees.

## THE PARTIES

6.      Plaintiff Jesse Brumbaugh is an individual residing at 4057 Beechwood Avenue, Cincinnati, Ohio 45229. He is the husband of Plaintiff Jennifer Foster and the father and legal guardian of B.B. and R.B.

2

7.      Plaintiff Jennifer Foster is an individual residing at 4057 Beechwood Avenue, Cincinnati, Ohio 45229. She is the wife of Plaintiff Jesse Brumbaugh and the mother and legal guardian of B.B. and R.B.

8.      Non-party B.B. is a minor child of Plaintiffs who was born on March 4, 2022, and has resided at the Property for her entire life. B.B. has tested positive for high levels of lead in her bloodstream and hereby brings her claims by and through Plaintiffs, pursuant to Civ.R. 17(a)(1).

9.      Non-party R.B. is a minor child of Plaintiffs who was born on September 8, 2023, and has resided at the Property for his entire life. R.B. has tested positive for high levels of lead in his bloodstream and hereby brings his claims by and through Plaintiffs, pursuant to Civ.R. 17(a)(1).

10.     Defendant Barrett Singleton is an individual residing at 985 Tatton Park, Lexington, Kentucky 40515. He is the husband of Defendant Claire Singleton and a former owner of the Property.

11.     Defendant Claire Singleton is an individual residing at 3985 Tatton Park, Lexington, Kentucky 40515. She is the wife of Defendant Barrett Singleton and a former owner of the Property.

## JURISDICTION AND VENUE

12.     This Court has subject matter jurisdiction over Plaintiffs' federal claims pursuant to 28 U.S.C § 1331 because they allege violations of state law, and over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367 because the entire case contains a common nucleus of operative fact. The Court has further subject matter jurisdiction over all Plaintiffs' claims under 28 U.S.C § 1332 because there is diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000.

13. This Court has personal jurisdiction over Defendants pursuant to R.C. 2307.382 because Defendants sold real property in the State of Ohio and because they caused injury to Plaintiffs in the State of Ohio.

14. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) and under S.D. Ohio Civ. R. 82.1(b) because the Property at issue in this case is located in Hamilton County, Ohio.

### ALLEGATIONS COMMON TO ALL COUNTS

15. Plaintiffs incorporate the foregoing allegations of this Complaint as if fully restated in this paragraph.

16. The Property consists of approximately 0.415 acres of land and improvements thereto, including a single-family home constructed circa 1921.

17. Defendants took title to the Property on or about October 23, 2017, pursuant to a fiduciary deed on file with the Hamilton County Recorder at O.R. Book 13558 Page 126.

18. On or about March 8, 2019, Defendants received an Order to Control Lead Hazards (the "Order") from the City of Cincinnati (the "City") Health Department. A true and accurate copy of the Order is attached hereto as Exhibit A.

19. The Order stated that Defendants were required "to control the lead hazards identified in the property . . . at 4057 BEECHWOOD AV[E], Cincinnati, Ohio 45229" and referred to an incident of "a child's lead poisoning."

20. Attached to the Order was a Lead Based Paint Inspection and Lead Risk Assessment Report performed by a licensed lead risk assessor in the City's Health Department. Section 1 of that report contained the following language.

1. **Disclosure Requirements for Residential Units**

Ohio law (section 5302.30 of the Revised Code) requires every person who intends to transfer any residential real property by sale, land installment contract, lease with option to purchase, exchange, or lease for a term of ninety-nine years and renewable forever, to complete and provide a copy to the prospective transferee of the applicable property disclosure forms, disclosing known hazardous conditions of the property, including lead-based paint hazards.

Federal law (24 CFR part 35 and 40 CFR part 745) requires sellers and lessors of residential units constructed prior to 1978, except housing for the elderly or persons with disabilities (unless any child who is less than six years of age resides or is expected to reside in such housing) or any zero-bedroom dwelling to disclose and provide a copy of this report to new purchasers or lessees before they become obligated under a lease or sales contract. Property owners and sellers are also required to distribute an educational pamphlet approved by the United States Environmental Protection Agency and include standard warning language in sales contracts or in or attached to lease contracts to ensure that parents have the information they need to protect children from lead-based paint hazards.

21.     On or about February 11, 2020, the City's Health Department issued a Notice of Compliance to Defendants. A true and accurate copy of the Notice of Compliance is attached hereto as Exhibit B.

22.     Although the Notice of Compliance stated that "the lead hazards indicated in the [Order] have been sufficiently controlled," it reiterated a warning to Defendants regarding their disclosure obligations under federal and state law, as follows.

Ohio law (section 5301.30 of the Revised Code requires every person who intends to transfer any residential real property by sale, land installment contract, lease with option to purchase, exchange, or lease for a term of 99 years and renwable forever, to complete and provide a copy to the prospectve transferee of the applicable property disclosure forms, disclosing known hazardous conditions of the property, including lead-based paint hazards.

Federal law (24 CFR part 35 and 40 CFR part 745) requires sellors and lessors of residential units constructed prior to 1978, except housng

(unless any child who is less than 6 years of age resides or is expected to reside in such housing) or any zero-bedroom dwelling to disclose and provide a copy of this report to new purchasers or lesses before they become obligated under a lease or sales contract. Property owners and sellers are also required to distribute an educational pamphlet approved by the United States Environmental Protection Agency and include standard warning language in or attached to leade contracts to ensure that parents have the information they need to protect children from lead-based paint hazards.

23.     On or about April 27, 2021, Plaintiffs and Defendants signed a Contract to Purchase (the "Purchase Contract"). A true and accurate copy of the Purchase Contract is attached hereto as Exhibit C. The Purchase Contract contained numerous contingencies, however, and did not

obligate Plaintiffs to close on the transaction until certain conditions had been satisfied. Further, the Purchase Contract was amended and restated by the parties numerous times.

24. Prior to executing the Purchase Contract, Defendants had provided Plaintiffs with a Lead-Based Paint Disclosure Form signed by Plaintiffs, a true and accurate copy of which is attached hereto as Exhibit D.

25. The Lead-Based Paint Disclosure Form contained an affirmative statement that "Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing." Defendants knew that this statement was false, because they had received multiple such reports and records from the City, including the Order and the Notice of Compliance. Defendants intentionally made this misrepresentation with the intent to induce Plaintiffs into relying on the same and purchasing the Property.

26. The Lead-Based Paint Disclosure Form also contained the following statement: "This home participated in the Ohio Lead Abatement Tax Program." This was at most a half-truth, because Defendants omitted that they also participated in the Childhood Lead Poisoning Prevention Program

27. The Lead-Based Paint Disclosure Form further contained the following statement: "All friction surfaces have been cleared by the Cincinnati Health Dept." This was an affirmative misrepresentation, because the City did not clear "[a]ll friction surfaces." The Order specifically stated, "We did not get access to the basement they do not use the basement," meaning that the City did not evaluate or clear friction surfaces in the basement. But Defendants regularly used the basement as a laundry area, workshop, and the sole entrance into the home through the garage; thus, the Order indicates that Defendants misrepresented their use of the Property in order to obtain

the Notice of Compliance. And by claiming that the City had cleared all friction surfaces, Defendants misrepresented to Plaintiffs what the City had actually done.

28. Defendants also provided their realtor with a list of major projects that had occurred on the Property (the "Work History"), and that Work History was provided to Plaintiffs to induce their purchase of the Property. A true and accurate copy of the Work History is attached hereto as Exhibit E.

29. Although Defendants undertook some scope of work in response to the Order, that work was omitted from the Work History. Further, Defendants never provided Plaintiffs with the Order, the Notice of Compliance, or any other documents regarding lead-based hazards beyond the Lead-Based Paint Disclosure Form.

30. These omissions violated Defendants' statutory duty of disclosure under 42 U.S.C. 4852d. These omissions also violated Defendants' duty to disclose a latent defect of real property under Ohio common law.

31. Defendants knowingly concealed documents and facts relating to lead-based hazards with the intent to induce Plaintiffs into relying on the same and purchasing the Property.

32. Defendants' conduct with respect to the lead-based hazards was undertaken with a conscious disregard for the rights and safety of Plaintiffs and their children, as Defendants knew or should have known that lead is toxic to human health.

33. Plaintiffs relied on Defendants' misrepresentations and omissions by waiving the opportunity to conduct a lead-based paint risk assessment or inspection prior to closing. This reliance was justifiable because Defendants' representations appeared reasonable on their face and Plaintiffs had no reason to doubt them under the circumstances.

34. Plaintiffs conducted a reasonable inspection of the Property, but that inspection did not include a lead risk assessment because Plaintiffs reasonably believed that there was nothing in the history of the Property that would justify special concern or vigilance with respect to lead-based paint hazards.

35. The parties proceed to closing on or about August 3, 2021. At closing, Defendants executed a general warranty deed conveying the Property to Plaintiffs. That deed is on file with the Hamilton County Recorder at O.R. Book 14481 Page 01517. And in accordance with the Purchase Contract, Plaintiffs timely paid Defendants a sum of $700,000.00 as consideration for the Property.

36. Plaintiffs complied with and performed all their obligations under the Purchase Contract.

37. Plaintiffs' daughter, B.B., was born on March 4, 2022.

38. In or about July 2022, a blood test by a pediatrician indicated that B.B. had a blood lead reference value ("BLRV") in excess of 3.5 µg/dL. Although there is no know safe level for lead in the bloodstream of a child, this measurement meant that B.B. had an higher level of lead in her bloodstream than most children, according to metrics used by the U.S. Center for Disease Control and Prevention.

39. After receiving B.B.'s blood test, Plaintiffs attempted to find the source of the lead exposure. They then discovered deteriorating lead-based paint on the radiators in the Property. Upon this discovery, they moved out of the Property and engaged certified lead abatement contractor to remediate the lead-based paint on the radiators and two doors in the home. Reasonably believing that any hazard had been abated, Plaintiffs then moved back into the home.

40.     Plaintiffs' son, R.B., was born on September 8, 2023. At a pediatrician appointment on September 14, 2024, R.B.'s BLRV was in excess of 3.5 µg/dL. This alarmed Plaintiffs and prompted them to move out of their home again and look further into the source of the possible lead hazards.

41.     As part of this further investigation, Plaintiffs contacted the City's Childhood Lead Poisoning Prevention Program. The City then sent a lead risk inspector to the Property on an unofficial visit. The inspector informed Plaintiffs that the Property, for the first time, that the Property had a documented history of lead-based hazards and that a child had previously experience lead poisoning while living at the Property.

42.     On or about October 2, 2024, the City provided Plaintiffs with the Order and Notice of Compliance that Defendants had failed to disclose. This was the first time that Plaintiffs had actual knowledge of either document.

43.     In the spring of 2025, Plaintiffs engaged a lead risk assessor to perform a full lead-based paint inspection and lead risk assessment for the Property (the "2025 Assessment"). A true and accurate copy of that attached hereto as Exhibit F.

44.     The Assessment documented lead-based hazard remediations made to date, and revealed significant additional amounts of lead-based hazards that have not been remediated and will cost hundreds of thousands of dollars to abate.

45.     Under federal law, Plaintiffs have a legal duty to disclose the Assessment to future tenants or purchasers.

**COUNT ONE**
**Violations of the Residential Lead-Based Paint Hazard Reduction Act**
**(42 U.S.C. § 4852d; 24 CFR § 35.88; 40 CFR § 745.113; 24 CFR § 35.96(c)-(d); and 40 CFR § 745.118(c)-(d))**

46. Plaintiffs incorporate the foregoing allegations of this Complaint as if fully restated in this paragraph.

47. Congress enacted the Residential Lead-Based Paint Hazard Reduction Act of 1992 ("RLPHRA"), which is codified at 42 U.S.C. 4851-4856.

48. One of purposes of the RLPHRA is to "to ensure that the existence of lead-based paint hazards is taken into account in the development of Government housing policies and in the sale, rental, and renovation of homes and apartments…" 42 U.S.C. § 4851a.

49. RLPHRA and its implementing regulations – 24 CFR §§ 35.80-1355 and 40 CFR §§ 745.100-119 – mandate sellers of real property built before 1978 to disclose the following information to buyers of that real property any known information or reports concerning lead-based paint and lead-based paint hazards.

50. "Any person who knowingly violates the provisions of this section shall be jointly and severally liable to the purchaser or lessee in an amount equal to 3 times the amount of damages incurred by such individual." 42 U.S.C. § 4852d(b)(3).

51. The Property was built prior to 1978, and Defendants had a duty to disclose to Plaintiffs all necessary information concerning lead-paint and lead-paint based hazards as outlined by RLPHRA.

52. Upon the sale of the Property, the Lead-Based Paint Disclosure Form, signed by Defendants included that "Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing." Ex. D.

53.     Defendants failed to provide complete and accurate disclosures to Plaintiffs regarding the lead-based paint and lead-based paint hazards, and therefore, are in direct violation of RLPHRA and its implementing regulations.

54.     "RLPHRA authorizes private enforcement through civil actions…" *Roberts v. Hamer*, 655 F.3d 578, 582 (6th Cir. 2011).

55.     Plaintiffs are therefore entitled to recover three times the actual damages they have incurred as a result of Defendants' conduct.

**COUNT TWO**
**Violation of the Toxic Substances Control Act**
**(15 U.S.C. § § 2601-2629; 15 U.S.C. § 2689; and 40 CFR § 745.118(e))**

56.     Plaintiffs incorporate the foregoing allegations of this Complaint as if fully restated in this paragraph.

57.     The Toxic Substances Control Act of 1976 ("TSCA") requires reporting and record keeping regarding certain toxic substances.

58.     "It shall be unlawful for any person to fail or refuse to comply with a provision of this subchapter or with any rule or order issued under this subchapter." 15 U.S.C. § 2689.

59.     As explained above, Defendants violated "§ 745.107 (disclosure requirements for sellers and lessors)," and provided false information in an attempt to comply with "§ 745.113 (certification and acknowledgment of disclosure)." 40 CFR § 745.118(e)

60.     Under 40 CFR § 745.118(e), the failure to comply with the above requirements is a violation of not only the RLPHRA but also 15 U.S.C. § 2689 of TSCA.

61.     Defendants violated 40 CFR § 745.118(e) one or more times, and pursuant to subsection (c), Plaintiffs are entitled to treble damages for each violation.

## COUNT THREE
### Fraudulent Misrepresentation
### (Ohio Common Law)

62.     Plaintiffs incorporate the foregoing allegations of this Complaint as if fully restated in this paragraph.

63.     Under Ohio common law, the elements of fraud are: "(a) a representation or, where there is a duty to disclose, concealment of a fact, (b) which is material to the transaction at hand, (c) made falsely, with knowledge of its falsity, or with such utter disregard and recklessness as to whether it is true or false that knowledge may be inferred, (d) with the intent of misleading another into relying upon it, (e) justifiable reliance upon the representation or concealment, and (f) a resulting injury proximately caused by the reliance." *Lucarell v. Nationwide Mut. Ins. Co.*, 2018-Ohio-15, ¶ 61, quoting *Groob v. KeyBank*, 2006-Ohio-1189, ¶ 47.

64.     As stated above, Defendants made multiple affirmative misrepresentations and concealed numerous documents and facts related to lead-based hazards. The net effect of these acts and omissions was to represent to Plaintiffs that there was no issue with lead-based hazards, and/or that any such issue had been resolved.

65.     But Defendants knew this was false: they had knowledge of lead-based hazards affecting the Property; they had numerous documents regarding lead-based hazards, including the Order and Notice of Compliance; and they knew that lead-based hazards continued despite the City's clearance.

66.     Defendants' misrepresentations and concealment regarding lead-based hazards were undertaken for the purpose of inducing Plaintiffs to rely on the same and Purchase the Property at a price that did not reflect the cost of remediating the remaining lead-based hazards.

67. Plaintiffs justifiably relied on Defendants' misrepresentations and concealment by waiving the opportunity to conduct their own lead risk assessment prior to closing, by closing on the Property at all, and closing on the Property without a reduction in purchase price.

68. As a result of Defendants' conduct, Plaintiffs and their children have sustained actual damages, including but not limited to bodily injury, pain and suffering, and medical expenses; costs to investigate and remediate the lead-based hazards; and loss in property value.

<u>**COUNT FOUR**</u>
**Breach of Contract**
**(Ohio Common Law)**

69. Plaintiffs incorporate the foregoing allegations of this Complaint as if fully restated in this paragraph.

70. Plaintiffs and Defendants executed the Purchase Contract, which is a valid, binding, and enforceable agreement.

71. The Lead-Based Paint Disclosure Form was incorporated by reference into the Purchase Contract.

72. Plaintiffs fully satisfied their obligations under the Purchase Contract, including paying Defendants the agreed-upon Purchase Price.

73. By knowingly and intentionally misrepresenting material statements about the Property, in the Lead-Based Paint Disclosure Form and otherwise, Defendants breached the Purchase Contract.

74. Defendants' breach has caused Plaintiffs to suffer damages, for which Defendants are now liable.

## COUNT FIVE
### Declaratory Judgment
### (28 U.S.C. § 2201; R.C. 2721.03)

75.     Plaintiffs incorporate the foregoing allegations of this Complaint as if fully restated in this paragraph.

76.     Defendants' liability to Plaintiffs under the Purchase Contract, federal law, and state law constitutes a genuine controversy which is justiciable by this Court.

77.     Plaintiffs therefore seek a declaration that Defendant has violated the RLPHRA, violated the TSCA, committed fraud, and committed a breach of contract, as alleged herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for the following relief:

1.     Grant a jury trial on all appropriate issues;

2.     Declare that Defendants have violated the RLPHRA, violated the TSCA, committed fraud, and committed a breach of contract, and are therefore liable to Plaintiffs;

3.     Award to Plaintiffs actual damages, treble damages, and punitive damages against Defendants, in amounts to be proven at trial;

4.     Award to Plaintiffs their reasonable attorneys fees, expert fees, and costs, to the extent provided by law;

5.     Award pre-judgment and post-judgment interest at the highest legal rate, to the extent provided by law;  and

6.     Grant such other and further relief as justice and equity require.

14

Date: April 25, 2025                                    Respectfully submitted,


J.P. Burleigh (0101560)
Sean S. Suder (0078535)
SUDER, LLC
1502 Vine Street, Fourth Floor
Cincinnati, OH 45202
(513) 694-7500
jp@ssuder.com
sean@ssuder.com
*Counsel for Plaintiffs Jesse Brumbaugh and*
*Jennifer Foster*

15

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that foregoing Complaint was electronically filed through CM/ECF this 25th day of April, 2025. I further certify that the Clerk of Courts has been (or will be) instructed to issue service of a summons and a copy of this complaint to each of the parties listed in the caption, pursuant to Fed. R. Civ. P. 4.

Respectfully submitted,

J.P. Burleigh (0101560)
*Counsel for Plaintiffs Jesse Brumbaugh and Jennifer Foster*

**EXHIBIT A**
**Order to Control Lead Hazards**

**Cincinnati Health Department**
Lead Poisoning Prevention Program
3301 Beekman Street
Cincinnati, OH 45225
(513) 357-7420



# ORDER TO CONTROL LEAD HAZARDS

*This order is issued under section 3742.37 of the Ohio Revised Code and*
*rule 3701-30-09 of the Ohio Administrative Code*

03/08/2019

**To:** SINGLETON BARRETT B & CLAIRE M           **Case Number: CHL1900013**
      4057 BEECHWOOD AVE
      CINCINNATI OH 45229

**You are hereby ordered to control the lead hazards identified in the property you own at 4057 BEECHWOOD AV, Cincinnati, Ohio 45229.** The Cincinnati Health Department conducted a public health lead risk assessment at the above property on 03/06/2019. Lead Hazards were found which contributed, in whole or in part, to a child's lead poisoning. A copy of the risk assessment report is enclosed.

**You have 90 days from receipt of this order to repair the following hazards. The hazards MUST be repaired by an Ohio licensed lead abatement contractor. You are REQUIRED to deliver a copy of this order to the occupants of each unit under this order.**

### Exterior Lead-based Paint Hazards

| Lead Hazard and Location | Condition |
|---|---|
| EXTERIOR - EXTERIOR - A - DOOR SILL | FRICTION IMPACT |
| EXTERIOR - EXTERIOR - A - STORM DOOR | FRICTION IMPACT |
| EXTERIOR - GARAGE - C - DOOR FRAME | DETERIORATED |

## Interior Lead-based Paint Hazards

| Lead Hazard and Location | Condition |
|---|---|
| INTERIOR - ALL - ALL - DOOR JAMB | FRICTION IMPACT |
| INTERIOR - ALL - ALL - DOOR IMP | FRICTION IMPACT |
| INTERIOR - ALL - ALL - WINDOW SASH | FRICTION IMPACT |
| INTERIOR - ALL - ALL - WINDOW TROUGH | FRICTION IMPACT |
| INTERIOR - 2BAD - ALL - WALL | DETERIORATED |
| INTERIOR - KITCHEN - C - CABINET DOORS | FRICTION IMPACT |
| INTERIOR - KITCHEN - C - CABINET WALL | DETERIORATED |

## Hazardous Dust Sample Results

| Sample | Location | Component | Result ($\mu g/ft^2$) | Hazard Level | Lead Hazard (Yes or No) |
|---|---|---|---|---|---|
| F/19/03/06/1 | 3BR | FW | 233.71 | 40 | Y |
| F/19/03/06/10 | F | FW | 101.42 | 40 | Y |
| F/19/03/06/2 | 3BR | WIS | 3,363.60 | 250 | Y |

**After corrections have been made, the property must pass a clearance examination.** The clearance examination must be performed by an Ohio licensed lead risk assessor. You must provide a copy of the clearance examination report to the Cincinnati Health Department. **The property will remain subject to this order until this department is notified that a clearance examination has been passed and you receive a Notice of Compliance Letter from the Cincinnati Health Department.**

****If you do not comply with this lead hazard control order, the Cincinnati Health Department may issue an Order to Vacate which would prohibit anyone from living in the residence or using it as a child day-care or school. A warning sign would be posted to show the public that the property is unsafe. If this unit is vacated, for any reason, it is to remain vacant until the lead hazard control order has been lifted.****

*Failure to comply with orders issued by 04/12/2019, will result in criminal prosecution pursuant to Board of Health Regulation section 00053-15, contrary to and in violation of section 601-99 of the Cincinnati Municipal Code, a misdemeanor of the first degree with the possible penalties of up to 180 days incarceration and/or $1000.00 fine.*

Should you have any questions about this order, please contact Ferooz Rezvannejad at (513) 357-7374 or ferooz.rezvannejad@cincinnati-oh.gov

_Ferooz Rezvannejad_             03/08/2019

_____        _____

Ferooz Rezvannejad                                 Date
Licensed Lead Risk Assessor

## Lead Hazard Control- Method Selection
## Cincinnati Health Department

### YOU <u>MUST</u> RETURN THIS FORM

*Revised Code section 3742.38 and Ohio Administrative Code section 3701-30-10 states that you, the owner or manager of a residential unit, child day-care facility or school, shall inform the director of health in writing of the method you choose to control each lead hazard. In addition, you must notify our department of the name(s) of the lead abatement contractor(s) you have contacted.*

Please complete this with a licensed lead abatement contractor.**YOU MUST return this form at least 10 days prior to the start of lead abatement work on the property** to Cincinnati Health Department, Attn: Ferooz Rezvannejad, R.S., 3301 Beekman St., Cincinnati, OH 45225. You may also fax this form to 513-357-7205 or e-mail it to ferooz.rezvannejad@cincinnati-oh.gov. Any questions regarding this form should be directed to Ferooz Rezvannejad at (513) 357-7374.

*\*\*\*\*Discuss the methods of control with your licensed lead abatement contractor or with Ohio Department of Health's Environmental Compliance Program at 1-877-NOT-LEAD. Make sure the method selected for each hazard is appropriate for your needs and that you have a complete understanding of any further obligations that choice requires.\*\*\*\**

| Property Address | 4057 BEECHWOOD AV | | |
|---|---|---|---|
| Owner Name | SINGLETON BARRETT B & CLAIRE M | | |
| Owner Address | 4057 BEECHWOOD AVE CINCINNATI OH 45229 | | |
| E-mail Address | | Telephone # | |

| Name of Licensed Abatement Contractor Contacted | Abatement License # | Date Contacted |
|---|---|---|
| | | |

Owner Signature: _____   Date: _____

Owner Printed Name: _____

5

| METHOD of CONTROL Selected by Property Owner Exterior Paint: (Check the ones that apply) | |
|---|---|
| ☐ Removal and replacement | ☐ Enclosure |
| ☐ Paint removal | ☐ Encapsulation* |
| ☐ Paint Stabilization** | ☐ Friction/impact point |
| ☐ Other | |

| METHOD of CONTROL Selected by Property Owner Interior Paint: (Check the ones that apply) | |
|---|---|
| ☐ Removal and replacement | ☐ Enclosure |
| ☐ Paint removal | ☐ Encapsulation* |

| METHOD of CONTROL Selected by Property Owner Dust-lead hazards: (Check the ones that apply) | |
|---|---|
| ☐ Source Removal | ☐ Component removed |
| ☐ Specialized Cleaning | ☐ Other |

| METHOD of CONTROL Selected by Property Owner Soil-lead hazards: (Check the ones that apply) | |
|---|---|
| ☐ Removal and replacement | ☐ Impermanent soil |
| ☐ Other | |

| METHOD of CONTROL Selected by Property Owner Paint-chip hazards: (Check the ones that apply) | |
|---|---|
| ☐ Source Removal | ☐ Specialized Cleaning |
| ☐ Other | |

\* Encapsulation and paint stabilization are not permitted on friction surfaces, including window jambs and door jambs.

\*\* Requires an ongoing maintenance and monitoring schedule and an annual clearance examination; Rule 3701-30-09 of the Ohio Administrative Code.

6



# LEAD BASED PAINT INSPECTION AND LEAD RISK ASSESSMENT REPORT

## Performed at:
Private Residence
4057 BEECHWOOD AV
Cincinnati, Ohio 45229
Hamilton County

Estimated Date of Construction (if available): 1921

## Prepared For:
SINGLETON BARRETT B & CLAIRE M
4057 BEECHWOOD AVE
CINCINNATI OH 45229

## Prepared By:
Ferooz Rezvannejad, R.S., Licensed Lead Risk Assessor
License Number: LA-008511
City of Cincinnati Health Department
Childhood Lead Posioning Prevention Program
3301 Beekman Street
Cincinnati, OH 45225
P (513) 357-7374
F (513) 357-7205

Signature:

Date of Report: 03/08/2019
Date of Assessment: 03/06/2019

# TABLE OF CONTENTS

1. Disclosure Requirements for Residential Units

2. Background Information

3. Executive Summary

4. Identifying Information and Purpose of Lead Based Paint Inspection and Lead Hazard Risk Assessment

5. Identified Lead Paint Hazards

6. Excluded Components

7. Ongoing Monitoring

8. Disclosure Regulations

9. Conditions and Limitations

10. Site Information and Field Testing
    a. Paint Sampling and Testing
    b. XRF Lead-Based Paint Testing Results
    c. Interior Dust Sampling and Laboratory Information
    d. Soil Sampling and Laboratory Information
    e. Water Sampling and Laboratory Information
    f. Paint Chip Sampling and Laboratory Information

11. Lead Based Paint Hazard Control Options

12. Appendices
    a. Appendix A    XRF Sample Analytical Data
    b. Appendix B    Dust Wipe Sample Analytical Data
    c. Appendix C    Soil Sample Analytical Data (if samples collected)
    d. Appendix D    Water Sample Analytical Data (if samples collected)
    e. Appendix E    Paint Chip Sample Analytical Data (if samples collected)
    f. Appendix F    Site and Floor Plan
    g. Appendix G    Building Conditions Survey - Form 5.1
    h. Appendix H    Copy of Risk Assessor's License/Certification
    i. Appendix I    XRF Training Certificate and XRF Performance Characteristic Sheet
    j. Appendix J    "Lead Speak": A Brief Glossary
    k. Appendix K    Additional Lead and Lead Safety Resource Data
    l. Appendix L    Resources for additional information on lead-based paint and lead-based paint hazards

1. **Disclosure Requirements for Residential Units**

**Ohio law (section 5302.30 of the Revised Code) requires every person who intends to transfer any residential real property by sale, land installment contract, lease with option to purchase, exchange, or lease for a term of ninety-nine years and renewable forever, to complete and provide a copy to the prospective transferee of the applicable property disclosure forms, disclosing known hazardous conditions of the property, including lead-based paint hazards.**

**Federal law (24 CFR part 35 and 40 CFR part 745) requires sellers and lessors of residential units constructed prior to 1978, except housing for the elderly or persons with disabilities (unless any child who is less than six years of age resides or is expected to reside in such housing) or any zero-bedroom dwelling to disclose and provide a copy of this report to new purchasers or lessees before they become obligated under a lease or sales contract. Property owners and sellers are also required to distribute an educational pamphlet approved by the United States Environmental Protection Agency and include standard warning language in sales contracts or in or attached to lease contracts to ensure that parents have the information they need to protect children from lead-based paint hazards.**

2. **Background Information**

4057 Beechwood ave is a single family dwelling there is no visual damage on exterior most of painted surfaces are intact. The property has been remodel recently most of painted surfaces are intact on interior, almost all the windows are old painted windows, all the doors are original doors, hardwood flooring though out the house, last month the kitchen has been remodel by taking a wall down, some woodwork has been remain natural. We did not get access to basement and they do not use the basement.

3. **Executive Summary**

Pursuant to sections 3742.35 and 3742.36 of the Ohio Revised Code, on 03/06/2019 a lead inspection and lead risk assessment was conducted at 4057 BEECHWOOD AV. As a result of the lead-based paint inspection and lead hazard risk assessment (to be referred to as "Assessment") conducted on 03/06/2019, it was found that lead based paint and lead based paint hazards were present on the subject property as of the date of the Assessment. The assessment consisted of the following activities:

✓ Completion of a questionnaire to determine possible sources of lead;
✓ Visual inspection of paint condition;
✓ Use of a portable X-ray fluorescence (XRF) analyzer to test for lead in paint; and
✓ Collection of environmental lead samples.

Following is a report of the information collected during this Assessment.

4.  **Identifying Information and Purpose of Lead Based Paint Inspection and Lead Hazard Risk Assessment**

An Assessment was conducted at 4057 BEECHWOOD AV on March 06, 2019. The Assessment was conducted by Ferooz Rezvannejad, a licensed Lead Inspector and Risk Assessor, license number: LA-008511. The purpose of the Assessment was to identify the presence of lead hazards on surfaces inside and outside the residence and attached or unattached structures located within the same lot line as the residential unit.

The U.S. Department of Housing and Urban Development has provided funds to perform a lead hazard control project in this community. The Assessment was conducted for this unit to determine eligibility for the grant program listed above. The LBP hazards identified in this report will remain valid for up to one year to qualify this unit for grant funds for Lead Hazard Control. Based upon details provided by the owner and the CLOSE Lead Hazard Control Program, to the knowledge of this Assessor, there has not been any previous LBP testing at this home.

5.  **Identified Lead Paint Hazards**

The building and its paint **did** indicate the presence of lead during the assessment, the XRF results from the paint that was tested showed that LBP hazards **were present**, as defined in the Residential LBP Hazard Reduction Act of 1992 (Title X) and as defined by the Environmental Protection Agency (EPA) regulation published in the January 5, 2001 Federal Register. The XRF results indicate that lead levels above EPA and/or US Department of Housing and Urban Development (HUD) criteria exist in the following locations:

**Summary of Existing Lead Based Paint and Lead Hazards Identified**

The following areas are coated with Lead-Based Paint (LBP) that is *deteriorated* and currently present existing lead-based paint hazards. All component substrates are primarily wood unless otherwise noted in sample collection notes. Long-term and Temporary control options are provided for each paint hazard identified.

*EXTERIOR*

1 EXTERIOR - EXTERIOR - A - STORM DOOR - FRICTION IMPACT
   **Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;

2 EXTERIOR - EXTERIOR - A - DOOR SILL - FRICTION IMPACT
   **Recommended Method of Control:** (Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
   (Permanent Remedy) Enclosure of the lead-based painted component with durable materials. Durable materials include wallboard, drywall, paneling, siding, coil stock and the sealing or caulking of edges and joints as to prevent or control chalking, flaking, peeling, scaling, or loose lead-containing substances from becoming part of house dust or otherwise accessible to children;
   Document stripped surface before repainting;

3 EXTERIOR - GARAGE - C - DOOR FRAME - DETERIORATED
   **Recommended Method of Control:** (Permanent Remedy) Encapsulation of the lead-based painted component by coating and sealing of the component with a durable surface coding approved in rule 3701-32-13 of the Administrative Code. Encapsulation is not an appropriate method of control for friction surfaces;
   (Temporary Remedy) Paint stabilization as defined in rule 3701-32-01 of the Administrative Code and a written ongoing maintenance and monitoring schedule;

*INTERIOR*

### 4 INTERIOR - ALL - ALL - DOOR JAMB - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

### 5 INTERIOR - ALL - ALL - DOOR IMP - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

### 6 INTERIOR - ALL - ALL - WINDOW SASH - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

### 7 INTERIOR - ALL - ALL - WINDOW TROUGH - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Enclosure of the impact surfaces with durable materials. Durable materials include wallboard, drywall, paneling, a quarter inch or thicker plywood or other underlayment for floors, coil stock and the sealing or caulking of edges and joints so as to prevent or control caulking, flaking, peeling scaling, or loose lead-containing substances from becoming part of house dust or otherwise accessible to children. The underlayment for floors must be covered with a cleanable, impermeable surface;
Document stripped surface before repainting;

### 8 INTERIOR - 2BAD - ALL - WALL - DETERIORATED

**Recommended Method of Control:** (Permanent Remedy) Encapsulation of the lead-based painted component by coating and sealing of the component with a durable surface coding approved in rule 3701-32-13 of the Administrative Code. Encapsulation is not an appropriate method of control for friction surfaces;
(Temporary Remedy) Paint stabilization as defined in rule 3701-32-01 of the Administrative Code and a written ongoing maintenance and monitoring schedule;

### 9 INTERIOR - KITCHEN - C - CABINET DOORS - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

### 10 INTERIOR - KITCHEN - C - CABINET WALL - DETERIORATED

**Recommended Method of Control:** (Permanent Remedy) Encapsulation of the lead-based painted component by coating and sealing of the component with a durable surface coding approved in rule 3701-32-13 of the Administrative Code. Encapsulation is not an appropriate method of control for friction surfaces;
(Temporary Remedy) Paint stabilization as defined in rule 3701-32-01 of the Administrative Code and a written ongoing maintenance and monitoring schedule;

Hazard control options for the components identified as containing lead-based paint and that represent current lead-based paint hazards are included. In an effort to aid in the interpretation of the listed findings a glossary of terms and a list of publications and resources addressing lead hazards and their health effects are included at the end of this report.

A listing of environmental sampling locations and their associated lead contamination levels can be found in the sections addressing the analytical laboratory results for paint, dust, soil, paint chip and water.

## 6. Excluded Components

The following table lists those components and areas which the lead risk assessor was not able to test and the reason for which it was not tested. It is recommended for the safety of the occupants of this unit that components and areas listed as inaccessible be tested so as to determine the presence of lead based paint as soon as possible. Components listed as inaccessible are not eligible to be defined as presenting Lead Based Paint Hazards due to the inability to complete inspection-required testing by the Risk Assessor. It is highly recommended that any future disturbance of these component surface coatings be treated with caution and safety measures taken. Lead Safe Work Practices are always recommended.

**Excluded Component Details:**

| Room Equivalent | Component | Reason Not Tested |
|---|---|---|
| BASEMENT | ALL | INACCESSIBLE |
| KEY:<br>UNC - UNCOATED<br>INA - INACCESSIBLE<br>ENCL - ENCLOSED<br>NEW - POST-1978 COMPONENT | | |

7.   **Ongoing Monitoring**

On going monitoring will be necessary on this property if lead based paint (LBP) is present.  When LBP is present, the potential exists for LBP hazards to develop. Hazards can develop by means such as, but not limited to: the failure of lead hazard control measures; previously intact LBP becoming deteriorated; dangerous levels of lead-in-dust (dust lead) re-accumulating through friction, impact, and deterioration of paint; or, through the introduction of contaminated exterior dust and soil into the interior of the structure.  Ongoing monitoring typically includes two different activities: re-evaluation and annual visual assessments.  A re-evaluation is a risk assessment that includes limited soil and dust sampling and a visual evaluation of paint films and any existing lead hazard controls.  Re-evaluations are supplemented with visual assessments by the property owner, which should be conducted at least once a year, when the property owner or its management agent (if the housing is rented in the future) receives complaints from residents about deteriorated paint or other potential lead hazards, when the residence (or if, in the future, the house will have more than one dwelling unit, any unit that turns over or becomes vacant), or when significant damage occurs that could affect the integrity of hazard control treatments (e.g., flooding, vandalism, fire). The visual assessment should cover the dwelling unit (if, in the future, the housing will have more than one dwelling unit, each unit and each common area used by residents), exterior painted surfaces, and ground cover (if control of soil-lead hazards is required or recommended). Visual assessments should confirm that all paint with known LBP is not deteriorating, that lead hazard control methods have not failed, and that structural problems do not threaten the integrity of any remaining known or suspected LBP.

Visual assessments do not replace the need for professional re-evaluations by a certified risk assessor. The re-evaluation should include:

1. A review of prior reports to determine where lead-based paint and lead-based paint hazards have been found, what controls were done, and when these findings and controls happened;
2. A visual assessment to identify deteriorated paint, failures of previous hazard controls, visible dust and debris, and bare soil;
3. Environmental testing for lead in dust, newly deteriorated paint, and newly bare soil; and
4. A report describing the findings of the re-evaluation, including the location of any lead-based paint hazards, the location of any failures of previous hazard controls, and, as needed, acceptable options for the control of hazards, the repair of previous controls, and modification of monitoring and maintenance practices.

The first re-evaluation should be conducted no later than two years after completion of hazard controls, or, if specific controls or treatments are not conducted, two years from the beginning of ongoing lead-based paint monitoring and maintenance activities. Subsequent re-evaluations should be conducted at intervals of two years, plus or minus 60 days. If two consecutive re-evaluations are conducted two years apart without finding a lead-based paint hazard, re-evaluation may be discontinued.

Please refer to your community development agency, housing authority, or other applicable agency for additional local/regional regulations and guidelines governing re-evaluation activities.

## Monitor and Maintain

| Lead Hazard and Location | Condition |
|---|---|
| INTERIOR - ALL - ALL - DOOR WIN CASING | INTACT |
| INTERIOR - ALL - ALL - DOOR FRAME | INTACT |
| INTERIOR - ALL - ALL - DOOR FACE | INTACT |
| INTERIOR - ALL - ALL - WINDOW SILL | INTACT |
| INTERIOR - ALL - ALL - BASEBOARD | INTACT |
| INTERIOR - FAMILY ROOM - C - SHELF | INTACT |
| EXTERIOR - ALL - ALL - DOOR WIN CASING | INTACT |
| EXTERIOR - EXTERIOR - ALL - WINDOW SILL | INTACT |

## 8. Disclosure Regulations

A copy of this complete report must be made available to new lessees (tenants) and must be provided to purchasers of this property under Federal law before they become obligated under any future lease or sales contract transactions (Section 1018 of Title X - found in 24 CFR Part 35 and 40 CFR Part 745), until the demolition of this property. Landlords (Lessors) and/or sellers are also required to distribute an educational pamphlet developed by the EPA entitled *"Protect Your Family From Lead in Your Home"* and include standard warning language in their leases or sales contracts to ensure that parents have the information they need to protect their children from LBP hazards.

## 9.   Conditions & Limitations

Staff of the Cincinnati Health Department have performed the tasks listed above in a thorough and professional manner consistent with commonly accepted standard industry practices, using state of the art practices and best available known technology, as of the date of the assessment. The Cincinnati Health Department cannot guarantee and does not warrant that this Assessment has identified all adverse environmental factors and/or conditions affecting the subject property on the date of the Assessment. The Cincinnati Health Department cannot and will not warrant that the Assessment will satisfy the dictates of, or provide a legal defense in connection with, any environmental laws or regulations.  It is the responsibility of property owner of the property subject to this assessment to know and abide by all applicable laws, regulations, and standards, including EPA's Renovation, Repair and Painting regulation.

The results reported and conclusions reached by the Cincinnati Health Department are solely for the benefit of the owner. The results and opinions in this report, based solely upon the conditions found on the property as of the date of the Assessment, will be valid only as of the date of the Assessment. The Cincinnati Health Department assumes no obligation to advise the owner of any changes in any real or potential lead hazards at this residence and on attached and unattached structures located within the same lot line as the residence that may or may not be later brought to our attention. Further conditions and limitations to this contracted report are included in the general terms and conditions supplied to the owner with the contract for services.

## 10.  Site Information and Field Testing

### a.  Paint Sampling and Testing

LBP testing, conforming with the HUD Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing and the CLOSE Lead Hazard Control Program guidelines, was completed at this residence. No paint chip samples were taken.  On **03/06/2019,** a total of  tests (assays) were taken on surfaces inside and outside of the residence and on attached and unattached structures located within the same lot line of the residence using an x-ray fluorescence analyzer. Lead concentrations that meet or exceed the HUD published levels identified as being potentially dangerous (e.g., greater than or equal to 1.0 milligrams per centimeter square [$\geq$ 1.0 mg/cm²]) were encountered.

Some of the remaining test locations exhibited lead levels below the EPA/HUD limits, but in great enough quantities to be detectable by our XRF analyzer.  These components will have a NEGATIVE notation in the XRF report results but may read **>0 mg/cm²**. It should be noted that lead concentrations (in paint) that are less than the levels that identify a surface coating as LBP still have the potential of causing lead poisoning.  Should these LBP painted components and/or surfaces be disturbed in any manner that generates dust, extreme care must be taken to limit its spread.  Lead Safe Work Practices are always recommended.

### Equipment Information

XRF Manufacturer:    RMD
XRF Model:           LPA-1
XRF Testing Mode:    Quick Mode
XRF Serial #:        2556

**XRF Calibration Checks**

$1.02 \mu/cm^2$ Standard

| Time | 1st | 2nd | 3rd | Average |
|---|---|---|---|---|
| Initial | 0.80 | 0.70 | 0.60 | 0.70 |
| Final | 0.80 | 0.80 | 0.70 | 0.77 |

*Standard used: NIST Lead Paint Film Standard, SRM 2579 Level III, 1.02 mg/cm²
*Mode of operation: Quick

Performed by Cincinnati Health Department Lead Poisioning Prevention Program,
Ferooz Rezvannejad, R.S., Licensed Lead Risk Assessor
License Number: LA-008511

c.   **Interior Dust Sampling and Laboratory Information**

Dust samples must be collected from a window sill and floor area in all rooms of the housing unit where young children will come into contact with dust. A sample at the principle entryway must also be collected. A minimum of nine (9) samples should be collected. A total of (11) dust wipe samples were collected in an effort to help to determine the levels of lead-containing dust on the interior window sills and floors. These samples were collected from areas most likely to be lead contaminated if lead-in-dust is present. These samples were collected in accordance with the requirements of ASTM Standard E-1728, Standard Practice for Field Collection of Settled Dust Samples Using Wipe Sampling Methods for Lead Determination by Atomic Spectrometry Techniques. In accordance with this standard, a field blank was also collected.

EPA, HUD and State of Ohio regulations define the following as hazardous levels for lead dust in residences:  floors - $\geq 40$ µg/ft² (micrograms per square foot); interior window sills - $\geq 250$ µg/ft². There is no EPA dust-lead hazard standard for window troughs. Please refer to *Appendix B - Dust Wipe Analytical Data* for the laboratory reports and to *Appendix L - Additional Lead and Lead Safety Resource Data* for a list of publications and resources addressing lead hazards and their health effects; both are located at the end of this report. As indicated below, a hazardous level of leaded dust, as defined by EPA and HUD, was detected in (11) sample(s). Testing data in **bold** indicates dust lead levels at or above the EPA Hazardous Levels of Lead regulations that were published on January 5, 2001.

**Dust:**

| Sample | Location | Component | Result (µg/ft²) | Hazard Level | Lead Hazard (Yes or No) |
|---|---|---|---|---|---|
| F/19/03/06/1 | 3BR | FW | 233.71 | 40 | **Y** |
| F/19/03/06/10 | F | FW | 101.42 | 40 | **Y** |
| F/19/03/06/11 | F | FB | <10 | 40 | N |
| F/19/03/06/2 | 3BR | WIS | 3,363.60 | 250 | **Y** |
| F/19/03/06/3 | 2BRAB | FW | 26.82 | 40 | N |
| F/19/03/06/4 | 2BRAB | WIS | 44.59 | 250 | N |
| F/19/03/06/5 | 2BRAD | FW | <10 | 40 | N |
| F/19/03/06/6 | 2BRAD | WIS | 31.30 | 250 | N |
| F/19/03/06/7 | LR | FW | <10 | 40 | N |
| F/19/03/06/8 | LR | WIS | 33.79 | 250 | N |
| F/19/03/06/9 | K | FW | 38.50 | 40 | N |

**Laboratory Information:**

| Laboratory: | Accurate Analytical Testing, LLC<br>30105 Beverly Road<br>Romulus, MI 48174<br>(734) 629-8161 Fax: (734) 629-8431 |
|---|---|
| **Dust Wipe Analysis Protocol:** | EPA Method 7000B/3050B |
| **Dust Wipe Medium Used:** | Lead-Wipes, ASTM # E1792 |
| **AIHA LAP Lab ID:** | #100986 |

**d. Soil Sampling and Laboratory Information**

<u>Soil:</u>

No soil samples were collected at this location.

**e. Water Sampling and Laboratory Information**

Water testing was not done as part of the risk assessment. Free water testing is provided by Greater Cincinnati Water Works (GCWW) through a home test kit. For more information about lead in water or to request a test kit please visit the GCWW lead page at www.lead.mygcww.org <http://www.lead.mygcww.org> or call 513-651-LEAD (513-651-5323).

**f. Paint Chip Sampling and Laboratory Information**

**<u>Paint Chips:</u>**

No paint chip samples were collected at this location.

**11. Lead Based Paint Hazard Control Options**

Lead abatement, interim controls, lead-safe work practices and worker/occupant protection practices complying with current EPA, HUD and OSHA standards will be necessary to safely complete all work involving the disturbance of LBP coated surfaces and components. In addition, any work considered lead hazard control will enlist the use of interim control (temporary) methods and/or abatement (permanent) methods. It should be noted that all lead hazard control activities have the potential of creating additional hazards or hazards that were not present before. Properly trained and certified persons, as well as properly licensed firms (as mandated) should accomplish all abatement/interim control activities conducted at this residence.

Details for the listed lead hazard control options and issues surrounding occupant/worker protection practices can be found in the publication entitled: *Guidelines for the Evaluation and Control of LBP Hazards in Housing* published by HUD, the Environmental Protection Agency (EPA) lead-based paint regulations, and the Occupational Safety and Health Administration (OSHA) regulations found in its Lead in Construction Industry Standard. Further recommendations for temporary or long-term control have been provided in each section above.

**Interim controls**, as defined by HUD, means a set of measures designed to temporarily reduce human exposure to LBP hazards and/or lead containing materials. These activities include, but are not limited to: component and/or substrate stabilization, paint and varnish stabilization, and tilling and placement of appropriate ground cover over bare soil areas.

**Abatement**, as defined by HUD, means any set of measures designed to permanently eliminate LBP and/or LBP hazards. The product manufacturer and/or contractor must warrant abatement methods to last a minimum of twenty (20) years, or these methods must have a design life of at least twenty (20) years. These activities include, but are not necessarily limited to: the removal of LBP from substrates and components; the replacement of lead based paint components; the permanent enclosure of LBP with construction materials; the encapsulation of LBP with approved products; and the removal or permanent covering (concrete or asphalt) of soil-lead hazards.

**12.    Appendices**

   a.    **Appendix A    XRF Sample Analytical Data**

**<u>PAINT TEST RESULTS</u>**

An X-Ray Fluorescence (XRF) Lead Analyzer was used to test the paint for lead.  This analyzer is a nondestructive method of testing paint and provides immediate results for each test conducted.  If paint contains lead equal to or greater than $1.0 \text{ mg/ cm}^2$, it is considered to be lead-based paint.  The higher the reading on the XRF, the higher the lead content of the paint.

*Building components in a room that are similar in construction history to those that tested positive for lead are considered positive for lead.*

*Paint Condition:*

✓ *Intact: Entire surface area is judged to be intact.  Intact surfaces may or may not have been tested and need only monitoring.*

✓ *Deteriorated: Shows signs of abrasion and/or is peeling, chipping, chalking, or cracking, or otherwise damaged or separated from the substrate. This includes paint conditions described as fair or poor on computer generated paint inspection reports.*

**f.    Appendix F    Site and Floor Plan**

g.  **Appendix G   Building Conditions Form 5.1**

| CONDITION | PRESENT? | COMMENTS |
|---|---|---|
|  |  |  |

h.   **Appendix H   Copy of Risk Assessor's License/Certification**



## State of Ohio
Department of Health
Division of Quality Assurance
LEAD Program

## Lead Risk Assessor

License Number

**LA008511**

Expiration Date

**04/06/2016**

DOB  03/21/1960

Ferooz Rezvannejad
3301 Beekman St
Cincinnati OH 45225
Cincinnati Health Dept Lead Program

Card not valid if altered

This certification is issued pursuant of Chapter 3742 of the
Revised Code and 3701-32 of the Ohio Administrative Code

i.    **Appendix I    Certificate and XRF Performance**

RMD LPA-1, PCS Edition 5                                                                 Page 1 of 4

## Performance Characteristic Sheet

EFFECTIVE DATE:    October 25, 2006                                          EDITION NO.: 5

MANUFACTURER AND MODEL:

Make:       *Radiation Monitoring Devices*
Model:      *LPA-1*
Source:     $^{57}$*Co*
Note:       This sheet supersedes all previous sheets for the XRF instrument of the make, model, and source shown above *for instruments sold or serviced after June 26, 1995.  For other instruments, see prior editions.*

### FIELD OPERATION GUIDANCE

OPERATING PARAMETERS:

Quick mode or 30-second equivalent standard (Time Corrected) mode readings.

XRF CALIBRATION CHECK LIMITS:

0.7 to 1.3 mg/cm$^2$ (inclusive)

SUBSTRATE CORRECTION:

For XRF results below 4.0 mg/cm$^2$, substrate correction is recommended for:

Metal using 30-second equivalent standard (Time Corrected) mode readings.
None using quick mode readings.

Substrate correction is <u>not</u> needed for:

Brick, Concrete, Drywall, Plaster, and Wood using 30-second equivalent standard (Time Corrected) mode readings
Brick, Concrete, Drywall, Metal, Plaster, and Wood using quick mode readings

THRESHOLDS:

| 30-SECOND EQUIVALENT STANDARD MODE READING DESCRIPTION | SUBSTRATE | THRESHOLD (mg/cm$^2$) |
|---|---|---|
| Results corrected for substrate bias on metal substrate only | Brick | 1.0 |
| | Concrete | 1.0 |
| | Drywall | 1.0 |
| | Metal | 0.9 |
| | Plaster | 1.0 |
| | Wood | 1.0 |

| QUICK MODE READING DESCRIPTION | SUBSTRATE | THRESHOLD (mg/cm$^2$) |
|---|---|---|
| Readings not corrected for substrate bias on any substrate | Brick | 1.0 |
| | Concrete | 1.0 |
| | Drywall | 1.0 |
| | Metal | 1.0 |
| | Plaster | 1.0 |
| | Wood | 1.0 |

RMD LPA-1, PCS Edition 5                                                                      Page 2 of 4

## BACKGROUND INFORMATION

### EVALUATION DATA SOURCE AND DATE:

This sheet is supplemental information to be used in conjunction with Chapter 7 of the HUD *Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing* ("HUD Guidelines"). Performance parameters shown on this sheet are calculated from the EPA/HUD evaluation using archived building components. Testing was conducted on approximately 150 test locations in July 1995. The instrument that performed testing in September had a new source installed in June 1995 with 12 mCi initial strength.

### OPERATING PARAMETERS:

Performance parameters shown in this sheet are applicable only when properly operating the instrument using the manufacturer's instructions and procedures described in Chapter 7 of the HUD Guidelines.

### XRF CALIBRATION CHECK:

The calibration of the XRF instrument should be checked using the paint film nearest 1.0 mg/cm$^2$ in the NIST Standard Reference Material (SRM) used (e.g., for NIST SRM 2579, use the 1.02 mg/cm$^2$ film).

If readings are outside the acceptable calibration check range, follow the manufacturer's instructions to bring the instruments into control before XRF testing proceeds.

### SUBSTRATE CORRECTION VALUE COMPUTATION:

Chapter 7 of the HUD Guidelines provides guidance on correcting XRF results for substrate bias. Supplemental guidance for using the paint film nearest 1.0 mg/cm$^2$ for substrate correction is provided:

XRF results are corrected for substrate bias by subtracting from each XRF result a correction value determined separately in each house for single-family housing or in each development for multifamily housing, for each substrate. The correction value is an average of XRF readings taken over the NIST SRM paint film nearest to 1.02 mg/cm$^2$ at test locations that have been scraped bare of their paint covering. Compute the correction values as follows:

> Using the same XRF instrument, take three readings on a <u>bare</u> substrate area covered with the NIST SRM paint film nearest 1 mg/cm$^2$. Repeat this procedure by taking three more readings on a second <u>bare</u> substrate area of the same substrate covered with the NIST SRM.

> Compute the correction value for each substrate type where XRF readings indicate substrate correction is needed by computing the average of all six readings as shown below.

> For each substrate type (the 1.02 mg/cm$^2$ NIST SRM is shown in this example; use the actual lead loading of the NIST SRM used for substrate correction):

$$\text{Correction value} = (1^{st} + 2^{nd} + 3^{rd} + 4^{th} + 5^{th} + 6^{th} \; Reading) / 6 - 1.02 \; mg/cm^2$$

> Repeat this procedure for each substrate requiring substrate correction in the house or housing development.

### EVALUATING THE QUALITY OF XRF TESTING:

Randomly select ten testing combinations for retesting from each house or from two randomly selected units in multifamily housing. Use either the Quick Mode or 30-second equivalent standard (Time Corrected) Mode readings.

RMD LPA-1, PCS Edition 5                                                              Page 3 of 4

Conduct XRF re-testing at the ten testing combinations selected for retesting.

Determine if the XRF testing in the units or house passed or failed the test by applying the steps below.

Compute the Retest Tolerance Limit by the following steps:

Determine XRF results for the original and retest XRF readings. Do not correct the original or retest results for substrate bias. In single-family and multi-family housing, a result is defined as a single reading. Therefore, there will be ten original and ten retest XRF results for each house or for the two selected units.

Calculate the average of the original XRF result and retest XRF result for each testing combination.

Square the average for each testing combination.

Add the ten squared averages together. Call this quantity C.

Multiply the number C by 0.0072. Call this quantity D.

Add the number 0.032 to D. Call this quantity E.

Take the square root of E. Call this quantity F.

Multiply F by 1.645. The result is the Retest Tolerance Limit.

Compute the average of all ten original XRF results.

Compute the average of all ten re-test XRF results.

Find the absolute difference of the two averages.

If the difference is less than the Retest Tolerance Limit, the inspection has passed the retest. If the difference of the overall averages equals or exceeds the Retest Tolerance Limit, this procedure should be repeated with ten new testing combinations. If the difference of the overall averages is equal to or greater than the Retest Tolerance Limit a second time, then the inspection should be considered deficient.

Use of this procedure is estimated to produce a spurious result approximately 1% of the time. That is, results of this procedure will call for further examination when no examination is warranted in approximately 1 out of 100 dwelling units tested.

## BIAS AND PRECISION:

Do not use these bias and precision data to correct for substrate bias. These bias and precision data were computed without substrate correction from samples with reported laboratory results less than 4.0 $mg/cm^2$ lead. The data which were used to determine the bias and precision estimates given in the table below have the following properties. During the July 1995 testing, there were 15 test locations with a laboratory-reported result equal to or greater than 4.0 $mg/cm^2$ lead. Of these, one 30-second standard mode reading was less than 1.0 $mg/cm^2$ and none of the quick mode readings were less than 1.0 $mg/cm^2$. The instrument that tested in July is representative of instruments sold or serviced after June 26, 1995. These data are for illustrative purposes only. Actual bias must be determined on the site. Results provided above already account for bias and precision. Bias and precision ranges are provided to show the variability found between machines of the same model.

RMD LPA-1, PCS Edition 5                                                            Page 4 of 4

| 30-SECOND STANDARD MODE READING MEASURED AT | SUBSTRATE | BIAS (mg/cm$^2$) | PRECISION* (mg/cm$^2$) |
|---|---|---|---|
| 0.0 mg/cm$^2$ | Brick | 0.0 | 0.1 |
| | Concrete | 0.0 | 0.1 |
| | Drywall | 0.1 | 0.1 |
| | Metal | 0.3 | 0.1 |
| | Plaster | 0.1 | 0.1 |
| | Wood | 0.0 | 0.1 |
| 0.5 mg/cm$^2$ | Brick | 0.0 | 0.2 |
| | Concrete | 0.0 | 0.2 |
| | Drywall | 0.0 | 0.2 |
| | Metal | 0.2 | 0.2 |
| | Plaster | 0.0 | 0.2 |
| | Wood | 0.0 | 0.2 |
| 1.0 mg/cm$^2$ | Brick | 0.0 | 0.3 |
| | Concrete | 0.0 | 0.3 |
| | Drywall | 0.0 | 0.3 |
| | Metal | 0.2 | 0.3 |
| | Plaster | 0.0 | 0.3 |
| | Wood | 0.0 | 0.3 |
| 2.0 mg/cm$^2$ | Brick | -0.1 | 0.4 |
| | Concrete | -0.1 | 0.4 |
| | Drywall | -0.1 | 0.4 |
| | Metal | 0.1 | 0.4 |
| | Plaster | -0.1 | 0.4 |
| | Wood | -0.1 | 0.4 |

*Precision at 1 standard deviation.

## CLASSIFICATION RESULTS:

XRF results are classified as positive if they are greater than the upper boundary of the inconclusive range, and negative if they are less than the lower boundary of the inconclusive range, or inconclusive if in between. The inconclusive range includes both its upper and lower bounds. Earlier editions of this *XRF Performance Characteristics Sheet* did not include both bounds of the inconclusive range as "inconclusive." While this edition of the Performance Characteristics Sheet uses a different system, the specific XRF readings that are considered positive, negative, or inconclusive for a given XRF model and substrate remain unchanged, so previous inspection results are not affected.

## DOCUMENTATION:

An EPA document titled *Methodology for XRF Performance Characteristic Sheets* provides an explanation of the statistical methodology used to construct the data in the sheets, and provides empirical results from using the recommended inconclusive ranges or thresholds for specific XRF instruments. For a copy of this document call the National Lead Information Center Clearinghouse at 1-800-424-LEAD. A HUD document titled *A Nonparametric Method for Estimating the 5th and 95th Percentile Curves of Variable-Time XRF Readings Based on Monotone Regression* provides supplemental information on the methodology for variable-time XRF instruments. A copy of this document can be obtained from the HUD lead web site, www.hud.gov/offices/lead.

This XRF Performance Characteristic Sheet was developed by QuanTech, Inc., under a contract from the U.S. Department of Housing and Urban Development (HUD). HUD has determined that the information provided here is acceptable when used as guidance in conjunction with Chapter 7, Lead-Based Paint Inspection, of HUD's *Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing*.

**j.    Appendix J    "Lead Speak:" A Brief Glossary**

**Abatement:** A measure or set of measures designed to permanently eliminate lead-based paint hazards or lead-based paint. Abatement strategies include the removal of lead-based paint, enclosure, encapsulation, replacement of building components coated with lead-based paint, removal of lead contaminated dust, and removal of lead contaminated soil or overlaying of soil with a durable covering such as asphalt (grass and sod are considered interim control measures). All of these strategies require preparation; cleanup; waste disposal; post-abatement clearance testing; recordkeeping; and, if applicable, monitoring. (For full EPA definition, see 40 CFR 745.223).

**Bare soil**: Soil not covered with grass, sod, some other similar vegetation, or paving, including the sand in sandboxes.

**Chewable surface**: An interior or exterior surface painted with lead-based paint that a young child can mouth or chew.  A chewable surface is the same as an "accessible surface" as defined in 42 U.S.C. 4851b(2).  Hard metal substrates and other materials that cannot be dented by the bite of a young child are not considered chewable.

**Deteriorated paint**: Any paint coating on a damaged or deteriorated surface or fixture, or any interior or exterior lead-based paint that is peeling, chipping, blistering, flaking, worn, chalking, alligatoring, cracking, or otherwise becoming separated from the substrate.

**Drip line/foundation area**: The area within 3 feet out from the building wall and surrounding the perimeter of a building.

**Dust-lead hazard**: Surface dust in residences that contains an area or mass concentration of lead equal to or in excess of the standard established by the EPA under Title IV of the Toxic Substances Control Act. EPA standards for dust-lead hazards, which are based on wipe samples, are published at 40 CFR 745.65(b); as of the publication of this edition of these *Guidelines,* these are 40 $\mu g/ft^2$ on floors and 250 $\mu g/ft^2$ on interior windowsills. Also called lead-contaminated dust.

**Friction surface:** Any interior or exterior surface, such as a window or stair tread, subject to abrasion or friction.

**Garden area:** An area where plants are cultivated for human consumption or for decorative purposes.

**Impact surface**: An interior or exterior surface (such as surfaces on doors) subject to damage by repeated impact or contact.

**Interim controls**: A set of measures designed to temporarily reduce human exposure or possible exposure to lead-based paint hazards. Such measures include, but are not limited to, specialized cleaning, repairs, maintenance, painting, temporary containment, and the establishment and operation of management and resident education programs. Monitoring, conducted by owners, and reevaluations, conducted by professionals, are integral elements of interim control. Interim controls include dust removal; paint film stabilization; treatment of friction and impact surfaces; installation of soil coverings, such as grass or sod; and land use controls. Interim controls that disturb painted surfaces are renovation activities under EPA's Renovation, Repair and Painting Rule.

**Lead-based paint**: Any paint, varnish, shellac, or other coating that contains lead equal to or greater than 1.0 mg/cm² as measured by XRF or laboratory analysis, or 0.5 percent by weight (5000 mg/g, 5000 ppm, or 5000 mg/kg) as measured by laboratory analysis. (Local definitions may vary.)

**Lead-based paint hazard**: A condition in which exposure to lead from lead contaminated dust, lead contaminated soil, or deteriorated lead-based paint would have an adverse effect on human health (as established by the EPA at 40 CFR 745.65, under Title IV of the Toxic Substances Control Act). Lead-based paint hazards include, for example, **paint-lead hazards**, **dust-lead hazards**, and **soil-lead hazards**.

**Paint-lead hazard**: Lead-based paint on a friction surface that is subject to abrasion and where a dust-lead hazard is present on the nearest horizontal surface underneath the friction surface (e.g., the window sill, or floor); damaged or otherwise deteriorated lead-based paint on an impact surface that is caused by impact from a related building component; a chewable lead-based painted surface on which there is evidence of teeth marks; or any other deteriorated lead-based paint in any residential building or child-occupied facility or on the exterior of any residential building or child-occupied facility.

**Play area**: An area of frequent soil contact by children of under age 6 as indicated by, but not limited to, such factors including the following: the presence of outdoor play equipment (e.g., sandboxes, swing sets, and sliding boards), toys, or other children's possessions, observations of play patterns, or information provided by parents, residents, care givers, or property owners.

**Soil-lead hazard**: Bare soil on residential property that contains lead in excess of the standard established by the EPA under Title IV of the Toxic Substances Control Act. EPA standards for soil-lead hazards, published at 40 CFR 745.65(c), as of the publication of this edition of these *Guidelines,* is 400 µg/g in play areas and 1,200 µg/g in the rest of the yard. Also called lead-contaminated soil.

**k.    Appendix K - Additonal Lead and Lead Safety Resource Data**

### KEY UNITS OF MEASUREMENT

**Gram (g or gm):** A unit of mass in the metric system. A nickel weighs about 1 gram, as does a cube of water 1 centimeter on each side. A gram is equal to about 35/1000 (thirty-five thousandths of an ounce). Another way to think of this is that about 28.4 grams equal 1 ounce.

**μg (microgram):** A microgram is 1/1000th of a milligram.  To put this into perspective, a penny weighs 2 grams.  To get a microgram, you would need to divide the penny into two million pieces. A microgram is one of those two million pieces.

**μg/dL (microgram per deciliter):**  used to measure the level of lead in children's and worker's blood to establish whether intervention is needed.  A deciliter is a little less than a half a cup.

**μg/ft2 (micrograms per square feet):** the unit used to express levels of lead in dust samples.  All reports should report levels of lead in dust in $\mu g/ft^2$.

**mg/cm2 (milligrams per square centimeter):** used to report levels of lead in paint through XRF testing.

**ppm (parts per million):** Typically used to express the concentrations of lead in soil.  Can also be used to express the amount of lead in a surface coating on a mass concentration basis.  This measurement can also be shown as: μg/g, mg/kg or mg/l.

**ppb (parts per billion):** Typically used to express the amount of lead found in drinking water. This measurement is also sometimes expressed as: μg/L (micrograms per liter).

**EPA/HUD Lead-Based Paint and Lead-Based Paint Hazard Standards**

**Lead-Based Paint**
    -Surface concentration (mass of lead per area)        1.0 $\mu g/cm^2$
    -Bulk concentration (mass of lead per volume)      0.5%, 5000 μg/g, or 5000 ppm

**Dust-thresholds for Lead-Contamination**
    -Floors      40 $\mu g/ft^2$
    -Interior Window Sills      250 $\mu g/ft^2$
    -Window Troughs (clearance examination only)      1200 $\mu g/ft^2$

**Soil-thresholds for Lead-Contamination**
    -Play areas used by children under age 6      400 $\mu g/ft^2$
    -Other areas      1200 $\mu g/ft^2$

**l.    Appendix L - Resources for additional infomration on lead-based paint
and lead-based paint hazards**

National Lead information Center & Clearinghouse:
1-800-424 LEAD
www.epa.gov/lead/pubs/nlic.htm

Centers for Disease Control and Prevention Lead Program:
www.cdc.gov/lead
Toll-free CDC Contact Center: 800-CDC-INFO; TTY 888-232-6348

Consumer Product Safety Commission
www.cpsc.gov
Toll-free consumer hotline: 1-800-638-2772; TTY 301-595-7054

Environmental Protection Agency Lead Program:
www.epa.gov/lead
202-566-0500

HUD Office of Healthy Homes and Lead Hazard Control:
www.hud.gov/offices/lead
202-402-7698

**Any state** Department of Health and Environment, Lead Poisoning Prevention Program
depthealth.state.an/lead/

Hearing- or speech-challenged individuals may access the federal agency numbers above through TTY by calling the toll-free Federal Relay Service at 800-877-8339; see also http://www.federalrelay.us/tty

# LEAD PAINT INSPECTION REPORT

**REPORT NUMBER:** S#02556 - 03/06/19 10:18

**INSPECTION FOR:** Cincinnati Health Department
3301 Beekman St
Cuncinnati, oh 45225

**PERFORMED AT:** 4057 Beechwood Ave
Cincinnati, oh 45229

**INSPECTION DATE:** 03/06/19

**INSTRUMENT TYPE:** R M D
MODEL LPA-1
XRF TYPE ANALYZER
Serial Number: 02556

**ACTION LEVEL:** 1.0 mg/cm²

**OPERATOR LICENSE:** LA008511

**SIGNED:** _Jerry L. Vannefad_ **Date:** 3/6/19

**SEQUENTIAL  REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| | | |
|---|---|---|
| Inspection Date: | 03/06/19 | 4057 Beechwood Ave |
| Report Date: | 03/06/2019 | Cincinnati, oh 45229 |
| Abatement Level: | 1.0 | |
| Report No. | S#02556 - 03/06/19 10:18 | |
| Total Readings: | 102 | |
| Job Started: | 03/06/19 10:18 | |
| Job Finished: | 03/06/19 13:12 | |

| Read No. | Rm No. | Room Name | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CALIBRATION | | | | | | | | 0.8 | TC |
| 2 | | CALIBRATION | | | | | | | | 0.7 | TC |
| 3 | | CALIBRATION | | | | | | | | 0.6 | TC |
| 4 | 001 | 3BR | C | Window | Ctr | Sill | I | Wood | Natural | -0.1 | QM |
| 5 | 001 | 3BR | C | Window | Ctr | Lft casing | I | Wood | Natural | 0.0 | QM |
| 6 | 001 | 3BR | C | Window | Ctr | Sash | I | Wood | Natural | -0.1 | QM |
| 7 | 001 | 3BR | C | EX FRAME | Ctr | | I | Wood | Green | 3.6 | QM |
| 8 | 001 | 3BR | C | EX SASH | Ctr | | I | Wood | Green | 4.0 | QM |
| 9 | 001 | 3BR | C | EX TROUGH | Ctr | | I | Wood | Green | 4.1 | QM |
| 10 | 001 | 3BR | B | Door | Ctr | Lft jamb | I | Wood | Natural | -0.3 | QM |
| 11 | 001 | 3BR | B | Door | Ctr | Lft casing | I | Wood | Natural | -0.1 | QM |
| 12 | 002 | 3STAIRWELL | C | 1/2 WALL | Ctr | | I | Wood | White | 0.0 | QM |
| 13 | 003 | 2BRAB | D | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 14 | 003 | 2BRAB | D | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 15 | 003 | 2BRAB | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 16 | 003 | 2BRAB | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 17 | 003 | 2BRAB | C | BASEBOARD | Ctr | | I | Wood | White | >9.9 | QM |
| 18 | 003 | 2BRAB | C | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 19 | 003 | 2BRAB | C | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 20 | 003 | 2BRAB | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 21 | 003 | 2BRAB | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 22 | 004 | 2BAB | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 23 | 004 | 2BAB | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 24 | 004 | 2BAB | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 25 | 004 | 2BAB | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 26 | 005 | 2BRBC | B | Window | Ctr | Sash | I | Wood | White | -0.2 | QM |
| 27 | 005 | 2BRBC | B | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 28 | 005 | 2BRBC | B | EX SASH | Ctr | | I | Wood | Green | >9.9 | QM |
| 29 | 005 | 2BRBC | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 30 | 005 | 2BRBC | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 31 | 005 | 2BRBC | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 32 | 005 | 2BRBC | D | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 33 | 005 | 2BRBC | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 34 | 006 | 2BRAD | A | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 35 | 006 | 2BRAD | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 36 | 006 | 2BRAD | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 37 | 006 | 2BRAD | A | Window | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 38 | 006 | 2BRAD | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 39 | 006 | 2BRAD | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |

1

**SEQUENTIAL  REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| Read No. | Rm No. | Room Name | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 006 | 2BRAD | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 41 | 006 | 2BRAD | B | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 42 | 007 | 2BAD | D | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 43 | 007 | 2BAD | D | EX TROUGH | Ctr | | I | Wood | Gray | >9.9 | QM |
| 44 | 007 | 2BAD | D | EX CAS | Ctr | | I | Wood | Gray | >9.9 | QM |
| 45 | 007 | 2BAD | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 46 | 007 | 2BAD | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 47 | 008 | 2BRC | C | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 48 | 008 | 2BRC | C | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 49 | 008 | 2BRC | C | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 50 | 008 | 2BRC | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 51 | 008 | 2BRC | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 52 | 008 | 2BRC | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 53 | 008 | 2BRC | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 54 | 008 | 2BRC | B | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 55 | 008 | 2BRC | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 56 | 008 | 2BRC | B | Closet | Ctr | Shelf | I | Wood | White | >9.9 | QM |
| 57 | 008 | 2BRC | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 58 | 008 | 2BRC | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 59 | 009 | 2HALL | A | Window | Ctr | Well | I | Wood | White | >9.9 | QM |
| 60 | 009 | 2HALL | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 61 | 009 | 2HALL | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 62 | 007 | 2BAD | D | Wall | U Ctr | | P | Wood | Green | 3.1 | QM |
| 63 | 010 | 1LR | D | EX TROUGH | Ctr | | I | Wood | Green | 0.0 | QM |
| 64 | 010 | 1LR | D | EX CAS | Ctr | | I | Wood | Green | 2.5 | QM |
| 65 | 011 | 1DR | B | EX CAS | Ctr | | I | Wood | Green | 3.0 | QM |
| 66 | 011 | 1DR | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 67 | 011 | 1DR | B | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 68 | 012 | 1K | C | Wall | U Ctr | | I | Plaster | White | >9.9 | QM |
| 69 | 012 | 1K | B | Wall | U Ctr | | I | Plaster | White | -0.3 | QM |
| 70 | 012 | 1K | B | Window | Ctr | Sash | I | Wood | White | 5.5 | QM |
| 71 | 012 | 1K | B | EX TROUGH | Ctr | | I | Wood | White | 5.8 | QM |
| 72 | 012 | 1K | C | Cabinet Door | Ctr | | I | Wood | White | 3.4 | QM |
| 73 | 012 | 1K | C | DOOR IMP | Ctr | | I | Wood | White | 2.7 | QM |
| 74 | 012 | 1K | C | CAB WALL | Ctr | | I | Plaster | White | 5.5 | QM |
| 75 | 012 | 1K | A | Door | Ctr | U Lft | I | Wood | White | 7.2 | QM |
| 76 | 012 | 1K | A | Door | Ctr | Lft casing | I | Wood | White | 6.4 | QM |
| 77 | 012 | 1K | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 78 | 012 | 1K | A | DOOR IMP | Ctr | | I | Wood | White | 5.7 | QM |
| 79 | 013 | 1PLAY ROOM | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 80 | 014 | 1FAMILY ROO | C | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 81 | 014 | 1FAMILY ROO | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 82 | 014 | 1FAMILY ROO | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 83 | 014 | 1FAMILY ROO | D | SHELF | Ctr | | I | Wood | White | 4.4 | QM |
| 84 | 015 | Foyer | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 85 | 015 | Foyer | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 86 | 015 | Foyer | A | DOOR FRAME | Ctr | | I | Wood | Green | >9.9 | QM |

2

**SEQUENTIAL  REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| Read No. | Rm No. | Room Name | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 015 | Foyer | A | DOOR SILL | Ctr | | I | Wood | Green | >9.9 | QM |
| 88 | 015 | Foyer | A | DOOR CAS | Ctr | | I | Wood | Green | 2.0 | QM |
| 89 | 015 | Foyer | A | STORM DOOR | Ctr | | P | Wood | Green | >9.9 | QM |
| 90 | 016 | 1BA | B | Door | Ctr | Lft jamb | I | Wood | Green | >9.9 | QM |
| 91 | 016 | 1BA | B | DOOR IMP | Ctr | | I | Wood | Green | >9.9 | QM |
| 92 | 017 | EXTERIOR | A | Window | Ctr | Sill | I | Wood | Green | 4.1 | QM |
| 93 | 017 | EXTERIOR | A | STORM DOOR | Ctr | | I | Wood | Green | 0.2 | QM |
| 94 | 017 | EXTERIOR | A | DOOR CAS | Ctr | | I | Wood | White | -0.1 | QM |
| 95 | 017 | EXTERIOR | B | Bas Win Cas | Ctr | | I | Wood | Green | 5.2 | QM |
| 96 | 017 | EXTERIOR | B | Bas Win Sil | Ctr | | I | Wood | Green | 3.8 | QM |
| 97 | 017 | EXTERIOR | B | BASE SASH | Ctr | | I | Wood | Green | 3.2 | QM |
| 98 | 017 | EXTERIOR | C | BAND BOARD | Ctr | | I | Wood | Green | 1.0 | QM |
| 99 | 017 | EXTERIOR | C | GR DOOR FRAM | Ctr | | I | Wood | Green | >9.9 | QM |
| 100 | | CALIBRATION | | | | | | | | 0.8 | TC |
| 101 | | CALIBRATION | | | | | | | | 0.8 | TC |
| 102 | | CALIBRATION | | | | | | | | 0.7 | TC |

---- End of Readings ----

3

**SUMMARY REPORT OF LEAD PAINT INSPECTION FOR:  Cincinnati Health Department**

| | | |
|---|---|---|
| Inspection Date: | 03/06/19 | 4057 Beechwood Ave |
| Report Date: | 03/06/2019 | Cincinnati, oh 45229 |
| Abatement Level: | 1.0 | |
| Report No. | S#02556 - 03/06/19 10:18 | |
| Total Readings: | 102  Actionable: 85 | |
| Job Started: | 03/06/19 10:18 | |
| Job Finished: | 03/06/19 13:12 | |

| Reading No. | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|
| Interior Room 001 3BR | | | | | | | | | |
| 007 | C | EX FRAME | Ctr | | I | Wood | Green | 3.6 | QM |
| 008 | C | EX SASH | Ctr | | I | Wood | Green | 4.0 | QM |
| 009 | C | EX TROUGH | Ctr | | I | Wood | Green | 4.1 | QM |
| Interior Room 003 2BRAB | | | | | | | | | |
| 019 | C | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 020 | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 018 | C | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 017 | C | BASEBOARD | Ctr | | I | Wood | White | >9.9 | QM |
| 021 | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 014 | D | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 015 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 013 | D | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 016 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| Interior Room 004 2BAB | | | | | | | | | |
| 022 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 023 | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 024 | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 025 | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| Interior Room 005 2BRBC | | | | | | | | | |
| 027 | B | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 028 | B | EX SASH | Ctr | | I | Wood | Green | >9.9 | QM |
| 029 | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 030 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 032 | D | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 031 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 033 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| Interior Room 006 2BRAD | | | | | | | | | |
| 034 | A | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 037 | A | Window | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 035 | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 036 | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 038 | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 041 | B | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 039 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 040 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |

1

**SUMMARY REPORT OF LEAD PAINT INSPECTION FOR:  Cincinnati Health Department**

| Reading No. | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|
| Interior Room 007 2BAD | | | | | | | | | |
| 045 | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 046 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 062 | D | Wall | U Ctr | | P | Wood | Green | 3.1 | QM |
| 042 | D | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 043 | D | EX TROUGH | Ctr | | I | Wood | Gray | >9.9 | QM |
| 044 | D | EX CAS | Ctr | | I | Wood | Gray | >9.9 | QM |
| Interior Room 008 2BRC | | | | | | | | | |
| 050 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 051 | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 054 | B | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 056 | B | Closet | Ctr | Shelf | I | Wood | White | >9.9 | QM |
| 055 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 047 | C | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 048 | C | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 049 | C | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 053 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 057 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 052 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 058 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| Interior Room 009 2HALL | | | | | | | | | |
| 059 | A | Window | Ctr | Well | I | Wood | White | >9.9 | QM |
| 060 | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 061 | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| Interior Room 010 1LR | | | | | | | | | |
| 064 | D | EX CAS | Ctr | | I | Wood | Green | 2.5 | QM |
| Interior Room 011 1DR | | | | | | | | | |
| 067 | B | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 065 | B | EX CAS | Ctr | | I | Wood | Green | 3.0 | QM |
| 066 | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| Interior Room 012 1K | | | | | | | | | |
| 076 | A | Door | Ctr | Lft casing | I | Wood | White | 6.4 | QM |
| 077 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 075 | A | Door | Ctr | U Lft | I | Wood | White | 7.2 | QM |
| 078 | A | DOOR IMP | Ctr | | I | Wood | White | 5.7 | QM |
| 070 | B | Window | Ctr | Sash | I | Wood | White | 5.5 | QM |
| 071 | B | EX TROUGH | Ctr | | I | Wood | White | 5.8 | QM |
| 068 | C | Wall | U Ctr | | I | Plaster | White | >9.9 | QM |
| 072 | C | Cabinet Door | Ctr | | I | Wood | White | 3.4 | QM |
| 073 | C | DOOR IMP | Ctr | | I | Wood | White | 2.7 | QM |
| 074 | C | CAB WALL | Ctr | | I | Plaster | White | 5.5 | QM |
| Interior Room 013 1PLAY ROOM | | | | | | | | | |
| 079 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |

2

**SUMMARY REPORT OF LEAD PAINT INSPECTION FOR:  Cincinnati Health Department**

| Reading No. | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|
| Interior Room 014 1FAMILY ROO | | | | | | | | | |
| 080 | C | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 081 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 082 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 083 | D | SHELF | Ctr | | I | Wood | White | 4.4 | QM |
| Interior Room 015 Foyer | | | | | | | | | |
| 084 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 085 | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 086 | A | DOOR FRAME | Ctr | | I | Wood | Green | >9.9 | QM |
| 087 | A | DOOR SILL | Ctr | | I | Wood | Green | >9.9 | QM |
| 088 | A | DOOR CAS | Ctr | | I | Wood | Green | 2.0 | QM |
| 089 | A | STORM DOOR | Ctr | | P | Wood | Green | >9.9 | QM |
| Interior Room 016 1BA | | | | | | | | | |
| 090 | B | Door | Ctr | Lft jamb | I | Wood | Green | >9.9 | QM |
| 091 | B | DOOR IMP | Ctr | | I | Wood | Green | >9.9 | QM |
| Interior Room 017 EXTERIOR | | | | | | | | | |
| 092 | A | Window | Ctr | Sill | I | Wood | Green | 4.1 | QM |
| 095 | B | Bas Win Cas | Ctr | | I | Wood | Green | 5.2 | QM |
| 096 | B | Bas Win Sil | Ctr | | I | Wood | Green | 3.8 | QM |
| 097 | B | BASE SASH | Ctr | | I | Wood | Green | 3.2 | QM |
| 098 | C | BAND BOARD | Ctr | | I | Wood | Green | 1.0 | QM |
| 099 | C | GR DOOR FRAM | Ctr | | I | Wood | Green | >9.9 | QM |

---- End of Readings ----

3

Case: 1:25-cv-00269-DRC Doc #: 1 Filed: 04/25/25 Page: 56 of 112 PAGEID #: 56

# CHAIN OF CUSTODY RECORD
## LEAD PROGRAM

**city of CINCINNATI**
HEALTH DEPARTMENT

**P** 513 357 7420 **F** 513 357 7205

page 1 of 1

☐ Prim. Prevention
☐ Relocation
☐ HUD
☒ CLPPP-EBLI
☐ LAST

Turn Around Time
☒ Standard
☐ Rush 24-Hr
☐ 6-Hr

☐ INT
☐ EXT
☐ 1st Attempt
☐ 2nd Attempt
☐ 3rd Attempt

| LAB SAMPLE # (A)/yy/mm/dd/000 | FLOOR B, EX, 1, 2, 3 | SAMPLE TYPE S, P, D, W | COMP Y/N | LOCATION BR1, LR, DR, EX, etc. | SURFACE F, C, W | SURFACE # SIDES A1–Z1 | COMPONENT/ SOIL SITE AAA | DIMENSIONS (WIPES) in x in |
|---|---|---|---|---|---|---|---|---|
| F/19/03/06/001 | 03 | D | N | 3BR | | EC | FW | 12x12 |
| 002 | 03 | | | 3BR | | C | WIS | 2x30 |
| 003 | 02 | | | 2BRAB | | D | FW | 12x12 |
| 004 | | | | 2BRAB | | A | WIS | 2x30 |
| 005 | | | | 2BRAD | | A | FW | 12x12 |
| 006 | | | | 2BRAD | | A | WIS | 3x30 |
| 007 | 01 | | | LR | | C | FW | 12x12 |
| 008 | | | | LR | | A | WIS | 3x30 |
| 009 | | | | K | | B | FW | 12x12 |
| 010 | | | | F | | A | FW | 12x12 |
| 011 | ✓ | ✓ | ✓ | F | | B | FB | 12x12 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SPECIAL INSTRUCTIONS/HAZARDS

(RA/CT NAME, DATE, TIME): Faraz Rezvannejad 3/6/19 10³⁰    ADDRESS: 4057 Beechwood

1. RELINQUISHED BY (DATE, TIME): _____ 3/6/19 12:³⁰    2. RELINQUISHED BY (DATE, TIME): ANNETTE WHALEY 3/6/19 2:30pm

RECEIVED BY (DATE, TIME): ANNETTE WHALEY 3/6/19 12:30pm    RECEIVED BY (DATE, TIME): 3-7-19 830

2045.475559

ATE   REV. 09/10



**30105 Beverly Road**
**Romulus, MI 48174**
**Ph: 734-629-8161; Fax: 734-629-8431**

| | | |
|---|---|---|
| **To :** | City of Cincinnati--Health Department | |
| | 3301 Beekman | |
| | Cincinnati, OH 45225 | |
| **Attn :** | Rashmi Aparajit | |

**Email :** Rashmi.aparajit@cincinnati-oh.gov
**Phone :** (513)357-7420

**Project Location :**   4057 BEECHWOOD

| | |
|---|---|
| **AAT Project :** | 475559 |
| **Client Project :** | 4057 BEECHWOOD |
| **Date Reported :** | 3/8/2019  6:00:00AM |

| Sample | Client Code | Analysis Requested | Completed | Analyst |
|---|---|---|---|---|
| 4575487 | F-19-03-06-001 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575488 | 002 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575489 | 003 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575490 | 004 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575491 | 005 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575492 | 006 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575493 | 007 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575494 | 008 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575495 | 009 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575496 | 010 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575497 | 011 | Dust Wipe | 03/07/2019 | Norman Cyr |

**Reviewed By**          Quality Assurance Coordinator - Stephen Northcott

This report is intended for use solely by the individual or entity to which it is addressed. It may contain information that is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this information is not the intended recipient or an employee of its intended recipient, you are herewith notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify AAT immediately. Thank you.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed:   03/08/2019    6:11AM          AAT Project:    475559



**30105 Beverly Road**
**Romulus, MI 48174**
**Ph: 734-629-8161; Fax: 734-629-8431**

## Certificate of Analysis: Lead In Dust Wipe by EPA Method 7000B/3050B*

| | | |
|---|---|---|
| **Client :** | City of Cincinnati--Health Department | |
| | 3301 Beekman | |
| | Cincinnati, OH 45225 | |
| **Attn :** | Rashmi Aparajit | **Email :** Rashmi.aparajit@cincinnati-oh.gov |
| **Phone :** | (513)357-7420 | **Fax :** |

**Client Project :**   4057 BEECHWOOD

**Project Location :**   4057 BEECHWOOD

| | |
|---|---|
| **AAT Project :** | 475559 |
| **Sampling Date :** | 03/06/2019 |
| **Date Received :** | 03/07/2019 |
| **Date Analyzed :** | 03/07/2019 |
| **Date Reported :** | 3/8/2019  6:00:00AM |

| Lab Sample ID | Client Code | Sample Description | Length (inch) | Width (inch) | Area (Sq ft) | Results Lead µg/ft2 * |
|---|---|---|---|---|---|---|
| 4575487 | F-19-03-06-001 | 03 D N 3 BR C FW | 12 | 12 | 1.00 | 233.71 |
| 4575488 | 002 | 03 D N 3BR C WIS | 2 | 30 | 0.42 | 3363.60 |
| 4575489 | 003 | 02 D N 2BRAB D FW | 12 | 12 | 1.00 | 26.82 |
| 4575490 | 004 | 02 D N 2BRAB A WIS | 2 | 30 | 0.42 | 44.59 |
| 4575491 | 005 | 02 D N 2BRAD A FW | 12 | 12 | 1.00 | 6.00 |
| 4575492 | 006 | 02 D N 2BRAD A WIS | 3 | 30 | 0.63 | 31.30 |
| 4575493 | 007 | 01 D N LR C FW | 12 | 12 | 1.00 | 6.34 |
| 4575494 | 008 | 01 D N LR A WIS | 3 | 30 | 0.63 | 33.79 |
| 4575495 | 009 | 01 D N K B FW | 12 | 12 | 1.00 | 38.50 |
| 4575496 | 010 | 01 D N F A FW | 12 | 12 | 1.00 | 101.42 |
| 4575497 | 011 | 01 D N F B FB | 12 | 12 | 1.00 | <5.00 |

Analyst Signature

Norman Cyr

ND = Not Detected, N/A = Not Available, RL = Reporting Limit, Analytical Reporting Limit is 5 ug/sample. For true values assume (2) significant figures. AAT internal SOP S205/S207. The method and batch QC are acceptable unless otherwise stated.
EPA Regulatory Limits: 40 ug/ft2 (Floors, Carpeted/Uncarpeted), 250 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). HUD Regulatory Limits: 10 ug/ft2 (Interior Floors), 40 ug/ft2 (Porch Floors), 100 ug/ft2 (Window Sills), 100 ug/ft2 (Window Troughs).
The laboratory operates in accord with ISO 17025 guidelines and holds limited scopes of accreditation under AIHA-LAP and NY State DOH ELAP programs. These results are submitted pursuant to AAT, LLC current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. Analytical results relate to the samples as received by the lab. AAT will not assume any liability or responsibility for the manner in which the results are used or interpreted. All Quality control requirements for the samples this report contains have been met. AAT does not blank correct reported values. * = Validated modified method Sample data apply only to items analyzed. Reproduction of this document other than in its entirety is not authorized by AAT, LLC. Samples are stored for 30 days following report date.
AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042



Date Printed:   03/08/2019

AAT Project:    475559

4057 Beechwood  1st floor



4057 Beechwood 2nd floor



4057 Beechwood 3rd floor

C



A

**<u>EXHIBIT B</u>**
**Notice of Compliance**

02/11/2020



**city of**
**CINCINNATI**
HEALTH DEPARTMENT

# Notice of Compliance

SINGLETON BARRETT B & CLAIRE M          CASE NUMBER: CHL1900013
4057 BEECHWOOD AVE
CINCINNATI OH 45229

Dear SINGLETON BARRETT B & CLAIRE M:

**You are hereby informed that the lead hazard control order issued on 03/08/2019, for the property at 4057 BEECHWOOD AV, Cincinnati, Ohio 45229 is lifted.**

The clearance examination was performed on 02/11/2020, and the results indicate that the lead hazards identified in the lead hazard control order have been sufficiently controlled.

If you have any questions about this notice, please call Ferooz Rezvannejad at (513) 357-7374.

Sincerely,

Ferooz Rezvannejad, R.S.
Licensed Lead Risk Assessor
License No.: LA-008511
*Ferooz.Rezvannejad@cincinnati-oh.gov*

Enclosures
cc: Ohio Department of Health

CHL1900013

## Ohio Department of Health
# Clearance Examination Report
### As Required by Ohio Administrative Code 3701-32-12 and 3701-32-15

Ohio law (section 5301.30 of the Revised Code requires every person who intends to transfer any residential real property by sale, land installment contract, lease with option to purchase, exchange, or lease for a term of 99 years and renwable forever, to complete and provide a copy to the prospectve transferee of the applicable property disclosure forms, disclosing known hazardous conditions of the property, including lead-based paint hazards.

Federal law (24 CFR part 35 and 40 CFR part 745) requires sellors and lessors of residential units constructed prior to 1978, except housng

(unless any child who is less than 6 years of age resides or is expected to reside in such housing) or any zero-bedroom dwelling to disclose and provide a copy of this report to new purchasers or lesses before they become obligated under a lease or sales contract.  Property owners and sellers are also required to distribute an educational pamphlet approved by the United States Environmental Protection Agency and include standard warning language in or attached to leade contracts to ensure that parents have the information they need to protect children from lead-based paint hazards.

| | |
|---|---|
| **Building Owner Name**<br>SINGLETON BARRETT B & CLAIRE M | **Type of Building**<br>SINGLE FAMILY |

[X] Residence     Child daycare facility     School

**Property Address**
4057 BEECHWOOD AV

| Contact person/Manager/Principal (if other than owner) | Telephone |
|---|---|
| Barrett Singlon | |

| Name of Lead Abatement Contractor, Lead Abatement Project Designer, Lead-Safe Renovater, or Essential Maintenance Pratice Worker | License number (if applicable) | License expiration date |
|---|---|---|
| John Bryson | LC001724 | 10/19/21 |

| Employer Street Address | City, State, Zip |
|---|---|
| 3317 Harvey Ave | Cincinnati OH 45229 |

| Employer | Employer Telephone |
|---|---|
| Anderson Painting and Decorating | 513 258 8254 |

| Name of Risk Assessor/Inspector/Clearance Technician who performed testing | License number |
|---|---|
| Ferooz Rezvannejad | LA-008511 |

| Employer Street Address | | |
|---|---|---|
| 3301 Beekman Street | Cincinnati, Ohio | 45225 |

| Employer | Employer Telephone |
|---|---|
| Cincinnati Health Department | (513) 357-7420 |

Activity conducted requiring clearance examination(Please Check appropriate boxes.)

[X] Lead Abatement     [ ] Lead-Safe renovation
[ ] Essential maintenance practices
[ ] Paint Stabilization     [ ] Interim Controls

Date of Lead Hazard Reduction or other activity performed

| Start Date | Completion Date |
|---|---|
| 1/6/20 | 2/6/20 |

Check each clearance activity performed and attach appropriate form(s):

[X] Visual assessment     [X] Dust sample collection
[ ] Soil sample collection     [ ] Water sample collection

Date of Clearance Examination
02/11/2020

[ ] Check if repeat examination

| Signature | |
|---|---|
| Ferooz Rezvannejad | 02/11/2020 |

HEA 7730 (10/26)

CHL1900013

**Ohio Department of Health**
# Lead Hazard Control Visual Clearance

Page 1 of 2

Date of Clearance Activity
02/11/2020

Property Address
4057 BEECHWOOD AV

Name of Clearance Examiner
Ferooz Rezvannejad

License number
LA-008511

License expiration date
04/06/2016

Name of Property Owner
SINGLETON BARRETT B & CLAIRE M

Property Address
4057 BEECHWOOD AV

Date cleanup completed
2/5/20

Time cleanup completed
12:00 pm

Contractor name
John Brysor

Telephone

Address 3317 Harvey Cincinnati, OH 45229

☐ Check if repeat examination

| Room Identifier | List of building components to be treated in each room | Work on each component completed? | | Visible paint chips seen? | | Visible settled dust seen? | | Additional work required? | |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | Yes | No |
| EXTERIOR - EXTERIOR - ALL - WINDOW SILL | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| EXTERIOR - ALL - ALL - DOOR WIN CASING | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| EXTERIOR - EXTERIOR - A - STORM DOOR | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| EXTERIOR - GARAGE - C - DOOR FRAME | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| EXTERIOR - EXTERIOR - A - DOOR SILL | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - WINDOW SASH | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - WINDOW TROUGH | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - BASEBOARD | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - 2BAD - ALL - WALL | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - KITCHEN - C - CABINET DOORS | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - KITCHEN - C - CABINET WALL | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - FAMILY ROOM - C - SHELF | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - DOOR IMP | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - DOOR JAMB | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - WINDOW SILL | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - DOOR FACE | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - DOOR WIN CASING | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |
| INTERIOR - ALL - ALL - DOOR FRAME | | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ |

# Lead Hazard Control Visual Clearance continued

Page 2 of 2

Date of Clearance Activity

02/11/2020

Property Address

4057 BEECHWOOD AV

| | | |
|---|---|---|
| Exterior Soil | ☑ Treated | ☐ Not Treated |
| If treated, is bare soil present? | ☐ Yes | ☑ No |
| Was contaminated soil removed? | ☐ Yes | ☐ No |
| Is additional soil treatment required? | ☐ Yes | ☑ No |

Notes:



Signature

HEA 7731 (10/26)

# Ohio Department of Health
# Prior Notification of Lead Abatement Project

1. Notifications shall be typed and sent to the Ohio Department of Health, Division of Quality Assurance, Attn: Lead Program, 246 North High Street, P.O. Box 118, Columbus, Ohio 43216-0118. You may also e-mail the original notification to lead@odh.ohio.gov.

2. Each lead abatement contractor shall notify the department of health at least 10 calendar days prior to the commencement of a project as required by division (D) of section 3742.07 of the Ohio Revised Code and Paragraph (I)(3) of the rule 3701-32-08 of the Ohio Administrative Code.

3. Please complete all parts of this form. This form will be returned to you if any information is lacking. The 10 day waiting period will commence when all information requested is supplied.

4. Type of Notification: ☐ Original  ☐ Cancellation  ☒ Revision # 1  Revised section number(s) ___ ___ ___

**Complete the following information. Please be accurate and specific when giving locations, names, and dates.**

| 5. Building Owner name | | | | |
|---|---|---|---|---|
| Barrett Singleton | | | | |

| Address | City | State | ZIP |
|---|---|---|---|
| 4057 Beechwood | Cincinnati | OH | 45229 |

| Contact Person | Telephone # |
|---|---|
| Barrett Singleton | (859) 312-1814 |

| 6. Licensed Lead Abatement Contractor | | | |
|---|---|---|---|
| John Bryson | | | |

| License # | Expiration Date | E-Mail Address |
|---|---|---|
| LC001724 | 10/19/2021 | iloveleadtoday@gmail.com |

| Employer | Employer Telephone # |
|---|---|
| Anderson Painting & Decorating | (513) 256-8254 |

| Employer Street Address | City | State | ZIP |
|---|---|---|---|
| 3317 Harvey Avenue | Cincinnati | OH | 45229 |

| 7. Name of Designated Abatement Worker on-site (when contractor is not on-site) | License # |
|---|---|
| Anthony Owens | LW9530 |

| 8. Name of Risk Assessor/Inspector who performed testing, if applicable | License # |
|---|---|
| Ferooz Rezvannejad | LA008511 |

9. Was a Lead Hazard Control Order issued for the property?
☐ No  ☒ Yes  If "Yes", who was the issuing authority?  Cincinnati Health Dept.

| 10. Building Name/Type | State | County |
|---|---|---|
| Residential - single | OH | Hamilton |

| Address | City |
|---|---|
| 4057 Beechwood | Cincinnati |

| Site location (Include brief directions) |
|---|
| 71 to norwood lateral left reading rd right clinton springs |

**11. Type of abatement**
☒ Interior work  ☒ Exterior work  ☒ Component Replacemen  ☐ Enclosure  ☐ Encapsulation  ☒ Dust Abatement
☒ Paint Removal  ☐ Soil

**12. Type of component**
☒ Window  ☒ Door  ☐ Siding  ☐ Other (specify) ___

| 13. Start Date | Completion date |
|---|---|
| 01/06/2020 | 02/06/2020 |

| Shift1: 8 AM-2 PM | Shift2: | Shift3: |
|---|---|---|

Days of Operations:
☒ Monday  ☒ Tuesday  ☒ Wednesday  ☒ Thursday  ☒ Friday  ☐ Saturday  ☐ Sunday

| 14. Signature of person filing this notification | Date |
|---|---|
| John Bryson | 01/07/2020 |

**FOR AGENCY USE ONLY**

| PM | DR | NOT # |
|---|---|---|
| | | 202017200 |

HEA 5801 (Rev. 12/14)

Notification no.:  202017200

Revision number:  1

Notes from Contractor:

We will be off site today 1/7/2020 and will be back tomorrow

Case: 1:25-CV-00269-DRC Doc #: 1-1 Filed: 04/25/25 Page: 69 of 112 PAGEID #: 69

# CHAIN OF CUSTODY RECORD
## LEAD PROGRAM

**city of CINCINNATI** — HEALTH DEPARTMENT

P 513 357 7420  F 513 357 7205  page 1 of ___

- ☐ Prim. Prevention
- ☐ Relocation
- ☐ HUD
- ☑ CLPPP-EBLI
- ☐ LAST

**Turn Around Time**
- ☐ Standard
- ☑ Rush 24-Hr
- ☐ 6-Hr

- ☑ INT
- ☐ EXT
- ☐ 1st Attempt
- ☐ 2nd Attempt
- ☐ 3rd Attempt

| LAB SAMPLE # (A)/yy/mm/dd/000 | FLOOR B, EX, 1, 2, 3 | SAMPLE TYPE S, P, D, W | COMP Y/N | LOCATION BR1, LR, DR, EX, etc. | SURFACE F, C, W | SURFACE # SIDES A1-Z1 | COMPONENT/ SOIL SITE AAA | DIMENSIONS (WIPES) in x in |
|---|---|---|---|---|---|---|---|---|
| F/2/5/20/01 | 3 | D | N | 3 BR | F | C | FW | 12X12 |
| 2 | 3 | | | 3 BR | W | C | WIS | 1.5X45 |
| 3 | 3 | | | 3 BR | W | C | WT | 5X40 |
| 4 | | | | 2 BRcD | F | B | FW | 12X12 |
| 5 | | | | 2 BRcD | W | B | WIS | 7.5X28 |
| 6 | | | | 2 BRcD | W | B | WT | 5X26 |
| 7 | | | | Foyer | F | A | FW | 12X12 |
| 8 | | | | 1 DR | W | B | WIS | 3.25X39.5 |
| 9 | | | | 1 DR | W | B | WT | 5X37 |
| 10 | | | | 1 LR | F | A | FW | 12X12 |
| 11 | | | | 1 LR | W | A | WIS | 2.5X45 |
| 12 | | | | 1 LR | W | A | WT | 5X43 |
| 13 | | | | 1 Hall | F | C | FW | 12X12 |
| | | | | | | | | |
| | | | | | | | | |

SPECIAL INSTRUCTIONS/HAZARDS _____

(RA/CT NAME, DATE, TIME): Farooz Rezvannejad 2/5/20 11 Am  ADDRESS: 4057 Beechwood

1. RELINQUISHED BY (DATE, TIME): Farooz Rezvannejad 2/6/20 1:00  2. RELINQUISHED BY (DATE, TIME): _____

RECEIVED BY (DATE, TIME): _____  RECEIVED BY (DATE, TIME): ____ 2-7 10:00

2C45-550620

RATE  REV. 09/10



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

## Certificate of Analysis: Lead In Dust Wipe by EPA Method 7000B/3050B*

| Client : | City of Cincinnati--Health Department | | | | AAT Project : | 550620 |
|---|---|---|---|---|---|---|
| | 3301 Beekman | | | | Sampling Date : | 02/05/2020 |
| | Cincinnati, OH 45225 | | | | Date Received : | 02/07/2020 |
| Attn : | Sandra Spears | Email : | Sandra.Spears@cincinnati-oh.gov | | Date Analyzed : | 02/07/2020 |
| Phone : | (513) 352-3209 | Fax : | | | Date Reported : | 2/7/2020 5:42:07PM |

**Client Project :** 4057 BEECHWOOD

**Project Location :** 4057 BEECHWOOD

| Lab Sample ID | Client Code | Sample Description | Length (inch) | Width (inch) | Area (Sq ft) | Results Lead µg/ft2 * |
|---|---|---|---|---|---|---|
| 5302278 | F-2-5-20-01 | 3 D N 3 BR F C FW | 12 | 12 | 1.00 | 14.10 |
| 5302279 | 2 | 3 D N 3 BR W C WIS | 1.5 | 45 | 0.47 | 25.95 |
| 5302280 | 3 | 3 D N 3 BR W C WT | 5 | 40 | 1.39 | 24.69 |
| 5302281 | 4 | D N 2 BRCD F B FW | 12 | 12 | 1.00 | 24.11 |
| 5302282 | 5 | D N 2 BRCD W B WIS | 7.5 | 28 | 1.46 | 38.16 |
| 5302283 | 6 | D N 2 BRCD W B WT | 5 | 26 | 0.90 | 10.15 |
| 5302284 | 7 | D N FOYER F A FW | 12 | 12 | 1.00 | 10.20 |
| 5302285 | 8 | D N 1DR W B WIS | 3.25 | 39.5 | 0.89 | 15.35 |
| 5302286 | 9 | D N 1 DR W B WT | 5 | 37 | 1.28 | 14.21 |
| 5302287 | 10 | D N 1LR F A FW | 12 | 12 | 1.00 | <5.00 |
| 5302288 | 11 | D N 1 LR W A WIS | 2.5 | 45 | 0.78 | <6.40 |
| 5302289 | 12 | D N 1 LR W A WT | 5 | 43 | 1.49 | 20.05 |
| 5302290 | 13 | D N 1 HALL F C FW | 12 | 12 | 1.00 | <5.00 |

Analyst Signature

Daniel Spence

ND = Not Detected, N/A = Not Available, RL = Reporting Limit, Analytical Reporting Limit is 5 ug/sample. For true values assume (2) significant figures. AAT internal SOP S205. The method and batch QC are acceptable unless otherwise stated. EPA Regulatory Limits: 10 ug/ft2 (Floors, Carpeted/Uncarpeted), 100 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). EPA Lead Dust Clearance Limits: 40 ug/ft2 (Floors, Carpeted/Uncarpeted), 250 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). HUD Grantee Regulatory Limits: 10 ug/ft2 (Interior Floors), 40 ug/ft2 (Porch Floors), 100 ug/ft2 (Window Sills), 100 ug/ft2 (Window Troughs). The laboratory operates in accord with ISO 17025 guidelines and holds limited scopes of accreditation under AIHA-LAP and NY State DOH ELAP programs. These results are submitted pursuant to AAT, LLC current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. Analytical results relate to the samples as received by the lab. AAT will not assume any liability or responsibility for the manner in which the results are used or interpreted. All Quality Control requirements for the samples this report contains have been met. AAT does not blank correct reported values. Sample data apply only to items analyzed. Results are calculated with wipe dimensions supplied by client. Reproduction of this document other than in its entirety is not authorized by AAT, LLC. * = Validated modified method. Samples are stored for 15 days following report date

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed: 02/07/2020          AAT Project:     550620



Page 1 of 2



**30105 Beverly Road**
**Romulus, MI 48174**
**Ph: 734-629-8161; Fax: 734-629-8431**

To :     City of Cincinnati--Health Department

3301 Beekman

Cincinnati, OH 45225

Attn :   Sandra Spears           Email :   Sandra.Spears@cincinnati-oh.gov

Phone :   (513) 352-3209

| | |
|---|---|
| **AAT Project :** | 550620 |
| **Client Project :** | 4057 BEECHWOOD |
| **Date Reported :** | 2/7/2020  5:42:07PM |

**Project Location :**     4057 BEECHWOOD

| Sample | Client Code | Analysis Requested | Completed | Analyst |
|---|---|---|---|---|
| 5302278 | F-2-5-20-01 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302279 | 2 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302280 | 3 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302281 | 4 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302282 | 5 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302283 | 6 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302284 | 7 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302285 | 8 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302286 | 9 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302287 | 10 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302288 | 11 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302289 | 12 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302290 | 13 | Dust Wipe | 02/07/2020 | Daniel Spence |

**Reviewed By**          Quality Assurance Coordinator - Stephen Northcott

This report is intended for use solely by the individual or entity to which it is addressed. It may contain information that is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this information is not the intended recipient or an employee of its intended recipient, you are herewith notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify AAT immediately. Thank you.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed:  02/07/2020  5:53PM                    AAT Project:    550620

**EXHIBIT C**
**Purchase Contract**

dotloop signature verification: dtlp.us/hbA0-9nY9-WckA

Copyright November 1, 2017

Page 1 of 8



**COLDWELL BANKER**
**REALTY**

# Contract to Purchase

Adopted by Cincinnati Area Board of Realtors® and
Dayton Area Board of Realtors®
For exclusive use by REALTORS®.
**This is a legally binding contract. If not understood, seek legal advice.**
**For real estate advice, consult a REALTOR®.**





04/27/2021 _____ (date).

**1. PROPERTY DESCRIPTION:** I/We ("Buyer") offer to purchase from Seller ("Seller") the following described property:

Address _____ 4057 Beechwood Ave _____ City/Township _____ Cincinnati _____

Ohio, Zip Code ____ 45229 ____ , County _____ Hamilton _____ , Further described as: ____ 115-0006-0009-0 ____

_____ ("Real Estate"

*BS* 04/29/21

*CMB* 04/29/21 2:55 PM EDT dotloop verified

**2. PRICE AND TERMS:** Buyer hereby agrees to pay $ ~~705,000.00~~ 685000 ~~675000.~~ ~~724,000.00~~

("Purchase Price") for the Real Estate, payable as follows: $ 700000.

a) **EARNEST MONEY: For purposes of this clause, time is of the essence.** $ _____ 1%

("Earnest Money") shall be submitted for deposit with _____ Coldwell Banker Realty _____

within ___ 3 ___ calendar days of the Contract Acceptance Date, as hereinafter defined ("Contract"), in a trust account pending the final settlement and conveyance of the purchase and sale of the Real Estate contemplated in this Contract ("Closing"), or returned to the Buyer if this offer is not accepted in writing. Written acknowledgement of Earnest Money Deposit ☐ is included ☑ shall be provided to Listing REALTOR® or Seller within ___ 3 ___ calendar days of the Contract Acceptance Date. If acknowledgement of Earnest Money is not provided as stated herein, then Seller, by Seller's sole option, may, by written notice to selling REALTOR® or Buyer, terminate this Contract. Any disbursement of Earnest Money shall be in compliance with Ohio R.C. 4735.24, which includes the following stipulations: The Earnest Money shall be disbursed as follows: (i) if the transaction is closed, the Earnest Money shall be applied to Purchase Price (may be retained by brokerage and credited toward brokerage commission owed) or as directed by Buyer or (ii) if either party fails or refuses to perform, or if any contingency is not satisfied or waived, the Earnest Money shall be (a) disbursed in accordance with a release of earnest money ("Release") signed by all parties to the Contract or (b) in the event of a dispute between the Seller and Buyer regarding the disbursement of the Earnest Money, the broker is required by law to maintain such funds in his trust account until the broker receives (a) written instructions signed by the parties specifying how the Earnest Money is to be disbursed or (b) a final court order that specifies to whom the Earnest Money is to be awarded. If the Real Estate is located in Ohio, and if within two years from the date the Earnest Money was deposited in the broker's trust account, the parties have not provided the broker with such signed instructions or written notice that such legal action to resolve the dispute has been filed, the broker shall return the Earnest Money to the Buyer with no further notice to the Seller. Both Buyer and Seller acknowledge and agree that, in the event of a dispute between Buyer and Seller as to entitlement of the Earnest Money, the REALTORS® will not make a determination as to which party is entitled to the Earnest Money.

b) **BALANCE:** The balance of the Purchase Price shall be paid by wire transfer, certified, cashier's, official bank, attorney or title company trust account check on date of Closing, subject to the terms of applicable law.

**3. FINANCING CONTINGENCY:** Buyer intends to use the Real Estate for the following purpose: ☑ Owner-occupied ☐ Rental ☐ Other: _____ .

☐ **CASH:** Buyer shall provide written confirmation of available funds on verifiable document from funding source within _____ calendar days of the Contract Acceptance Date. If Buyer fails to provide such documentation, then Seller may, by written notice to selling REALTOR® or Buyer, terminate this Contract. Buyer has the right to obtain an appraisal of the Real Estate by a licensed appraiser within _____ calendar days beginning the day following the Contract Acceptance Date.

☑ **CONVENTIONAL LOAN:** The Buyer's obligation to close this transaction is contingent upon Buyer applying for and obtaining: (a) ☑ fixed ☐ adjustable or ☐ other first mortgage loan on the Real Estate, (b) in an amount not to exceed _____ % of the Purchase Price, (c) at an interest rate ☐ at prevailing rates and terms ☐ not to exceed _____ % (d) for a term of not less than _____ years or at a higher rate or shorter term agreeable to Buyer.

☐ **FHA/VA:** The Buyer's obligation to close this transaction is contingent upon Buyer applying for and obtaining (a) ☐ FHA, [(1) ☐ fixed or (2) ☐ adjustable] (including FHA closing costs) or ☐ VA (including VA funding fee) first mortgage loan in the maximum allowable amount (b) at an interest rate ☐ at prevailing rates and terms ☐ not to exceed _____ %, (c) for a term of not less than _____ years or at a higher rate or shorter term agreeable to Buyer. ☐ Buyer has been provided the FHA **For Your Protection: Get a Home Inspection** disclosure. *When the Buyer is financing through FHA or VA, the Seller may be required to pay for certain fees. Check with your lending institution. Whole house inspection fees may be paid by the VA Buyer, but must be paid outside of the Closing. On FHA/VA contracts, the appraiser is not deemed to be a whole house inspector.*

☐ **OTHER FINANCING: SEE ATTACHED ADDENDUM** _____

_____ .

**Settlement Charges:** In addition to costs incurred in order for the Seller to fulfill the terms of the Contract and to provide marketable title, Seller agrees to pay actual settlement charges on behalf of the Buyer, including, but not limited to, ~~discount points~~, closing costs, pre-paids and any other fees allowed by Buyer's lender in an amount not to exceed, _____ $5000. _____ .

Buyer's Initials ____ Date/Time 04/27/2021 9:07 Seller's Initials ____ Date/Time _____

©2020 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.

REV12.2020

dotloop signature verification: dtlp.us/hbA0-9nY9-WckA

Copyright November 1, 2017          Property Address:          4057 Beechwood ave, Cincinnati, OH 45229          Page 2 of 8

**Financing Timeframe: IF BUYER FAILS TO PROVIDE CONFIRMATION THAT BUYER HAS COMPLETED ANY OF THE REQUIREMENTS OF THE FINANCING TIMEFRAME, AS SET FORTH IN SUBSECTIONS (a) THROUGH (c) below, THEN SELLER MAY, AT SELLER'S SOLE DISCRETION, BY WRITTEN NOTICE TO SELLING REALTOR® OR BUYER, TERMINATE THIS CONTRACT.**

**(a)** Buyer financing qualification letter based upon initial credit check and preliminary information provided by Buyer stating that such qualification ☐ is ☑ is not contingent upon the closing of Buyer's other real estate and ☑ is attached ☐ is not attached ☐ shall be provided within _____0_____ calendar days of the Contract Acceptance Date.

**(b)** Buyer shall complete a loan application, which shall include providing selected lender, with *"intent to proceed"*, including payment for appraisal (if necessary), within _____7_____ calendar days of the Contract Acceptance Date and will make a diligent effort to obtain financing.

**(c)** Buyer or Buyer's lender shall notify Listing REALTOR® or Seller, in writing, that a loan approval has been obtained or waived within ~~6/27/21~~ calendar days of the Contract Acceptance Date. 6/11/2021

**BUYER IS RELYING ON BUYER'S OWN UNDERSTANDING OF FINANCING DEFINED AND PROCESSES REQUIRED BY A LENDER AS WELL AS THE LEGAL AND TAX CONSEQUENCES THEREOF, IF ANY.**

**4. APPRAISAL CONTINGENCY:** Buyer's obligation to close this transaction is contingent upon Real Estate appraising at or above final sales price of the Real Estate. Buyer has the right to obtain, at Buyer's expense, an independent appraisal performed by an appraiser licensed in Ohio. In the event the Real Estate does not obtain an appraised value (by either Buyer's or Lender's appraiser) equal to or greater than the Purchase Price, Buyer shall have the right to terminate this Contract by delivering written notice to Seller on or before the expiration of (i) the time-frame set forth in Section 3 above for obtaining an appraisal in connection with a cash sale or (ii) the time-frame set forth in Section 3 above for obtaining a loan approval (such applicable time period being referred to as the "Appraisal Contingency Period"). If Buyer does not deliver written notice to Seller that Buyer is terminating the Contract prior to the expiration of the Appraisal Contingency Period, then Buyer's right to terminate this Contract due to appraised value shall be deemed waived. **Seller shall have ALL utilities servicing the Real Estate on during the appraisal inspection.**

**5. INCLUSIONS/EXCLUSIONS OF SALE:** The Real Estate shall include the land, together with all improvements thereon, all appurtenant rights, privileges, easements, fixtures, and all of, but not limited to, the following items if they are now located on the Real Estate and used in connection therewith: electrical; plumbing; heating and air conditioning equipment, including window units; bathroom mirrors and fixtures; shades; blinds; awnings; window rods; window/door screens, storm windows/doors; shrubbery/landscaping; affixed mirrors/floor covering; wall-to-wall, inlaid and stair carpeting (attached or otherwise); fireplace inserts/grates; fireplace screens/glass doors; wood stove; gas logs and starters; television and/or sound system mounting brackets (excluding televisions and/or sound system), aerials/rotor operating boxes/satellite dishes (including non-leased components); water softeners; water purifiers; central vacuum systems and equipment; garage door openers/operating devices; the following **built-in** appliances: ranges/ovens/microwaves/refrigerators/dishwashers/garbage disposers/trash compactors/humidifiers; all security alarm systems and controls; all affixed furniture/fixtures; utility/storage buildings/structures; inground/above ground swimming pools and equipment; swing sets/play sets; affixed basketball backboard/pole; propane tank/oil tank and contents thereof; electronic underground fencing transmitter and receiver collars; and parking space(s) number(s) _____ and storage unit number _____ (where applicable); **except the following: which are leased in whole or in part** (please check appropriate boxes); ☐ water softener; ☐ security/alarm system; ☐ propane tank; ☐ satellite dish; ☐ satellite dish components: _____ **. THE FOLLOWING ITEMS (WHICH ADD NO ADDITIONAL VALUE TO THE REAL ESTATE) ARE SPECIFICALLY INCLUDED WITH THE REAL ESTATE:** all per mls 1694390, , dishwasher, Gar Disp, cooktop,micro,oven rangerfrig,wine coller window treatments, Rookwood tile for backsplash, **THE FOLLOWING ITEMS ARE SPECIFICALLY EXCLUDED FROM THE REAL ESTATE.** washer & dryer. _____ none

**6. CERTIFICATION OF OWNERSHIP:** Seller certifies that Seller owns all of the items listed in Section 5 and that they will be free and clear of any debt, lien or encumbrances at closing (except as listed in Section 20 of this Contract). Seller also represents that those signing this Contract constitute all of the owners of the title to the real property and other items as listed in Section 5, together with their respective spouses.

**7. SELLER'S CERTIFICATION:** Seller certifies to Buyer that **to the best of Seller's knowledge:** The Real Estate (a) ☐ is ☑ is not located in a Historic District, (b) ☐ is ☑ is not subject to a maintenance agreement, (c) ☐ is ☑ is not located in a flood plain requiring insurance, (d) ☐ is ☑ is not subject to a municipal pre-sale inspection, disclosure, and/or certification of occupancy; if the Real Estate is located in a jurisdiction requiring housing inspection before transfer, Seller shall be responsible for completing and submitting the necessary application and will furnish to Buyer or Buyer's agent a copy of the resulting unconditional certificate on or before the date of Closing, (e) no orders of any public authority are pending, (f) no work has been performed or improvement constructed that may result in future assessments, (g) no notices have been received from any public agency with respect to condemnation or appropriation, change in zoning, proposed future assessments, correction of conditions or other similar matters, and (h) to the best of Seller's knowledge, no toxic, explosive or other hazardous substances have been stored, disposed of, concealed within or released on or from the Real Estate and no other adverse environmental conditions within the boundaries of the Real Estate affect the Real Estate except _____ of record _____. Seller further certifies that, to the best of Seller's knowledge, there are no encroachments, shared driveways, party walls, property tax abatements or homestead exemptions affecting the Real Estate except: _____ of record _____ and

Buyer's Initials _____ Date/Time 04/27/2021     9:07          Seller's Initials _____ Time _____

©2020 Coldwell Banker. All rights reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. ... is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker ... supports the principles of the Fair Housing Act and the Equal Opportunity Act.

REV12.2020

dotloop signature verification: dtlp.us/hbA0-9nY9-WckA

Copyright November 1, 2017     Property Address:     4057 Beechwood ave, Cincinnati, OH 45229     Page 3 of 8

that no improvements or services (site or area) have been installed or furnished, nor notification received from public authority or owner's association of future improvements of which any part of the costs may be assessed against the Real Estate, except: no exceptions .

**8. HOMEOWNER ASSOCIATION/CONDOMINIUM DECLARATIONS, BYLAWS AND ARTICLES:** Real Estate (a) ☐ is ☑ is not subject to a homeowner association established by recorded declaration with mandatory membership, (b) ☐ is ☑ is not subject to a homeowner association assessment (separate from HOA fees) (c) ☐ is ☑ is not subject to mandatory fees imposed on the real estate [☐ pool, ☐ golf course, ☐ other _____na_____] (separate from HOA fees). Seller further certifies that, to the best of Seller's knowledge, there are no Homeowner Association violations (current or outstanding) affecting the Real Estate except: _____na_____ .

If the Real Estate is subject to a Homeowner Association Declaration or is a Condominium, Seller will, at Seller's expense, provide Buyer with a current copy of documents affecting the real estate including, but not limited to, documents recorded with the county, the Association Declaration, the Association's financial statements, Rules and Restrictions, schedule of monthly, annual and special assessments/fees, architectural standards (to the extent not included in the Rules and Restrictions), the Bylaws and the Articles of Incorporation and other pertinent documents ("Documents") within ___0___ calendar days beginning the day following the Contract Acceptance Date. Buyer shall have the right to disapprove of the Documents by delivering written notice of Buyer's disapproval to Seller within ___0___ calendar days beginning the day following receipt of Documents ("Disapproval Date"). If written notice of disapproval is delivered by the Disapproval Date, then this Contract shall become null and void. Unless written notice is delivered by the Disapproval Date, Buyer shall be deemed to have approved the Documents and waives the right to terminate the Contract based upon the terms and conditions of same. If Seller fails to provide Documents as required, Buyer has the right to terminate the Contract. Seller agrees, as a condition to Closing, to secure, at Seller's expense, written approval for this sale if required by the Documents. Seller, at Seller's expense, shall provide any letter of assessment required at Closing by the lender and/or title company. Seller certifies that the current HOA fees are: $___0___ ☐ Monthly ☐ Quarterly ☐ Annually and/ or ☐ Other _____.

**9. MAINTENANCE:** Until physical possession is delivered to the Buyer, Seller shall continue to maintain the Real Estate, as described in Section 5, including the grounds and improvements thereon. Seller shall repair or replace any appliances, equipment or systems currently in normal operating condition that fail prior to possession except: ___none___. Seller further agrees that until physical possession is delivered to the Buyer, the Real Estate will be in as good condition as it is presently, except for normal wear and casualty damage from perils insurable under a standard all risk policy. If, prior to Closing, the Real Estate is damaged or destroyed by fire or other casualty, Buyer shall have the option to (a) proceed with the Closing, or (b) terminate this Contract. While this Contract is pending, Seller shall not change any existing lease or enter into any new lease, nor make any substantial alterations or repairs without the written consent of the Buyer. **Buyer and Seller agree that Buyer shall be provided the opportunity to conduct a walk-through inspection of the Real Estate within 48 hours prior to Closing, solely for the purpose of ascertaining that the Seller has maintained the Real Estate as required herein and has met all other contractual obligations.** Upon Closing, Buyer shall become responsible for any risk of loss and for insurance for the Real Estate.

**10. HOME WARRANTY PROGRAM:** Buyer has been informed of the Coldwell Banker Home Protection Plan and its potential benefits. Buyer selects ☐ Coldwell Banker Home Protection Plan ☐ other Home Protection Plan _____ to be paid for by ☐ Buyer ☐ Seller at an amount not to exceed _____. ☑ Buyer does not select a Home Protection Plan.

**11. INSURANCE:** Buyer's right to terminate this Contract due to property and flood insurance availability and/or cost must be satisfied during the **Real Estate Inspection Contingency Period (as defined in Section 14 below)**. Buyer(s) acknowledges that it is Buyer's sole responsibility to make inquiries with regard to insurance, including, but not limited to, real, flood and personal property insurance availability and cost. **BUYER(S) IS RELYING ON BUYER'S OWN UNDERSTANDING OF INSURANCE TO BE OBTAINED.**

**12. PROPERTY DISCLOSURE FORM:** Buyer ☑ has ☐ has not received the Ohio Residential Property Disclosure Form or ☐ Seller represents and warrants that Seller is exempt from providing the Ohio Residential Property Disclosure.

**13. BUYER'S OFF-SITE ACKNOWLEDGEMENT: Buyer acknowledges that Buyer has conducted investigations with regard to the municipality, zoning, school district, and use of the Real Estate and conditions outside of the boundaries of the Real Estate, including but not limited to, crime statistics, registration of sex offenders, noise levels (i.e., airports, interstates, environmental), local regulations/development or any other issues of relevance to the Buyer and has verified that the Real Estate is suitable for Buyer's intended use. Buyer assumes sole responsibility for researching such conditions.** Notwithstanding anything to the contrary, Seller makes no representations or warranties with regard to these conditions and the use of the Real Estate. Buyer acknowledges that Buyer has been given the opportunity to conduct research pertaining to any and all of the foregoing prior to execution of this Contract. Buyer is relying solely on Buyer's own research, assessment and inquiry with local agencies and is not relying, and has not relied, on Seller or any REALTOR® involved in this transaction.

**14. REAL ESTATE INSPECTION CONTINGENCY: For purposes of this clause, time is of the essence.** The Buyer has the option to have the Real Estate inspected, at Buyer's expense. Buyer shall have up to ___10___ calendar days ("Inspection Period") beginning the day following Contract Acceptance Date to conduct all inspections related to the Real Estate. Inspections regarding the physical material condition, insurability and cost of a casualty insurance policy, boundaries, and use of the Real Estate shall be the sole responsibility of the Buyer. **Buyer is relying solely upon Buyer's examination of the Real**

Buyer's Initials ___ Date/Time 04/27/2021 9:07     Seller's Initials ___ Time ___

©2020 Coldwell Banker. All rights reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.
REV12.2020

Copyright November 1, 2017          Property Address:          4057 Beechwood ave, Cincinnati, OH 45229          Page 4 of 8

Estate, the Seller's certification herein, and inspections herein requested by the Buyer or otherwise required, if any, for its physical condition and overall character, and not upon any representation by the REALTORS® involved. During the Inspection Period, Buyer and Buyer's inspectors and contractors shall be permitted access to the Real Estate at reasonable times and upon reasonable notice. Buyer shall be responsible for any damage to the real estate caused by Buyer or Buyer's inspectors or contractors, which repairs shall be completed in a timely and workmanlike manner at Buyer's expense.

a) If Buyer is not satisfied with the condition of the Real Estate as revealed by the inspection(s) and desires corrections to material defect(s), Buyer shall provide written notification of any material defect(s) and the portion(s) of the inspection report which describe the basis for the Buyer's dissatisfaction to the Listing Firm or Seller with a request for corrections desired within the Inspection Period. Buyer and Seller shall have _____5_____ calendar days beginning the day following the date of delivery of the Post-Inspection Agreement or other written notice requesting corrections ("Settlement Period") to negotiate to reach a written agreement in settlement of the condition of the Real Estate. Delivery of the Post-Inspection Agreement or other written notice requesting corrections to material defects will designate the end of the Inspection Period, if provided prior to the end of the Inspection Period identified above.

If written settlement of the condition of the Real Estate is not reached within the Settlement Period, Buyer shall have the option to withdraw the written request for corrections within the Settlement Period and accept the Real Estate in "as is" condition. If written settlement is not reached, with signed copies of settlement agreement physically delivered to the parties or their respective agents within the Settlement Period, and Buyer has not withdrawn the request for corrections in writing, this Contract shall be terminated. Buyer shall have the right to terminate the Contract, prior to reaching written agreement with signed copies physically delivered to the parties or their respective agents, during the Settlement Period. Buyer agrees that minor repairs and routine maintenance items are not to be considered material defects with regard to this contingency.

**OR**

b) If Buyer is not satisfied with the condition of the Real Estate, as revealed by the inspection(s) and desires to terminate this Contract, Buyer shall provide written notification to Listing Firm or Seller that Buyer is exercising Buyer's right to terminate this Contract within the Inspection Period, and this Contract shall be terminated.

If Buyer is satisfied with the results of the inspection(s), Buyer shall deliver written notification to Listing Firm or Seller within the Inspection Period stating Buyer's satisfaction and waiver of the contingency. **IF BUYER DOES NOT DELIVER SUCH NOTIFICATION OF SATISFACTION AND WAIVER OF THIS CONTINGENCY OR WRITTEN NOTIFICATION AS IDENTIFIED IN (a) OR (b) ABOVE, WITHIN THE INSPECTION PERIOD, THEN BUYER SHALL BE DEEMED TO BE SATISFIED WITH ALL INSPECTIONS AND THE CONTINGENCY SHALL BE CONSIDERED WAIVED. IF BUYER DOES NOT COMPLETE REAL ESTATE INSPECTION(S) DURING THE INSPECTION PERIOD, BUYER'S RIGHT TO INSPECT SHALL BE DEEMED WAIVED.**

A. ☑ **BUYER ELECTS TO CONDUCT INSPECTION(S) OF THE REAL ESTATE** to determine the material physical condition of the house, land, improvements, fixtures, equipment, any additional structures, and any hazardous conditions on the Real Estate. *(The inspection(s) may include, but are not limited to, the following inspections which may or may not be performed by the same or different inspectors on the same or different dates.)*

Air Conditioning      Heating      Roofing      Water Quality / Quantity      Structural      Well / Septic System
Plumbing      Fireplace      Mold      Electrical      Asbestos      Radon      Infestations      Any other desired by Buyer

B. ☐ **BUYER WAIVES THE REAL ESTATE INSPECTIONS** in A above with the following exception(s):

_____

Buyer acknowledges that Buyer has been advised by REALTOR® to conduct inspections of the Real Estate and has been provided the opportunity to make this Contract contingent upon the results of such inspections. Buyers Initials [_____|_____]

C. ☑ **BUYER SELECTS A TERMITE AND WOOD-BORING INSECT INSPECTION** (required by some lenders/types of financing).

☐ **BUYER WAIVES A TERMITE AND WOOD-BORING INSECT INSPECTION.**

D. **LEAD-BASED PAINT INSPECTION:** Buyer ☐ has    ☐ has not   received the Seller's disclosure of any lead-based paint or lead-based paint hazards known to Seller on the Real Estate. Buyer ☐ has    ☐ has not   received the pamphlet *"Protect Your Family From Lead in Your Home".*

☐ **BUYER SELECTS THE LEAD-BASED PAINT INSPECTION** pursuant to the attached Lead-Based Paint Inspection Addendum, which provides rights and responsibilities that supersede those of the general inspection contingency of this Contract.

☑ **BUYER WAIVES THE LEAD-BASED PAINT INSPECTION.**

☐ **NOT APPLICABLE.**

**SELLER(S) AND REALTORS® SHALL NOT BE RESPONSIBLE FOR ANY UNKNOWN AND/OR DISCLOSED DEFECTS IN THE REAL ESTATE. BUYER ACKNOWLEDGES THAT BUYER HAS BEEN ADVISED BY REALTOR® TO CONDUCT INSPECTIONS OF THE REAL ESTATE THAT ARE OF CONCERN TO BUYER AND HAS BEEN PROVIDED THE OPPORTUNITY TO MAKE THIS CONTRACT CONTINGENT UPON THE RESULTS OF SUCH INSPECTION(S).**

Buyer's Initials [JF 04/27/21] [JB 04/27/21]  Date/Time 04/27/2021 , 9:07          Seller's Initials [BS 04/27/21] [CMB 04/27/21] Time _____
1:48 PM PDT   9:23 AM PDT
dotloop verified   dotloop verified

©2020 Coldwell Banker. All rights reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.                                                                                                    REV12.2020

dotloop signature verification: dtlp.us/hbA0-9nY9-WckA

Copyright November 1, 2017    Property Address:    4057 Beechwood ave, Cincinnati, OH 45229    Page 5 of 8

**15. PROPERTY SURVEY:** Buyer(s) acknowledges that surveys obtained by the lender are not for the benefit of the Buyer. If Buyer elects to have the property surveyed for his benefit, it shall be at Buyer's expense.

**16. OTHER CONTINGENCIES/AGREEMENTS:** ☐ See attached Addenda which are signed by all parties and incorporated into this Contract: _____

Buyer elects to inspect the property "As Is with Inspections" allowing Buyer to conduct inspections per the terms of the inspection contingency, and per the results of said inspection(s), Buyer will either accept the home as is or terminate the contract.

JB 04/29/21 7:38 AM PDT dotloop verified   JF 04/29/21 7:38 AM PDT dotloop verified

BS 04/27/21 dotloop verified   CMB 04/27/21 dotloop verified

**17. TITLE INSURANCE:** Title insurance is designed to protect the policyholder of such title insurance from covered losses caused by defects in title (ownership) to the Real Estate that are in existence on the date and time the policy of title insurance is issued. Title insurance is different from casualty or liability insurance. **Buyer is encouraged to inquire about the benefits of owner's title insurance from a title insurance agency or provider. An Owner's Policy of Title Insurance, while not required, is recommended. A Lender's Policy of Title Insurance, if required by the mortgage lender, does not provide protection to the Buyer. Buyer acknowledges that it is Buyer's sole responsibility to make inquiries with regard to owner's title insurance prior to Closing.**

☐ Buyer selects an Owner's Policy of Title Insurance.

☐ Buyer selects an Owner's Policy of Title Insurance at Buyer's expense.

☐ **Seller shall pay an amount not to exceed $300 towards the purchase of an Owner's Policy of Title Insurance and Buyer shall be responsible for payment of the balance of the Owner's Policy of Title Insurance premium.**

☐ **Seller shall pay the entire cost of an Owner's Policy of Title Insurance premium.**
    Seller's contribution is payable only if Buyer has selected to obtain the Owner's Policy of Title Insurance at Closing, so that Seller's contribution may be deducted from the proceeds paid to Seller at Closing. This amount shall be in addition to Seller-paid settlement charges stated in Section 3, if any.

**18. TAXES AND ASSESSMENTS:** At Closing, Seller shall pay or credit on the purchase price (a) all real estate taxes and assessments, including penalties and interest, which became due and payable prior to the Closing, (b) a pro rata share, calculated as of the closing date in the manner set forth below, of the taxes and assessments becoming due and payable after the closing, and (c) the amount of any agricultural tax savings accrued as of the Closing date which would be subject to recoupment if the Real Estate were converted to a non-agricultural use (whether or not such conversion actually occurs), unless Buyer has indicated that Buyer is acquiring the Real Estate for agricultural purposes. ☐ If checked, Buyer hereby states that Buyer will use Real Estate for agricultural purposes and expressly waives Sellers payment to Buyer of the estimated agricultural tax savings subject to CAUV recoupment.

**TAX PRORATIONS:** All prorations shall be based upon the most recent available tax rates, assessments and valuations. It is the intent of the Seller and Buyer that each shall pay the real estate expenses as follows:

Seller's share is based upon the taxes and assessments which are a lien for the year of the Closing. Long Proration Method - Seller pays entire taxes due which cover the tax period(s) up to the date of Closing. If new construction, Long Proration method shall apply.

☐ Short Proration Method: ONLY CHECK THIS BOX IF THE SHORT PRORATION METHOD IS TO BE USED - Seller's share shall be calculated as of the date of Closing, based upon the amount of the annual taxes (as determined by the most recently assessed tax amounts) to establish a daily rate of taxes and then multiplying the daily rate by the number of days from the first day of the current, semi-annual tax period to the date of Closing. If checked, the Short Proration Method shall be applicable and shall supersede the provision to use the Long Proration Method.

**ASSESSMENTS:** Any special assessments are payable in a single annual installment and shall be prorated on the long proration method. Seller and Buyer acknowledge that actual bills received by Buyer after Closing for real estate taxes and assessments may differ from the amounts prorated at Closing; however, all Closing prorations shall be final, except for the following (if applicable): (i.e., tax abated property, new construction, etc.) _____ of record _____ Buyer shall assume responsibility for above items upon Closing. The Real Estate may contain a newly-constructed residence which at the time of Closing does not yet appear on the most recent official tax duplicate available, so that the tax bill prorated at the Closing shows taxes for only the vacant or partially improved land. Seller agrees that Seller is responsible for the amount of all real estate taxes assessed for the land and the residence through the date of Closing, regardless of when assessed, and if one or more tax bills are issued after the Closing which show taxes which were not prorated by Seller and Buyer at the Closing, Seller shall immediately pay the additional appropriate prorated amount to Buyer upon delivery by Buyer of the new tax bill(s). This provision shall survive the Closing and delivery of the deed, and the REALTOR® shall not be responsible for enforcement of this provision. Buyer shall be solely responsible for inquiring about and determining any tax credits or abatements available to the Real Estate.

**19. OTHER PRORATIONS:** It is the intent of the Seller and Buyer that each shall pay the real estate expenses listed in (a) and (b) below due for the period of time that each owns the Real Estate. There shall be prorated between Seller and Buyer as of Closing: (a) homeowner/condominium association assessments and other charges imposed by the association under the terms of the Association/Condominium Documents, if applicable, as shown on the most recent official Association statement available as

Buyer's Initials JF 04/27/21 / JB 04/27/21 Date/Time 04/27/2021  9:08  Seller's Initials BS 04/27/21 / CMB 04/27/21 Time _____

©2020 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.    REV12.2020

Copyright November 1, 2017          Property Address:          4057 Beechwood ave, Cincinnati, OH 45229          Page 6 of 8

of the date of Closing, and/or, (b) rents and operating expenses if the Real Estate is rented to tenants. Security and/or damage deposits held by Seller shall be transferred to Buyer at Closing without proration. Seller and Buyer acknowledge that prorations are based on the information provided at closing and that actual amounts charged and/or collected for prorated items may differ; however all Closing prorations shall be final.

**20. CONVEYANCE AND CLOSING:** Closing services will be provided by title company designated by Buyer: Residential Title LLC (name of title company, if known). Both Buyer and Seller agree to execute all documents required by the closing/escrow agent. At Closing, Seller shall be responsible for transfer taxes, Condominium or HOA transfer fees, conveyance fees, deed preparation, settlement fees chargeable to Seller, the cost of removing or discharging any defect, lien or encumbrance required for conveyance of the Real Estate as required by this Contract; and shall convey marketable title (as determined with reference to the Ohio State Bar Association Standards of Title Examination) to the Real Estate by recordable and transferable deed of general warranty or fiduciary deed, if applicable, in fee simple absolute, with release of dower. Date of Closing will be 06/30/2021 , or earlier as mutually agreed by the parties. Title shall be free, clear and unencumbered as of Closing, with the exception of the following, if applicable: (1) covenants, conditions, restrictions and easements of record, (2) legal highways, (3) any mortgage expressly assumed by Buyer and agreed to by Seller's current lender in writing, (4) all installments of taxes and assessments becoming due and payable after Closing, (5) zoning and other laws, (6) homeowner/condominium association fees becoming due and payable after Closing, and (7) the following assessments (certified or otherwise): of rec . Seller shall have the right at Closing to pay out of the Purchase Price any and all encumbrances or liens. Make deed to: tbd .

**21. POSSESSION AND OCCUPANCY:** For purposes of this clause, time is of the essence. Subject to rights of tenants, possession/occupancy shall be given ☑ at Closing ☐ on or before _____ o'clock ☐ (A.M.) ☐ (P.M.) ☐ (Noon) EASTERN/DAYLIGHT STANDARD TIME on _____, or such earlier date that the Seller so notifies the Buyer. Until such time, Seller shall have the right of possession/occupancy free of rent, unless otherwise specified, but shall pay for all utilities used. Seller shall order final meter readings to be made as of the occupancy date for all utilities serving the Real Estate and Seller shall pay for all final bills rendered from such meter readings. Seller acknowledges and agrees that prior to Buyer taking possession of the Real Estate, Seller shall remove all personal possessions not included in this Contract and shall remove all debris. **If Seller fails to vacate as agreed in this Contract or any attached post-closing occupancy agreement, Seller shall be responsible for all additional expenses, including attorney's fees, incurred by Buyer to take possession as a result of Seller's failure to vacate.**

**22. AGENCY DISCLOSURES:** Buyer and Seller acknowledge having reviewed the attached state-mandated agency disclosure statement(s).

**23. COMPANY SPECIFIC PROVISIONS:** _____

**24. M.L.S. AND PUBLIC RECORD ACKNOWLEDGEMENT:** Seller and Buyer acknowledge that REALTOR® shall disclose this sales information to any Multiple Listing Service to which REALTOR® is a member and that disclosure by M.L.S. to other M.L.S. participants, affiliates, governmental agencies or other sources authorized to receive M.L.S. information shall be made. Seller and Buyer acknowledge that sales information is public record and may be accessed and used by entities, both public and private, without the consent of the parties. Seller and Buyer authorize REALTOR® to disclose financing settlement charges paid by seller and other concession data upon inquiry and to the M.L.S. sold database, as applicable, to the extent necessary to adjust price to accurately reflect market value.

**25. SOLE CONTRACT:** The parties agree that this Contract constitutes their entire agreement and no oral or implied agreement exists. **Any acceptance of, amendments and/or extensions to this Contract shall be in writing, signed by all parties and copies shall be included with all copies of the original Contract.** This Contract shall be binding upon the parties, their heirs, administrators, executors, successors and assigns. Faxes and Internet transmissions are an acceptable method of communication for physical delivery of the Contract in this transaction and shall be binding upon the parties.

**26. ELECTRONIC SIGNATURES:** Manual or electronic signatures on contract documents, transmitted in original, facsimile or electronic format shall be valid for purposes of this Contract and any amendments, addendums or notices to be delivered in connection with this Contract.

**27. INDEMNITY:** Seller and Buyer recognize that the REALTORS® involved in the sale are relying on all information provided herein or supplied by Seller or Seller's sources and Buyer and Buyer's sources in connection with the Real Estate, and agree to indemnify and hold harmless the REALTORS®, their agents and employees from any claims, demands, damages, lawsuits, liabilities, costs and expenses (including reasonable attorney's fees) arising out of any referrals, misrepresentation or concealment of facts by Seller or Seller's sources and/or Buyer and Buyer's sources.

**28. ELECTRONIC/WIRE FRAUD:** Email is **not** always secure or confidential. Never respond to a request that you send funds or nonpublic personal information, such as credit card or debit card numbers or bank account and/or routing numbers, by email. If you receive an email message concerning a transaction and the email requests that you send funds or provide nonpublic personal information, **do not respond** to the email and immediately contact the known individual/entity with whom you have an established relationship using a separate verified method of communication to determine/notify of suspected email fraud.

Buyer's Initials [JF 04/27/21] [JB 04/27/21] Date/Time 04/27/2021 9:08          Seller's Initials [BS] [CNB] Time _____

©2020 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.

REV12.2020

dotloop signature verification: dtlp.us/hbA0-9nY9-WckA

Copyright November 1, 2017        Property Address:        4057 Beechwood ave, Cincinnati, OH 45229        Page 7 of 8

**29. ACKNOWLEDGMENT:** Buyer and Seller acknowledge that any questions regarding legal liability with regard to any provision in this Contract, accompanying disclosure forms and addendums or with regard to Buyer's/Seller's obligations as set forth in this Contract must be directed to Buyer's/Seller's attorney. In the event the Broker provides to Buyer or Seller names of companies or sources for such advice and assistance, the parties additionally acknowledge and agree that the Broker does not warrant, guarantee, or endorse the services and/or products of such companies or sources.

**30. CONTRACT ACCEPTANCE DATE:** As used herein, the Contract Acceptance Date shall be defined as the date on which all provisions of the Contract have been accepted and agreed by all parties to the Contract, and the document reflecting the final signatures of acceptance has been physically delivered to the other party ("Contract Acceptance Date").

**31. EXPIRATION AND APPROVAL:** This offer is void if not accepted in writing on this Contract form, with this form physically delivered to Buyer or Buyer's agent on or before _____ 04/29/21 5 pm _____ noon _____ o'clock ☐ (A.M.) ☐ (P.M.) ☐ (Noon) EASTERN/DAYLIGHT STANDARD TIME ___ 04/29/21 04/29/2021 04/30/2021 _____ The Buyer has read, fully understands and approves the foregoing offer and acknowledges receipt of a signed copy. Buyer certifies that the signatory(ies) below has/have full authority to enter into this agreement and that no additional signatories, spouse or otherwise, are necessary in order to purchase the property.

| Jenny Foster | *Jennifer Foster* | dotloop verified 04/27/21 1:48 PM PDT Y2HH-W8S3-WYCB-03GU |
|---|---|---|
| Print Buyer's Name | Buyer's Signature | Date/Time |
| Jesse Brumbaugh | *Jesse Brumbaugh* | dotloop verified 04/27/21 9:23 AM PDT 7XI7-A9XY-94MP-KGZJ |
| Print Buyer's Name | Buyer's Signature | Date/Time |

Buyer's Address _____

**32. ACTION BY SELLER:** The undersigned Seller has read and fully understands the foregoing offer. Seller certifies that the signatory(ies) below has/have full authority to enter into this Contract and that no additional signatories, spouse or otherwise, are necessary in order to convey the Real Estate. Seller hereby: ☐ accepts said offer and agrees to convey the Real Estate according to the above terms and conditions, ☐ rejects said offer, or ☑ counteroffers according to the above modifications initialed and dated by Seller, which counteroffer shall become null and void if not accepted in writing on this Contract form, with this form physically delivered to Seller or Seller's agent on or before ___ 3 7 _____ o'clock ☐ (A.M.) ☑ (P.M.) ☐ (Noon) EASTERN/DAYLIGHT STANDARD TIME 4/28/2021 4/29/2021 _____ .

*BS* 04/29/21

*CMS* 04/29/21 2:55 PM ED dotloop veri

| Barrett Singleton | *Barrett Singleton* | dotloop verified 04/27/21 9:33 PM EDT RCV0-CTOI-MMXZ-C1GF |
|---|---|---|
| Print Seller's Name | | Date/Time |
| Claire Singleton | *Claire M. Singleton* | dotloop verified 04/27/21 9:35 PM EDT PXL6-3LMW-LMJV-JYBC |
| Print Seller's Name | | Date/Time |

Seller's Address _____

**[ALL OWNERS AND SPOUSES OF OWNERS MUST SIGN.]**

---

**COMPLETE THE SECTIONS BELOW FOR ADMINISTRATIVE PROCESSING**

**CONTRACT ACCEPTANCE DATE: Contract terms dictate that physical delivery of final signature(s) on this contract form to the other party constitutes contract acceptance. Delivery of final contract to other party is to be made on the date of final signature(s).**

**DATE OF FINAL SIGNATURE ON** _____ .
(Date/Time)

**RECEIPT OF EARNEST MONEY DEPOSIT: Failure to provide written verification as provided in Section 2 of the Contract to Purchase may result in Seller's termination of the Contract.**

I hereby certify receipt of Earnest Money ( ☐ check/money order # _____ , ☐ wire/electronic transfer # _____ , ☐ cash, ☐ other _____ ) in the amount of $ _____ .

further certify that the funds shall be submitted for deposit in accordance with Ohio law and acknowledge that failure to deposit in a timely manner is a violation of license law.

| _____ | | |
|---|---|---|
| Print REALTOR'S Name/Firm | REALTOR's Signature | Date/Time |

©2020 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.                    REV12.2020

dotloop signature verification: dtlp.us/hbA0-9nY9-WckA

Copyright November 1, 2017     Property Address:     4057 Beechwood ave, Cincinnati, OH 45229     Page 8 of 8

**THIS INFORMATION IS REQUIRED FOR TITLE, LENDER AND ADMINISTRATIVE PROCESSING**

The signatories below grant permission to the settlement agent to provide to their respective Real Estate Broker or their authorized Sales Associates, copies of the Closing Disclosure and the Settlement Statement for review prior to Closing.

| *Barrett Singleton* | dotloop verified 04/27/21 9:33 PM EDT BXND-QYJP-YDSP-WIDK | | *Claire M. Singleton* | dotloop verified 04/27/21 9:35 PM EDT SD3L-UFFC-RQ07-B0MS |
|---|---|---|---|---|
| Seller's Signature | Date/Time | | Seller's Signature | Date/Time |
| *Jennifer Foster* | dotloop verified 04/27/21 1:48 PM PDT HBOU-GY8X-B502-8EBC | | *Jesse Brumbaugh* | dotloop verified 04/27/21 9:23 AM PDT ZYSF-7LKA-5XHL-IZ36 |
| Buyer's Signature | Date/Time | | Buyer's Signature | Date/Time |

SELLING/BUYER'S REALTOR® Firm: _____ Coldwell Banker Realty _____

Address _____ 2721 Erie Ave _____

Broker State License Number __2008002470_____ Broker Firm MLS ID ___SHEL88____

Contact (Agent) Name _____ Julia P. Wesselkamper _____

Contact (Agent) State License Number _____339877_____ Agent MLS Number _____339877_____

Contact (Agent) Email and Phone _____julia.wesselkamper@cbws.com_____ 513-720-4496 _____

(Principal) Broker Name ___Newton Burris_____

LISTING/SELLER'S REALTOR® Firm: _____ Comey & Shepherd _____

Address __6901 Wooster Pike, Cincinnati, OH 45227_____

Broker State License Number __REC.2006000021_____ Broker Firm MLS ID ____comy01____

Contact (Agent) Name _____ Kelly Pear  Rebecca Messenger & Jillian Kaminski __

Contact (Agent) State License Number ____2015005447_____ Agent MLS Number _____255447_____

Contact (Agent) Email and Phone _____kpear@comey.com____ 503 8498 _____

(Principal) Broker Name __Mary T. Hankner_____

©2020 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Realogy Brokerage Group LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing Act and the Equal Opportunity Act.
REV12.2020

**EXHIBIT D**
**Lead-Based Paint Disclosure Form**

dotloop signature verification: dtlp.us/qxED-oxjC-3i2m

Copyright© April 2005, CINCINNATI AREA BOARD OF REALTORS®, INC.



**Comey & Shepherd**
REALTORS.

**Lead-Based Paint Disclosure Housing Sales**
A product of the
CINCINNATI AREA BOARD OF REALTORS®, INC.
Approved by Board Legal Counsel
(if not understood, seek legal advice. For real estate advice, consult your REALTOR®.)


REALTOR®



Property Address 4057 Beechwood Avenue, Cincinnati, OH 45229

**LEAD WARNING STATEMENT**

Every buyer of any interest in residential real property on which a residential dwelling unit was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.
*Intact lead-based paint that is in good condition is not necessarily a hazard. See the EPA pamphlet* **"Protect Your Family From Lead in Your Home"** *for more information.*

**Seller's Disclosure** (Please initial where indicated):

*CHS* *BS* (a) **Presence of lead-based paint or lead-based paint hazards** (check one):
03/23/21 03/20/21
3:48 PM EDT 1:56 AM EDT
dotloop verified/loop verified
☑ Known lead-based paint and/or lead-based paint hazards are present in the housing. (explain)

This home participated in the Ohio Lead Abatement Tax Program. All friction surfaces have been cleared by Cincinnati Health Dept

☐ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

*CHS* *BS* (b) **Records and reports available to the seller** (check one):
03/23/21 03/20/21
3:48 PM EDT 1:56 AM EDT
dotloop verified/loop verified
☐ Seller has provided the buyer with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

☑ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Buyer's Acknowledgment** (Please initial where indicated):


*JB*
04/27/21
9:23 AM PDT
dotloop verified

( ) Buyer has received copies of all information listed in (b) above.

( ) Buyer has received the pamphlet *Protect Your Family from Lead in Your Home.*

(e) **Buyer has** (check one below):
☐ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

☑ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (Please initial where indicated):

*VCP* (f) **Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.**

**Certification of Accuracy:** The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

By:

| Claire M. Stapleton | dotloop verified 03/23/21 3:48 PM EDT XD4N-DLGY-ZUAG-5N9U | | Buyer | | |
| Seller | Date | | | | Date |
| Barrett Stapleton | dotloop verified 03/20/21 11:56 AM EDT YYWA-GAGQ-KNIA-9CT7 | | Jesse Brumbaugh | dotloop verified 04/27/21 9:23 AM PDT Q1IP-AVWZ-YKVY-JOHV |
| Seller | Date | | Buyer | Date |
| Kelly Pear | 5/25/21 | | Julia Wesselkamper | dotloop verified 04/27/21 11:41 AM EDT OEFV-TICL-XSMA-G6V6 |
| Agent | Date | | Agent | Date |



## EXHIBIT E
**Work History**




04/27/21
9:23 AM PDT
dotloop verified

# 4057 Beechwood Avenue
## North Avondale

- 2017 - New Weil-McLain boiler and Goodman air conditioner

- 2019 - New roof

- 2019 - New garage doors

- 2019 - Refinished hardwood floors

- 2019 - Complete kitchen renovation
  - Quartzite countertops
  - Stainless steel appliances including ice maker and beverage fridge
  - Added recessed lights
  - Added hardwood floors

- 2019 - Added recessed lights in family room

- 2020 - New Andersen 400 Series custom windows (wood)

- 2020 - Renovated owner's suite
  - Complete bathroom remodel with quartzite countertops, heated floors, streak-free glass shower door
  - Added crown molding in bedroom
  - Created new owner's suite walk-in closet
  - Added closet systems to both closets

- 2020 - Renovated space to create new en-suite bathroom in guest bedroom

- 2020 - Renovated side porch
  - Added new stamped concrete floor

- 2021 - New gutters

- Replaced light fixtures throughout

- Painted entire interior including trim and walls

- Duke Energy: $285 /mo. average

- Cincinnati Water Works: $115/ mo. average



*All information is believed to be accurate but is not guaranteed.*



C&K  Comey & Shepherd REALTORS

CAROL HARRIS | KELLY PEAR | REBECCA MESSENGER

| Carol Harris | Kelly Pear | Rebecca Messenger |
|---|---|---|
| (513) 703-1203 | (513) 503-8498 | (513) 614-6381 |
| carol@carolharris.com | kpear@comey.com | rmessenger@comey.com |

carolkellyandrebecca.com

**EXHIBIT F**
**2025 Lead Risk Assessment**

## Green City Environmental

**178 Woolper Ave.**

**Cincinnati, OH 45220**

# Lead Based Paint Inspection and Lead Risk Assessment Report



**Location:**

4057 Beechwood Ave

Cincinnati, OH 45229

Estimated Date of Construction: 1921

**Prepared for:**

**Jenny Foster**

**(513) 903-9487**
4057 Beechwood Ave

**Prepared By:**

Brian Garry

OH Risk Assessor License LA9845

**Date of Assessment:** March 19th, 2025

**Date of Report:** April 17th, 2025

## BACKGROUND INFORMATION

In 2019, a child was found to have an elevated lead blood level in the home. Consequently, lead risk assessment was performed, and lead hazard control orders were issued. Lead Abatement was performed by Anderson painting and decorating, which included replacement of windows and treating doors and door jambs. A passing clearance was attained, removing lead orders. Subsequently, additional discretionary work was performed by Impact environmental services. Radiators were painted. Homeowner was concerned about lack of lead chip removal between  the radiator sections.

Homeowner performed some remediation painting chipped areas on wood trim.

Homeowner hired non-certified painting contractor to paint exterior.

Homeowner hired non-certified contractor for soil remediation.

## EXECUTIVE SUMMARY

### Structure

This is a painted stucco house, built in 1921.

It has double hung metal clad wood replacement windows. The building is in good repair, with little water intrusion noted.

The interior floors are hardwood.  The side D porch floor is unpainted concrete.

Side B steps are unpainted wood.

The building is in good repair with little water intrusion noted.

The third floor soffits were  inaccessible.

The building is surrounded by pavement and bedding areas with some bare soil noted on sides C and D.

One soil sample was taken on side C.

## Use

The residential house is home to two adults and two children. The single family home sits on a 75 x 200 lot.

## Sampling

An X-Ray Fluorescence device was used to test selected surfaces for the presence of lead-based paint. This device detects the presence of lead in all layers of paint, down to the first layer applied to the substrate. In this case, the first layer of paint is over 100 years old.

Note that lead paint in good condition and not subject to disturbance by abrasion or impact, is considered lead-safe.

Also note that there may be a presence of lead detected in the paint that is not legally considered lead paint, but may release lead upon disturbance.

Dust samples were taken in areas noted on the attached floor plan.

One soil sample was taken.

## Results

Results are attached below.

Deteriorated paint was observed on the exterior.  (See picture below) Chipping was observed on some door frames and doors. Dust sampling showed detectable elevated lead dust levels in several areas highlighted in red below.

## Request for further information:

Green City is requesting all reports from both non-certified contractors.

We would like to know what protocols were established to protect residents. What containment, if any, was installed during paint stabilization. Also requesting imported soil report.

## Recommendations

Using an Certified Lead Abatement Contractor, address any areas of deteriorated lead-based paint. Use of a non-certified contractor is likely to cause further contamination.

It is recommended to use a certified Lead Abatement contractor to clean the home with special attention paid to lead dust hazards highlighted in red below.

Due to use of non-certified personnel, contamination occurred.  Existing lead dust should be addressed in the following manner.

1. Using a commercial grade HEPA vacuum, thoroughly clean all horizontal surfaces.

2. After thorough vacuuming,
 wet clean all horizontal surfaces using disposable cleaning cloths, changing them as they become soiled, to avoid spreading contamination.

3.    After wet wiping, repeat the thorough HEPA vacuuming.

4. Seal surface.

If total abatement is desire, all lead paint should be removed from home. Full Lead Abatement requires either removal of lead paint or removal of component. In this case for that, Abatement would include stripping paint or total removal of all radiators, and most wood components in the home. Additionally, fully stripping interior and exterior walls down to original substrate would be required.

Remove and replace door between basement and garage.

Treat laundry chute door.

Treat front stairwell risers.

Stabilized all positive components highlighted in red below.

Remove paint chips from radiators.

### Method

 Use of a portable X-ray fluorescence (XRF) analyzer to test for lead in paint; and collection of environmental lead samples.

**IDENTIFYING INFORMATION AND PURPOSE OF ASSESSMENT**

An Assessment was conducted at 4057 Beechwood Ave. The Assessment was conducted by Brian Garry, a licensed Lead Inspector and Risk Assessor

The purpose of the Assessment was to identify the presence of lead hazards on surfaces inside and outside the home.

**IDENTIFIED LEAD PAINT HAZARDS**

The XRF results from the paint that was tested showed that LBP hazards exist, as defined in the LBP Hazard Reduction Act of 1992 (Title X) and as defined by the Environmental Protection Agency (EPA) regulation published in the January 5, 2001 Federal Register. The XRF results indicate that lead levels above EPA and/or US Department of Housing and Urban Development (HUD) criteria exist in the following locations:

**Monitoring**

On-going monitoring will be necessary in this property since lead based paint (LBP) is present. When LBP is present, the potential exists for LBP hazards to develop. Hazards can develop by means such as, but not limited to: the failure of lead hazard control measures; previously intact LBP becoming deteriorated; dangerous levels of lead-in-dust (dust lead) re-accumulating through friction, impact, and deterioration of paint; or, through the introduction of contaminated exterior dust and soil into the interior of the structure. Ongoing monitoring typically includes two different activities: re-evaluation and annual visual assessments. A re-evaluation is a risk assessment that includes limited soil and dust sampling and a visual evaluation of paint films and any existing lead hazard controls. Re-evaluations are supplemented with visual assessments by the property owner, which should be conducted at least once a year, when the property owner or its management agent  receives complaints about deteriorated paint or other potential lead hazards, or when significant damage occurs that could affect the integrity of hazard control treatments (e.g., flooding, vandalism, fire). The visual assessment should cover the interior and exterior painted surfaces, and ground cover (if control of soil-lead hazards is required or recommended). Visual assessments should confirm that all paint with known LBP is not deteriorating, that lead hazard control methods have not failed, and that structural problems do not threaten the integrity of any remaining known or suspected LBP.

Visual assessments do not replace the need for professional re-evaluations by a certified risk assessor. The re-evaluation should include:

1. A review of prior reports to determine where lead-based paint and lead-based paint hazards have been found, what controls were done, and when these findings and controls happened;

2. A visual assessment to identify deteriorated paint, failures of previous hazard controls, visible dust and debris, and bare soil;

3. Environmental testing for lead in dust, newly deteriorated paint; and

4. A report describing the findings of the reevaluation, including the location of any lead-based paint hazards, the location of any failures of previous hazard controls, and, as needed, acceptable options for the control of hazards, the repair of previous controls, and modification of monitoring and maintenance practices.

The first reevaluation should be conducted no later than two years after completion of hazard controls, or, if specific controls or treatments are not conducted, two years from the beginning of ongoing lead-based paint monitoring and maintenance activities. Subsequent reevaluations should be conducted at intervals of two years, plus or minus 60 days. If two consecutive reevaluations are conducted two years apart without finding a lead-based paint hazard, reevaluation may be discontinued.

Please refer to your community development agency, or other applicable agency for additional local/regional regulations and guidelines governing re-evaluation activities.

**DISCLOSURE REGULATIONS**

A copy of this complete report must be made available to new lessees (tenants) and must be provided to purchasers of this property under Federal law before they become obligated under any future lease or sales contract transactions (Section 1018 of Title X – found in 24 CFR Part 35 and 40 CFR Part 745), until the demolition of this property. Landlords (Lessors) and/or sellers are also required to distribute an educational pamphlet developed by the EPA entitled "Protect Your Family from Lead" and include standard warning language in their leases or sales contracts to ensure that parents have the information they need to protect their children from LBP hazards.

**CONDITIONS & LIMITATIONS**

Staff of the Green City Environmental has performed the tasks listed above in a thorough and professional manner consistent with commonly accepted standard industry practices, using state of the art practices and best available known technology, as of the date of the assessment. Green City Environmental cannot guarantee and does not warrant that this Assessment has identified all adverse environmental factors and/or

conditions affecting the subject property on the date of the Assessment. Green City Environmental cannot and will not warrant that the Assessment will satisfy the dictates of, or provide a legal defense in connection with, any environmental laws or regulations. It is the responsibility of property owner of the property subject to this assessment to know and abide by all applicable laws, regulations, and standards, including EPA's Renovation, Repair and Painting regulation.

The results reported and conclusions reached by the Green City Environmental are solely for the benefit of the owner. The results and opinions in this report, based solely upon the conditions found on the property as of the date of the Assessment, will be valid only as of the date of the Assessment. Green City Environmental assumes no obligation to advise the owner of any changes in any real or potential lead hazards at this building and on attached and unattached structures located within the same lot line as the residence that may or may not be later brought to our attention. Further conditions and limitations to this contracted report are included in the general terms and conditions supplied to the owner with the contract for services.

**SITE INFORMATION AND FIELD TESTING PAINT SAMPLING AND TESTING**

LBP testing, conforming with the HUD Guidelines for the Evaluation and Control of Lead- Based Paint Hazards was completed at this address. No paint chip samples were taken. On March 19th, 2025, a total of 167 tests (assays) were taken on surfaces inside and outside of the residence and on attached and unattached structures located within the same lot line of the residence using an X-ray fluorescence analyzer. Lead concentrations that meet or exceed the HUD published levels identified as being potentially dangerous (e. g., greater than or equal to 1.0 milligrams per centimeter square [> 1.0 mg/cm2]) were encountered.

Some of the remaining test locations exhibited lead levels below the EPA/HUD limits, but in great enough quantities to be detectable by our XRF analyzer. These components will have a NEGATIVE notation in the XRF report results but may read >0 mg/cm2. It should be noted that lead concentrations (in paint) that are less than the levels that identify a surface coating as LBP still have the potential of causing lead poisoning. Should these LBP painted components and/or surfaces be disturbed in any manner that generates dust, extreme care must be taken to limit its spread. Lead Safe Work Practices are always recommended.

**LEAD HAZARD CONTROL OPTIONS**

Lead abatement, interim controls, lead-safe work practices and worker/occupant protection practices complying with current EPA, HUD and OSHA standards will be necessary to safely complete all work involving the disturbance of LBP coated surfaces

and components. In addition, any work considered lead hazard control will enlist the use of interim control (temporary) methods and/or abatement (permanent) methods. It should be noted that all lead hazard control activities have the potential of creating additional hazards or hazards that were not present before. Properly trained and certified persons, as well as properly licensed firms (as mandated) should accomplish allabatement/interim control activities conducted at this building.

Details for the listed lead hazard control options and issues surrounding occupant/worker protection practices can be found in the publication entitled: Guidelines for the Evaluation and Control of LBP Hazards published by HUD, the Environmental Protection Agency (EPA) lead-based paint regulations, and the Occupational Safety and Health Administration (OSHA) regulations found in its Lead in Construction Industry Standard. Further recommendations for temporary or long-term control have been provided in each section above.

Interim controls, as defined by HUD, means a set of measures designed to temporarily reduce human exposure to LBP hazards and/or lead containing materials. These activities include, but are not limited to: component and/or substrate stabilization, paint and varnish stabilization, and tilling and placement of appropriate ground cover over bare soil areas.

Abatement, as defined by HUD, means any set of measures designed to permanently eliminate LBP and/or LBP hazards. The product manufacturer and/or contractor must warrant abatement methods to last a minimum of twenty (20) years, or these methods must have a design life of at least twenty (20) years. These activities include, but are not necessarily limited to: the removal of LBP from substrates and components; the replacement of lead based paint components; the permanent enclosure of LBP with construction materials; the encapsulation of LBP with approved products; and the removal or permanent covering (concrete or asphalt) of soil-lead hazards.

| Date | Reading | Mode | Amt. | MN1 | Pass Fail St | Pb | Pb +/- | Location | Room | Side |
|---|---|---|---|---|---|---|---|---|---|---|
| 19-Mar-25 | 1 | Lead Paint Inspection | 0.82 | 0.16 | Negative | 0.82 | 0.08 | Ext. | patio French door | C |
| 19-Mar-25 | 2 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | Ext. | Patio floor | C |
| 19-Mar-25 | 3 | Lead Paint Inspection | > 5.00 | 1.39 | Positive | 5 | 0.7 | Ext. | Patio stucco wall | C |
| 19-Mar-25 | 4 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | Ext. | Patio baseboard | C |
| 19-Mar-25 | 5 | Lead Paint Inspection | > 4.13 | 1.16 | Positive | 4.13 | 0.58 | Ext. | wall near mailbox | A |
| 19-Mar-25 | 6 | Lead Paint Inspection | > 5.00 | 7.87 | Positive | 5 | 3.94 | Ext. | Front door | A |
| 19-Mar-25 | 7 | Lead Paint Inspection | 2.43 | 0.64 | Positive | 2.43 | 0.32 | Ext. | front door casing | A |
| 19-Mar-25 | 8 | Lead Paint Inspection | 1.06 | 0.14 | Positive | 1.06 | 0.07 | Ext. | front door jamb | A |
| 19-Mar-25 | 9 | Lead Paint Inspection | 1.28 | 0.22 | Positive | 1.28 | 0.11 | Ext. | Patio ceiling | A |
| 19-Mar-25 | 10 | Lead Paint Inspection | > 5.00 | 2.5 | Positive | 5 | 1.25 | Ext. | Stone band board | D |
| 19-Mar-25 | 11 | Lead Paint Inspection | > 5.00 | 1.79 | Positive | 5 | 0.89 | Ext. | Garage door frame | C |
| 19-Mar-25 | 12 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | Ext. | Small new wooden band board | A |
| 19-Mar-25 | 13 | Lead Paint Inspection | 1.67 | 0.32 | Positive | 1.67 | 0.16 | Ext. | Basement windowsill | C |
| 19-Mar-25 | 14 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | Ext. | Unpainted new wooden deck | A |
| 19-Mar-25 | 15 | Lead Paint Inspection | 4.14 | 1.49 | Positive | 4.14 | 0.74 | Ext | Side door | D |
| 19-Mar-25 | 16 | Lead Paint Inspection | 4.91 | 0.95 | Positive | 4.91 | 0.48 | interior | Butlers pantry Jamb | D |
| 19-Mar-25 | 17 | Lead Paint Inspection | > 5.00 | 6.36 | Positive | 5 | 3.18 | interior | Side door wall | A |
| 19-Mar-25 | 18 | Lead Paint Inspection | > 5.00 | 4.72 | Positive | 5 | 2.36 | interior | Butler half Moon | C |
| 19-Mar-25 | 19 | Lead Paint Inspection | 1.79 | 0.74 | Positive | 1.79 | 0.37 | interior | Clb | |
| 19-Mar-25 | 20 | Lead Paint Inspection | > 5.00 | 2.81 | Positive | 5 | 1.41 | interior | Clb | A |
| 19-Mar-25 | 21 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Radiator cover | D |
| 19-Mar-25 | 22 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Stair wall | D |
| 19-Mar-25 | 23 | Lead Paint Inspection | > 5.00 | 3.82 | Positive | 5 | 1.91 | interior | Rear stair rail | D |
| 19-Mar-25 | 24 | Lead Paint Inspection | 0.01 | 0.02 | Negative | 0.01 | 0.01 | interior | Storage closet door | B |
| 19-Mar-25 | 25 | Lead Paint Inspection | > 4.74 | 1.1 | Positive | 4.74 | 0.55 | interior | Inside wall storage closet | B |
| 19-Mar-25 | 26 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Laundry shoot | B |
| 19-Mar-25 | 27 | Lead Paint Inspection | > 5.00 | 4.48 | Positive | 5 | 2.24 | interior | Rear stairwell wall | D |
| 19-Mar-25 | 28 | Lead Paint Inspection | 0.03 | 0.07 | Negative | 0.03 | 0.04 | interior | Door black | A |
| 19-Mar-25 | 29 | Lead Paint Inspection | > 4.93 | 1.43 | Positive | 4.93 | 0.72 | interior | Bead board basement wall | D |
| 19-Mar-25 | 30 | Lead Paint Inspection | 1.66 | 0.57 | Positive | 1.66 | 0.28 | Ext. | Patio wall | B |
| 19-Mar-25 | 31 | Lead Paint Inspection | > 5.00 | 2.03 | Positive | 5 | 1.01 | Ext. | Front door threshold | A |
| 19-Mar-25 | 32 | Lead Paint Fixed-Time | > 5.00 | 1.01 | Positive | 5 | 0.51 | Ext. | Patio crown molding | B |
| 19-Mar-25 | 33 | Lead Paint Fixed-Time | > 5.00 | 0.89 | Positive | 5 | 0.44 | Ext. | Patio ceiling | E |
| 19-Mar-25 | 34 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | Ext. | Patio floor | F |
| 19-Mar-25 | 35 | Lead Paint Inspection | > 5.00 | 2.31 | Positive | 5 | 1.16 | Ext. | Corbel | A |
| 19-Mar-25 | 36 | Lead Paint Inspection | > 5.00 | 3.21 | Positive | 5 | 1.6 | Ext. | Patio soffit | A |
| 19-Mar-25 | 37 | Lead Paint Inspection | > 5.00 | 2.82 | Positive | 5 | 1.41 | Ext. | Patio gutter board | A |
| 19-Mar-25 | 38 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Bath one door edge | D |
| 19-Mar-25 | 39 | Lead Paint Inspection | > 5.00 | 3.79 | Positive | 5 | 1.89 | interior | Bath one door face | A |
| 19-Mar-25 | 40 | Lead Paint Inspection | 0.01 | 0.02 | Negative | 0.01 | 0.01 | interior | Clb | A |
| 19-Mar-25 | 41 | Lead Paint Inspection | > 3.17 | 1.94 | Positive | 3.17 | 0.97 | interior | Bath one door frame | B |
| 19-Mar-25 | 42 | Lead Paint Inspection | 0.12 | 0.07 | Negative | 0.12 | 0.04 | interior | Bath one door jamb | C |
| 19-Mar-25 | 43 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Bath hall frame | D |
| 19-Mar-25 | 44 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Stucco entry wall | B |
| 19-Mar-25 | 45 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Front door radiator cover | B |
| 19-Mar-25 | 46 | Lead Paint Inspection | 0.12 | 0.06 | Negative | 0.12 | 0.03 | interior | Solarium French door | C |
| 19-Mar-25 | 47 | Lead Paint Inspection | 0.02 | 0.04 | Negative | 0.02 | 0.02 | interior | Solarium door jam | C |
| 19-Mar-25 | 48 | Lead Paint Inspection | > 5.00 | 3.41 | Positive | 5 | 1.71 | interior | Solarium window frame | C |
| 19-Mar-25 | 49 | Lead Paint Inspection | 2.45 | 0.54 | Positive | 2.45 | 0.27 | interior | Half moon storm | C |
| 19-Mar-25 | 50 | Lead Paint Inspection | 0.02 | 0.04 | Negative | 0.02 | 0.02 | interior | Interior half moon window | C |
| 19-Mar-25 | 51 | Lead Paint Inspection | > 5.00 | 4.95 | Positive | 5 | 2.47 | interior | Baseboard solarium | D |
| 19-Mar-25 | 52 | Lead Paint Inspection | 0.01 | 0.04 | Negative | 0.01 | 0.02 | interior | Mosaic tile | F |
| 19-Mar-25 | 53 | Lead Paint Inspection | > 5.00 | 5.31 | Positive | 5 | 2.66 | interior | Dining room, sage paneling | C |
| 19-Mar-25 | 54 | Lead Paint Inspection | 0.12 | 0.29 | Insufficient Test Time | 0.12 | 0.14 | interior | Clb | A |
| 19-Mar-25 | 55 | Lead Paint Inspection | 0.27 | 0.2 | Negative | 0.27 | 0.1 | interior | Dining room window sill | A |
| 19-Mar-25 | 56 | Lead Paint Inspection | 0.12 | 0.13 | Negative | 0.12 | 0.07 | interior | Kitchen sink windowsill | B |
| 19-Mar-25 | 57 | Lead Paint Inspection | > 5.00 | 4.77 | Positive | 5 | 2.39 | interior | Front stair spindle | D |
| 19-Mar-25 | 58 | Lead Paint Inspection | > 5.00 | 3.25 | Positive | 5 | 1.63 | interior | Front stair stringer | A |
| 19-Mar-25 | 59 | Lead Paint Inspection | > 5.00 | 2.13 | Positive | 5 | 1.07 | interior | Front stair riser | A |
| 19-Mar-25 | 60 | Lead Paint Inspection | 0.04 | 0.08 | Negative | 0.04 | 0.04 | interior | mantle | D |
| 19-Mar-25 | 61 | Lead Paint Inspection | 0.03 | 0.06 | Negative | 0.03 | 0.03 | interior | Living room French door | D |
| 19-Mar-25 | 62 | Lead Paint Inspection | 0.08 | 0.11 | Negative | 0.08 | 0.06 | interior | Living Room paneling | C |
| 19-Mar-25 | 63 | Lead Paint Inspection | 0.09 | 0.15 | Negative | 0.09 | 0.07 | interior | Arch door playroom | B |
| 19-Mar-25 | 64 | Lead Paint Inspection | 0.05 | 0.14 | Negative | 0.05 | 0.07 | interior | Living room shelf | A |
| 19-Mar-25 | 65 | Lead Paint Inspection | 0 | 0.02 | Negative | 0 | 0.01 | interior | Living Room bench | A |
| 19-Mar-25 | 66 | Lead Paint Inspection | 0.29 | 0.09 | Negative | 0.29 | 0.05 | interior | Front hall stair landing | F |
| 19-Mar-25 | 67 | Lead Paint Inspection | 0.03 | 0.03 | Negative | 0.03 | 0.02 | interior | newal post | A |
| 19-Mar-25 | 68 | Lead Paint Inspection | > 5.00 | 4.39 | Positive | 5 | 2.2 | interior | Baseboard second floor atrium | B |
| 19-Mar-25 | 69 | Lead Paint Inspection | 0.08 | 0.06 | Negative | 0.08 | 0.03 | interior | Nursery closet door jamb | D |
| 19-Mar-25 | 70 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Nursery closet door | C |
| 19-Mar-25 | 71 | Lead Paint Inspection | > 5.00 | 7.79 | Positive | 5 | 3.9 | interior | Bath 2 jamb | D |
| 19-Mar-25 | 72 | Lead Paint Inspection | > 3.82 | 1.37 | Positive | 3.82 | 0.69 | interior | Bath door, nursery | C |
| 19-Mar-25 | 73 | Lead Paint Inspection | 0.22 | 0.26 | Negative | 0.22 | 0.13 | interior | Nursery bench | A |
| 19-Mar-25 | 74 | Lead Paint Inspection | 2.62 | 1.54 | Positive | 2.62 | 0.77 | interior | Nursery baseboard | B |
| 19-Mar-25 | 75 | Lead Paint Inspection | 0.78 | 0.21 | Negative | 0.78 | 0.1 | interior | Bath2 sill | B |
| 19-Mar-25 | 76 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Bath 2 wall | B |
| 19-Mar-25 | 77 | Lead Paint Inspection | 0 | 0 | Negative | 0 | 0 | interior | Nursery radiator cover | B |
| 19-Mar-25 | 78 | Lead Paint Inspection | > 5.00 | 4.2 | Positive | 5 | 2.1 | interior | Atrium laundry door | B |
| 19-Mar-25 | 79 | Lead Paint Inspection | > 5.00 | 5.75 | Positive | 5 | 2.87 | interior | Atrium laundry casing | B |
| 19-Mar-25 | 80 | Lead Paint Inspection | > 5.00 | 5.14 | Positive | 5 | 2.57 | interior | Atrium, laundry jamb | B |
| 19-Mar-25 | 81 | Lead Paint Inspection | 0 | 0.02 | Negative | 0 | 0.01 | interior | Girls room sill | C |
| 19-Mar-25 | 82 | Lead Paint Inspection | > 5.00 | 3.52 | Positive | 5 | 1.76 | interior | Girls room baseboard | D |
| 19-Mar-25 | 83 | Lead Paint Inspection | 0.01 | 0.01 | Negative | 0.01 | 0.01 | interior | Girls room floor | F |
| 19-Mar-25 | 84 | Lead Paint Inspection | 0.07 | 0.13 | Negative | 0.07 | 0.07 | interior | Girls room door jam | D |
| 19-Mar-25 | 85 | Lead Paint Inspection | 0.53 | 0.13 | Negative | 0.53 | 0.07 | interior | Girls room door jam | F |
| 19-Mar-25 | 86 | Lead Paint Inspection | 0.03 | 0.04 | Negative | 0.03 | 0.02 | interior | Girls room, closet, jamb | C |
| 19-Mar-25 | 87 | Lead Paint Inspection | 0.02 | 0.08 | Negative | 0.02 | 0.04 | interior | Girls room closet door | B |
| 19-Mar-25 | 88 | Lead Paint Inspection | 0.04 | 0.05 | Negative | 0.04 | 0.03 | interior | Atrium broom closet door | B |
| 19-Mar-25 | 89 | Lead Paint Inspection | 0.16 | 0.11 | Negative | 0.16 | 0.05 | interior | Guest bath sill | C |
| 19-Mar-25 | 90 | Lead Paint Inspection | 0.42 | 0.12 | Negative | 0.42 | 0.06 | interior | Guest room bath jamb | A |
| 19-Mar-25 | 91 | Lead Paint Inspection | 0 | 0.01 | Negative | 0 | 0 | interior | Guest room door edge | A |
| 19-Mar-25 | 92 | Lead Paint Inspection | > 5.00 | 3.65 | Positive | 5 | 1.83 | interior | Guest room door impact | |
| 19-Mar-25 | 93 | Lead Paint Inspection | 0.23 | 0.16 | Negative | 0.23 | 0.08 | interior | Guest room, pink bath slil | C |
| 19-Mar-25 | 94 | Lead Paint Inspection | 4.51 | 1.76 | Positive | 4.51 | 0.88 | interior | Pink bath baseboard | D |
| 19-Mar-25 | 95 | Lead Paint Inspection | > 5.00 | 3.63 | Positive | 5 | 1.82 | interior | Girls room baseboard | D |
| 19-Mar-25 | 96 | Lead Paint Inspection | > 5.00 | 3.02 | Positive | 5 | 1.51 | interior | Clb | A |
| 19-Mar-25 | 97 | Lead Paint Inspection | 0.01 | 0.04 | Negative | 0.01 | 0.02 | interior | Guest room, closet, jamb | B |
| 19-Mar-25 | 98 | Lead Paint Inspection | 0 | 0.02 | Negative | 0 | 0.01 | interior | Guestroom closet door face | |



**ENVIRONMENTAL HAZARDS SERVICES, LLC**
7469 Whitepine Rd
North Chesterfield, VA 23237
Telephone: 800.347.4010

# Lead in Soil
# Analysis Report

**Report Number:** 25-03-04312

**Client:**   Green City EcoStruction
178 Woolper Ave
Cincinnati, OH 45220

**Received Date:**  03/24/2025
**Analyzed Date:**  03/24/2025
**Reported Date:**  03/25/2025

**Project/Test Address:**   4057 Beechwood Ave; Canti, OH 45229
**Collection Date:**   03/19/2025

**Client Number:**
202470

# Laboratory Results

**Fax Number:**

| Lab Sample Number | Client Sample Number | Collection Location | Concentration ppm (ug/g) | Narrative I |
|---|---|---|---|---|
| 25-03-04312-018 | 18 | REAR BED | 780 | |

**Method:**          ASTM E-1979-17/EPA SW846 7000B

Reviewed By Authorized Signatory:

*Howard Varner*
General Manager

The Reporting Limit (RL) is 10.0 ug Total Pb.  All internal quality control requirements associated with this batch were met, unless otherwise noted.

The condition of the samples analyzed was acceptable upon receipt per laboratory protocol unless otherwise noted on this report. Results represent the analysis of samples submitted by the client. Unless otherwise noted, samples are reported without a dry weight correction. Sample location, description, area, volume, etc., was provided by the client.  If the report does not contain the result for a field blank, it is due to the fact that the client did not include a field blank with their samples.  EHS sample results do not reflect blank correction.  This report shall not be reproduced except in full, without the written consent of Environmental Hazards Services, L.L.C.

ELLAP Accreditation through AIHA LAP, LLC (100420), NY ELAP #11714.

| LEGEND | ug = microgram | ppm = parts per million |
|---|---|---|
| | ug/g = micrograms per gram | |

Rev 1.0   (Revised On: 03/25/2025): Added missing wipe areas per client request

The condition of the samples analyzed was acceptable upon receipt per laboratory protocol unless otherwise noted on this report. Results represent the analysis of samples submitted by the client. Unless otherwise noted, samples are reported without a dry weight correction. Sample location, description, area, volume, etc., was provided by the client. If the report does not contain the result for a field blank, it is due to the fact that the client did not include a field blank with their samples. EHS sample results do not reflect blank correction. This report shall not be reproduced except in full, without the written consent of Environmental Hazards Services, L.L.C.

ELLAP Accreditation through AIHA LAP, LLC (100420), NY ELAP #11714.

| LEGEND | ug = microgram | ppm = parts per million |
| --- | --- | --- |
| | ug/g = micrograms per gram | |

Rev 1.0    (Revised On: 03/25/2025): Added missing wipe areas per client request

Page    1   of   1

---



**EHS Laboratories**
ENVIRONMENTAL HAZARDS SERVICES, LLC
7469 Whitepine Rd
North Chesterfield, VA 23237
Telephone: 800.347.4010

## Lead Paint Chip
## Analysis Report

**Report Number:**  25-03-04312

**Client:**   Green City EcoStruction
178 Woolper Ave
Cincinnati, OH 45220

**Received Date:**   03/24/2025
**Analyzed Date:**   03/24/2025
**Reported Date:**   03/25/2025

**Project/Test Address:**   4057 Beechwood Ave; Canti, OH 45229
**Collection Date:**    03/19/2025

**Client Number:**
202470

# Laboratory Results

**Fax Number:**

| Lab Sample Number | Client Sample Number | Collection Location | Pb (ug/g) ppm | % Pb by Wt. | Narrative ID |
| --- | --- | --- | --- | --- | --- |
| 25-03-04312-001 | 1 | BACK HALL BASEMENT STAIRS | 22000 | 2.2 | L03 |

Sample Narratives:

L03:     Sample submitted was less than the recommended amount. A minimum of 0.1 grams should be submitted.

**Preparation Method:**   ASTM E-1979-17
**Analysis Method:**    EPA SW846 7000B

Reviewed By Authorized Signatory:

*Howard Varner*
General Manager

The Reporting Limit (RL) for samples prepared by ASTM E-1979-17 is 10.0 ug Total Pb.  The RL for samples prepared by EPA SW846 3050B is 25.0 ug Total Pb.  Paint chip area and results are calculated based on area measurements determined by the client.  All internal quality control requirements associated with this batch were met, unless otherwise noted.

The condition of the samples analyzed was acceptable upon receipt per laboratory protocol unless otherwise noted on this report. Results represent the analysis of samples submitted by the client. Sample location, description, area, etc., was provided by the client.  Results reported above in mg/cm3 are calculated based on area supplied by client.  This report shall not be reproduced except in full, without the written consent of Environmental Hazards Services, L.L.C.

ELLAP Accredtitation through AIHA LAP, LLC (100420), NY ELAP #11714.



**ENVIRONMENTAL HAZARDS SERVICES, LLC**

7469 Whitepine Rd
North Chesterfield, VA 23237
Telephone: 800.347.4010

# Lead Dust Wipe Analysis Report

**Report Number:** 25-03-04312

**Client:** Green City EcoStruction
178 Woolper Ave
Cincinnati, OH 45220

| | |
|---|---|
| **Received Date:** | 03/24/2025 |
| **Analyzed Date:** | 03/24/2025 |
| **Reported Date:** | 03/25/2025 |

**Project/Test Address:** 4057 Beechwood Ave; Canti, OH 45229
**Collection Date:** 03/19/2025

**Client Number:**
202470

# Laboratory Results

**Fax Number:**

| Lab Sample Number | Client Sample Number | Collection Location | Surface | Total Pb (ug) | Wipe Area (ft²) | Concentration (ug/ft²) | Narra ID |
|---|---|---|---|---|---|---|---|
| 25-03-04312-002 | 2 | BATH 1 | WW | 174 | 0.625 | 279 | |
| 25-03-04312-003 | 3 | BATH 1 | SL | 16.5 | 0.625 | 26.4 | |
| 25-03-04312-004 | 4 | BATH 1 | FL | 33.6 | 1.00 | 33.6 | |
| 25-03-04312-005 | 5 | LIVING ROOM | FL | 21.4 | 2.50 | 8.57 | |
| 25-03-04312-006 | 6 | | | <4.00 | -- | --- | |
| 25-03-04312-007 | 7 | LR | WW | 760 | 0.625 | 1220 | |
| 25-03-04312-008 | 8 | LR | SL | 4.00 | 0.625 | 6.40 | |
| 25-03-04312-009 | 9 | BATH 1 | | 128 | -- | --- | |
| 25-03-04312-010 | 10 | SIDEWALK | | 12.0 | -- | --- | |
| 25-03-04312-011 | 11 | GIRLS ROOM | WW | 1690 | 0.625 | 2700 | |
| 25-03-04312-012 | 12 | GIRLS ROOM | SL | 40.5 | 0.625 | 64.8 | |
| 25-03-04312-013 | 13 | GIRLS ROOM | FL | <4.00 | 1.00 | <4.00 | |
| 25-03-04312-014 | 14 | NURSERY | WW | 1640 | 0.625 | 2630 | |
| 25-03-04312-015 | 15 | NURSERY | SL | 7.66 | 0.625 | 12.3 | |

Rev 1.0   (Revised On: 03/25/2025): Added missing wipe areas per client request

## Environmental Hazards Services, L.L.C

**Client Number:** 202470

**Report Number:** 25-03-04312

**Project/Test Address:** 4057 Beechwood Ave; Canti, OH 45229

| Lab Sample Number | Client Sample Number | Collection Location | Surface | Total Pb (ug) | Wipe Area (ft²) | Concentration (ug/ft²) | Narra ID |
|---|---|---|---|---|---|---|---|
| 25-03-04312-016 | 16 | NURSERY | FL | <4.00 | 1.00 | <4.00 | |
| 25-03-04312-017 | 17 | SIDE PORCH | FL | 249 | 1.00 | 249 | |

**Method:** ASTM E-1979-17/EPA SW846 7000B

**Accreditation #:** OH 10028

Reviewed By Authorized Signatory: *Howard D. Varner*

*Howard Varner*

General Manager

The Reporting Limit (RL) changed from 5.00 ug Total Pb to 4.00 ug Total Pb for samples received 2/17/2025 or later.  Dust wipe area and results are calculated based on area measurements determined by the client.  All internal quality control requirements associated with this batch were met, unless otherwise noted.

The condition of the samples analyzed was acceptable upon receipt per laboratory protocol unless otherwise noted on this report. Results represent the analysis of samples submitted by the client. Sample location, description, area, etc., was provided by the client.  Results reported above in ug/ft2 are calculated based on area supplied by the client.   If the report does not contain the result for a field blank, it is due to the fact that the client did not include a field blank with their samples.  These sample results do not reflect blank correction.  This report shall not be reproduced except in full, without the written consent of Environmental Hazards Services, L.L.C.

ELLAP Accrediitation through AIHA LAP, LLC (100420),  NY ELAP #11714.

| Legend | ug = microgram | ug/ft² = micrograms per square foot | Pb = lead |
|---|---|---|---|
| | mL = milliliter | ft² = square foot | |

Rev 1.0   (Revised On: 03/25/2025): Added missing wipe areas per client request



4057 Beechwood 2nd floor





4057 Beechwood 1st floor



XRF gun was used

The following surfaces were observed as deterioratedthere











Deterioration was observed



Case: 1:25-cv-00269-DRC Doc #: 1 Filed: 04/25/25 Page: 111 of 112  PAGEID #: 111



Lead Consortium
2504 Pleasant Avenue
Hamilton, Ohio 45015
513-232-2806
www.leadconsortium.org

Ohio Provider Number: 0121
Kentucky Approved Course
Training course meets the requirements as outlined by the State of Indiana under 410 IAC 32-3-3

CERTIFIES THAT

**Brian Garry**

178 Woolper Avenue
Cincinnati, Ohio 45220
SSN xxx-xx-8629

has successfully completed
**The APPROVED Lead Training COURSE for INSPECTOR
and has passed the required examination in that discipline**

Under civil and criminal penalties of law for the making or submission of false or fraudulent statements or representations (18 U.S.C. 1001 & 15 U.S.C. 2615), I certify that this training complies with the applicable requirements of Title IV of the "Toxic Substances Control Act", 40 CFR Part 745, and any other applicable Federal, State or local requirements, as amended.

Course date:            11/27/2023 -11/29/2023
Exam/Issuance date:     11/29/2023
Certificate No.         C112923-05

Program Manager/Principal Instructor

Training Location:   2300 East Kemper Road-Suite 14A
                     Cincinnati, OH 45241

Case: 1:25-cv-00269-DRC Doc #: 1 Filed: 04/25/25 Page: 112 of 112 PAGEID #: 112



Lead Consortium
2504 Pleasant Avenue
Hamilton, Ohio 45015
513-232-2806
www.leadconsortium.org

Ohio Provider Number: 0121
Kentucky Approved Course
Training course meets the requirements as outlined by the State of Indiana under 410 IAC 32-3-3

**CERTIFIES THAT**

*Brian Garry*

178 Woolper Avenue
Cincinnati, Ohio 45220
SSN xxx-xx-8629

**has successfully completed**
**The APPROVED Lead Training COURSE for RISK ASSESSOR**
**and has passed the required examination in that discipline**

Under civil and criminal penalties of law for the making or submission of false or fraudulent statements or representations (18 U.S.C. 1001 & 15 U.S.C. 2615), I certify that this training complies with the applicable requirements of Title IV of the "Toxic Substances Control Act", 40 CFR Part 745, and any other applicable Federal, State or local requirements, as amended.

| | |
|---|---|
| Course date: | 11/30/2023 -12/01/2023 |
| Exam/Issuance date: | 12/01/2023 |
| Certificate No. | C120123-05 |

Program Manager/Principal Instructor

Training Location: 2300 East Kemper Road-Suite 14A
Cincinnati, OH 45241