**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JESSE BRUMBAUGH, et al.,**

      **Plaintiffs,**

                      **Case No. 1:25-cv-269**

     **v.**

                      **JUDGE DOUGLAS R. COLE**

**BARRETT SINGLETON, et al.,**

      **Defendants.**

## CALENDAR ORDER

This civil action came before the Court after the issuance of an Opinion and Order (Doc. 16) on March 31, 2026. The Court hereby enters the following Calendar Order:

| | |
|---|---|
| Motions to amend the pleadings and/or to add additional parties: | **May 21, 2026** |
| Motions directed to pleadings: | **June 22, 2026** |
| Disclosure of lay witnesses: | **December 21, 2026** |
| Plaintiff's expert report(s) and designation(s): | **January 21, 2027** |
| Defendants' expert report(s) and designation(s): | **February 22, 2027** |
| Rebuttal expert report(s) and designation(s): | **March 8, 2027** |
| Discovery deadline: | **March 22, 2027** |
| Dispositive motion deadline[1]: | **April 22, 2027** |

---

[1] See the Standing Order governing Civil Motions for Summary Judgment.

Final Pretrial Conference:  **TBD**

Jury Trial:  **TBD**

**SO ORDERED.**

April 21, 2026
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2