# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **JESSE BRUMBAUGH,** *et al.*, | : | **Case No. 1:25-cv-00269-DRC** |
|  | : |  |
| **Plaintiffs,** | : | **Judge Douglas R. Cole** |
|  | : |  |
| **v.** | : |  |
|  | : | **PLAINTIFFS' NOTICE OF** |
| **BARRETT SINGLETON,** *et al.*, | : | **FILING OF EXHIBITS TO** |
|  | : | **MOTION FOR PARTIAL** |
| **Defendants.** | : | **SUMMARY JUDGMENT** |

Pursuant to Judge Douglas R. Cole's Standing Order on Civil Procedures, please take notice of the following exhibits, described below and attached hereto, which Plaintiffs may rely on for purposes of their forthcoming motion for partial summary judgment.

Exhibit 1 – Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Admissions, dated March 23, 2026

Exhibit 2 – Affidavit of Records Custodian of the Cincinnati Health Department Lead Poisoning Prevention Program, dated April 16, 2026

Exhibit 3 – First Affidavit of Jennifer Foster, dated May 14, 2026

Date: July 16, 2026

Respectfully submitted,

*/s/ J.P. Burleigh*
J.P. Burleigh (0101560)
Sean S. Suder (0078535)
SUDER, LLC
1502 Vine Street, Fourth Floor
Cincinnati, OH 45202
(513) 694-7500
jp@ssuder.com
sean@ssuder.com
*Counsel for Plaintiffs Jesse Brumbaugh*
*and Jennifer Foster*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice and attached exhibits were electronically filed through the Court's ECF system and sent to opposing counsel via email at the below addresses this 16th day of July, 2026, pursuant to Civil Rule 5(b) and Local Civil Rule 5.2.

Christopher R. Jones (0092351)
Jeffrey M. Nye (0082247)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Telephone: (513) 533-2708
Fax: (513) 533-2999
crj@sspfirm.com
jmn@sspfirm.com
*Counsel for Defendants Barrett Singleton and Claire Singleton*

Respectfully submitted,

*/s/ J.P. Burleigh*
J.P. Burleigh (0101560)
*Counsel for Plaintiffs Jesse Brumbaugh
and Jennifer Foster*

2