**EXHIBIT 2**

**Affidavit of Records Custodian of the Cincinnati Health Department Lead
Poisoning Prevention Program, dated April 16, 2026**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JESSE BRUMBAUGH, *et al.*, | : | Case No. 1:25-cv-00269-DRC |
| | : | |
| Plaintiffs, | : | JUDGE DOUGLAS R. COLE |
| | : | |
| v. | : | |
| | : | |
| BARRETT SINGLETON, *et al.*, | : | |
| | : | <u>AFFIDAVIT OF RECORDS CUSTODIAN</u> |
| Defendants. | : | |

The undersigned, being duly sworn, states as follows:

1.    My name is Shurdina Mitchell (print name). I am the custodian of records for the Cincinnati Health Department Lead Poisoning Prevention Program (the "Department") located at 3301 Beekman Street, Cincinnati, Ohio 45225.

2.    I have reviewed the subpoena issued to the Department seeking "all orders to control lead hazards, lead-based paint inspection reports, lead risk assessment reports, notices of compliance, and any other notices, reports, notes, letters, or documents relating to lead hazards at 4057 Beechwood Avenue, Cincinnati, Ohio 45229."

3.    Attached are copies of all records responsive to the above-referenced subpoena. I hereby certify that the attached documents are true, accurate, and correct copies of the records kept in the regular course of regularly conducted business activities of the Department.

4.    Further affiant sayeth naught.

1

*Shurdina Mitchell*

Print Name

*Shurdina Mitchell*

Signature

State of *Ohio*

County of *Hamilton*

Sworn to or affirmed and subscribed before me by *Shurdina Mitchell* this 16th day of *April*, 2026.

*Maya K. Williams*

Notary Public



**MAYA K WILLIAMS**
Notary Public
State of Ohio
My Comm. Expires
February 15, 2028

[affix notary stamp above]

2

CHD 002

03/08/2019



city of
**CINCINNATI**
HEALTH DEPARTMENT

To:    SINGLETON BARRETT B & CLAIRE M
       4057 BEECHWOOD AVE
       CINCINNATI OH 45229

Please find the following items included in this mailing:

(1)    The Lead Hazard Control Order. This is the official order to control any lead hazards
       which were found.

(2)    The Lead Risk Assessment report for 4057 BEECHWOOD AV, Cincinnati, Ohio 45229.
       This is the complete report which contains data from the paint analysis and lab results
       from the dust samples. It also includes abatement guidelines, regulatory information and
       a floor plan diagram.

(3)    Lead Based Paint Disclosure Rule & Licensed Lead Abatement Contractor Reference list

Please feel free to contact me with any questions or if you need assistance.

Sincerely,

Ferooz Rezvannejad, R.S.
Licensed Lead Risk Assessor
License No.: LA-008511
ferooz.rezvannejad@cincinnati-oh.gov
(513) 357-7374
(513) 357-7205

cc: TENANT
Enc

**Lead Program**  •  3301 Beekman Street  •  Cincinnati, Ohio 45225
**P** 513 357 7420  •  **F** 513 357 7205  •  www.cincinnati-oh.gov

1

**Cincinnati Health Department**
Lead Poisoning Prevention Program
3301 Beekman Street
Cincinnati, OH 45225
(513) 357-7420



city of
# CINCINNATI
HEALTH DEPARTMENT

# ORDER TO CONTROL LEAD HAZARDS

*This order is issued under section 3742.37 of the Ohio Revised Code and
rule 3701-30-09 of the Ohio Administrative Code*

03/08/2019

**To:** SINGLETON BARRETT B & CLAIRE M          **Case Number: CHL1900013**
4057 BEECHWOOD AVE
CINCINNATI OH 45229

**You are hereby ordered to control the lead hazards identified in the property you own at
4057 BEECHWOOD AV, Cincinnati, Ohio 45229.** The Cincinnati Health Department
conducted a public health lead risk assessment at the above property on 03/06/2019. Lead Hazards
were found which contributed, in whole or in part, to a child's lead poisoning. A copy of the risk
assessment report is enclosed.

**You have 90 days from receipt of this order to repair the following hazards. The hazards
MUST be repaired by an Ohio licensed lead abatement contractor. You are REQUIRED to
deliver a copy of this order to the occupants of each unit under this order.**

## Exterior Lead-based Paint Hazards

| Lead Hazard and Location | Condition |
|---|---|
| EXTERIOR - EXTERIOR - A - DOOR SILL | FRICTION IMPACT |
| EXTERIOR - EXTERIOR - A - STORM DOOR | FRICTION IMPACT |
| EXTERIOR - GARAGE - C - DOOR FRAME | DETERIORATED |

CHD 004

## Interior Lead-based Paint Hazards

| Lead Hazard and Location | Condition |
|---|---|
| INTERIOR - ALL - ALL - DOOR JAMB | FRICTION IMPACT |
| INTERIOR - ALL - ALL - DOOR IMP | FRICTION IMPACT |
| INTERIOR - ALL - ALL - WINDOW SASH | FRICTION IMPACT |
| INTERIOR - ALL - ALL - WINDOW TROUGH | FRICTION IMPACT |
| INTERIOR - 2BAD - ALL - WALL | DETERIORATED |
| INTERIOR - KITCHEN - C - CABINET DOORS | FRICTION IMPACT |
| INTERIOR - KITCHEN - C - CABINET WALL | DETERIORATED |

## Hazardous Dust Sample Results

| Sample | Location | Component | Result ($\mu g/ft^2$) | Hazard Level | Lead Hazard (Yes or No) |
|---|---|---|---|---|---|
| F/19/03/06/1 | 3BR | FW | 233.71 | 40 | Y |
| F/19/03/06/10 | F | FW | 101.42 | 40 | Y |
| F/19/03/06/2 | 3BR | WIS | 3,363.60 | 250 | Y |

**After corrections have been made, the property must pass a clearance examination.** The clearance examination must be performed by an Ohio licensed lead risk assessor. You must provide a copy of the clearance examination report to the Cincinnati Health Department. **The property will remain subject to this order until this department is notified that a clearance examination has been passed and you receive a Notice of Compliance Letter from the Cincinnati Health Department.**

**\*\*\*\*If you do not comply with this lead hazard control order, the Cincinnati Health Department may issue an Order to Vacate which would prohibit anyone from living in the residence or using it as a child day-care or school. A warning sign would be posted to show the public that the property is unsafe. If this unit is vacated, for any reason, it is to remain vacant until the lead hazard control order has been lifted.\*\*\*\***

*Failure to comply with orders issued by 04/12/2019, will result in criminal prosecution pursuant to Board of Health Regulation section 00053-15, contrary to and in violation of section 601-99 of the Cincinnati Municipal Code, a misdemeanor of the first degree with the possible penalties of up to 180 days incarceration and/or $1000.00 fine.*

Should you have any questions about this order, please contact Ferooz Rezvannejad at (513) 357-7374 or ferooz.rezvannejad@cincinnati-oh.gov

_Ferooz Rezvannejad_                       03/08/2019

Ferooz Rezvannejad                                     Date
Licensed Lead Risk Assessor

CHD 006

## Lead Hazard Control- Method Selection
## Cincinnati Health Department

### YOU MUST RETURN THIS FORM

*Revised Code section 3742.38 and Ohio Administrative Code section 3701-30-10 states that you, the owner or manager of a residential unit, child day-care facility or school, shall inform the director of health in writing of the method you choose to control each lead hazard. In addition, you must notify our department of the name(s) of the lead abatement contractor(s) you have contacted.*

Please complete this with a licensed lead abatement contractor. **YOU MUST return this form at least 10 days prior to the start of lead abatement work on the property** to Cincinnati Health Department, Attn: Ferooz Rezvannejad, R.S., 3301 Beekman St., Cincinnati, OH 45225. You may also fax this form to 513-357-7205 or e-mail it to ferooz.rezvannejad@cincinnati-oh.gov. Any questions regarding this form should be directed to Ferooz Rezvannejad at (513) 357-7374.

*\*\*\*\*Discuss the methods of control with your licensed lead abatement contractor or with Ohio Department of Health's Environmental Compliance Program at 1-877-NOT-LEAD. Make sure the method selected for each hazard is appropriate for your needs and that you have a complete understanding of any further obligations that choice requires.\*\*\*\**

| Property Address | 4057 BEECHWOOD AV | | |
|---|---|---|---|
| Owner Name | SINGLETON BARRETT B & CLAIRE M<br>4057 BEECHWOOD AVE<br>CINCINNATI OH 45229 | | |
| Owner Address | | | |
| E-mail Address | | Telephone # | |

| Name of Licensed Abatement Contractor Contacted | Abatement License # | Date Contacted |
|---|---|---|
| | | |

Owner Signature: _____    Date: _____

Owner Printed Name: _____

5

CHD 007

| METHOD of CONTROL Selected by Property Owner Exterior Paint: (Check the ones that apply) | |
|---|---|
| ☐ Removal and replacement | ☐ Enclosure |
| ☐ Paint removal | ☐ Encapsulation* |
| ☐ Paint Stabilization** | ☐ Friction/impact point |
| ☐ Other | |

| METHOD of CONTROL Selected by Property Owner Interior Paint: (Check the ones that apply) | |
|---|---|
| ☐ Removal and replacement | ☐ Enclosure |
| ☐ Paint removal | ☐ Encapsulation* |

| METHOD of CONTROL Selected by Property Owner Dust-lead hazards: (Check the ones that apply) | |
|---|---|
| ☐ Source Removal | ☐ Component removed |
| ☐ Specialized Cleaning | ☐ Other |

| METHOD of CONTROL Selected by Property Owner Soil-lead hazards: (Check the ones that apply) | |
|---|---|
| ☐ Removal and replacement | ☐ Impermanent soil |
| ☐ Other | |

| METHOD of CONTROL Selected by Property Owner Paint-chip hazards: (Check the ones that apply) | |
|---|---|
| ☐ Source Removal | ☐ Specialized Cleaning |
| ☐ Other | |

\* Encapsulation and paint stabilization are not permitted on friction surfaces, including window jambs and door jambs.

\*\* Requires an ongoing maintenance and monitoring schedule and an annual clearance examination; Rule 3701-30-09 of the Ohio Administrative Code.

6

CHD 008



# LEAD BASED PAINT INSPECTION AND LEAD RISK ASSESSMENT REPORT

## Performed at:

Private Residence
4057 BEECHWOOD AV
Cincinnati, Ohio 45229
Hamilton County

Estimated Date of Construction (if available): 1921

## Prepared For:

SINGLETON BARRETT B & CLAIRE M
4057 BEECHWOOD AVE
CINCINNATI OH 45229

## Prepared By:

Ferooz Rezvannejad, R.S., Licensed Lead Risk Assessor
License Number: LA-008511
City of Cincinnati Health Department
Childhood Lead Posioning Prevention Program

3301 Beekman Street
Cincinnati, OH 45225
P (513) 357-7374
F (513) 357-7205

Signature: _____

Date of Report: 03/08/2019
Date of Assessment:  03/06/2019

**Lead Program** • 3301 Beekman Street • Cincinnati, Ohio 45225
**P** 513 357 7420 • **F** 513 357 7205 • www.cincinnati-oh.gov

7

Rev. 9/2015

**CHD 009**

# TABLE OF CONTENTS

1.  Disclosure Requirements for Residential Units

2.  Background Information

3.  Executive Summary

4.  Identifying Information and Purpose of Lead Based Paint Inspection and Lead Hazard Risk Assessment

5.  Identified Lead Paint Hazards

6.  Excluded Components

7.  Ongoing Monitoring

8.  Disclosure Regulations

9.  Conditions and Limitations

10. Site Information and Field Testing
    a.  Paint Sampling and Testing
    b.  XRF Lead-Based Paint Testing Results
    c.  Interior Dust Sampling and Laboratory Information
    d.  Soil Sampling and Laboratory Information
    e.  Water Sampling and Laboratory Information
    f.  Paint Chip Sampling and Laboratory Information

11. Lead Based Paint Hazard Control Options

12. Appendices
    a.  Appendix A    XRF Sample Analytical Data
    b.  Appendix B    Dust Wipe Sample Analytical Data
    c.  Appendix C    Soil Sample Analytical Data (if samples collected)
    d.  Appendix D    Water Sample Analytical Data (if samples collected)
    e.  Appendix E    Paint Chip Sample Analytical Data (if samples collected)
    f.  Appendix F    Site and Floor Plan
    g.  Appendix G    Building Conditions Survey - Form 5.1
    h.  Appendix H    Copy of Risk Assessor's License/Certification
    i.  Appendix I    XRF Training Certificate and XRF Performance Characteristic Sheet
    j.  Appendix J    "Lead Speak": A Brief Glossary
    k.  Appendix K    Additional Lead and Lead Safety Resource Data
    l.  Appendix L    Resources for additional information on lead-based paint and lead-based paint hazards

1.  **Disclosure Requirements for Residential Units**

Ohio law (section 5302.30 of the Revised Code) requires every person who intends to transfer any residential real property by sale, land installment contract, lease with option to purchase, exchange, or lease for a term of ninety-nine years and renewable forever, to complete and provide a copy to the prospective transferee of the applicable property disclosure forms, disclosing known hazardous conditions of the property, including lead-based paint hazards.

Federal law (24 CFR part 35 and 40 CFR part 745) requires sellers and lessors of residential units constructed prior to 1978, except housing for the elderly or persons with disabilities (unless any child who is less than six years of age resides or is expected to reside in such housing) or any zero-bedroom dwelling to disclose and provide a copy of this report to new purchasers or lessees before they become obligated under a lease or sales contract. Property owners and sellers are also required to distribute an educational pamphlet approved by the United States Environmental Protection Agency and include standard warning language in sales contracts or in or attached to lease contracts to ensure that parents have the information they need to protect children from lead-based paint hazards.

2.  **Background Information**

4057 Beechwood ave is a single family dwelling there is no visual damage on exterior most of painted surfaces are intact. The property has been remodel recently most of painted surfaces are intact on interior, almost all the windows are old painted windows, all the doors are original doors, hardwood flooring though out the house, last month the kitchen has been remodel by taking a wall down, some woodwork has been remain natural. We did not get access to basement and they do not use the basement.

3.  **Executive Summary**

Pursuant to sections 3742.35 and 3742.36 of the Ohio Revised Code, on 03/06/2019 a lead inspection and lead risk assessment was conducted at 4057 BEECHWOOD AV. As a result of the lead-based paint inspection and lead hazard risk assessment (to be referred to as "Assessment") conducted on 03/06/2019, it was found that lead based paint and lead based paint hazards were present on the subject property as of the date of the Assessment. The assessment consisted of the following activities:

✓ Completion of a questionnaire to determine possible sources of lead;
✓ Visual inspection of paint condition;
✓ Use of a portable X-ray fluorescence (XRF) analyzer to test for lead in paint; and
✓ Collection of environmental lead samples.

Following is a report of the information collected during this Assessment.

## 4. Identifying Information and Purpose of Lead Based Paint Inspection and Lead Hazard Risk Assessment

An Assessment was conducted at 4057 BEECHWOOD AV on March 06, 2019. The Assessment was conducted by Ferooz Rezvannejad, a licensed Lead Inspector and Risk Assessor, license number: LA-008511. The purpose of the Assessment was to identify the presence of lead hazards on surfaces inside and outside the residence and attached or unattached structures located within the same lot line as the residential unit.

The U.S. Department of Housing and Urban Development has provided funds to perform a lead hazard control project in this community. The Assessment was conducted for this unit to determine eligibility for the grant program listed above. The LBP hazards identified in this report will remain valid for up to one year to qualify this unit for grant funds for Lead Hazard Control. Based upon details provided by the owner and the CLOSE Lead Hazard Control Program, to the knowledge of this Assessor, there has not been any previous LBP testing at this home.

## 5. Identified Lead Paint Hazards

The building and its paint **did** indicate the presence of lead during the assessment, the XRF results from the paint that was tested showed that LBP hazards **were present**, as defined in the Residential LBP Hazard Reduction Act of 1992 (Title X) and as defined by the Environmental Protection Agency (EPA) regulation published in the January 5, 2001 Federal Register. The XRF results indicate that lead levels above EPA and/or US Department of Housing and Urban Development (HUD) criteria exist in the following locations:

### Summary of Existing Lead Based Paint and Lead Hazards Identified

The following areas are coated with Lead-Based Paint (LBP) that is *deteriorated* and currently present existing lead-based paint hazards. All component substrates are primarily wood unless otherwise noted in sample collection notes. Long-term and Temporary control options are provided for each paint hazard identified.

### *EXTERIOR*

1 EXTERIOR - EXTERIOR - A - STORM DOOR - FRICTION IMPACT
**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;

2 EXTERIOR - EXTERIOR - A - DOOR SILL - FRICTION IMPACT
**Recommended Method of Control:** (Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Enclosure of the lead-based painted component with durable materials. Durable materials include wallboard, drywall, paneling, siding, coil stock and the sealing or caulking of edges and joints as to prevent or control chalking, flaking, peeling, scaling, or loose lead-containing substances from becoming part of house dust or otherwise accessible to children;
Document stripped surface before repainting;

3 EXTERIOR - GARAGE - C - DOOR FRAME - DETERIORATED
**Recommended Method of Control:** (Permanent Remedy) Encapsulation of the lead-based painted component by coating and sealing of the component with a durable surface coding approved in rule 3701-32-13 of the Administrative Code. Encapsulation is not an appropriate method of control for friction surfaces;
(Temporary Remedy) Paint stabilization as defined in rule 3701-32-01 of the Administrative Code and a written ongoing maintenance and monitoring schedule;

CHD 012

*INTERIOR*

## 4 INTERIOR - ALL - ALL - DOOR JAMB - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

## 5 INTERIOR - ALL - ALL - DOOR IMP - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

## 6 INTERIOR - ALL - ALL - WINDOW SASH - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

## 7 INTERIOR - ALL - ALL - WINDOW TROUGH - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Enclosure of the impact surfaces with durable materials. Durable materials include wallboard, drywall, paneling, a quarter inch or thicker plywood or other underlayment for floors, coil stock and the sealing or caulking of edges and joints so as to prevent or control caulking, flaking, peeling scaling, or loose lead-containing substances from becoming part of house dust or otherwise accessible to children. The underlayment for floors must be covered with a cleanable, impermeable surface;
Document stripped surface before repainting;

## 8 INTERIOR - 2BAD - ALL - WALL - DETERIORATED

**Recommended Method of Control:** (Permanent Remedy) Encapsulation of the lead-based painted component by coating and sealing of the component with a durable surface coding approved in rule 3701-32-13 of the Administrative Code. Encapsulation is not an appropriate method of control for friction surfaces;
(Temporary Remedy) Paint stabilization as defined in rule 3701-32-01 of the Administrative Code and a written ongoing maintenance and monitoring schedule;

## 9 INTERIOR - KITCHEN - C - CABINET DOORS - FRICTION IMPACT

**Recommended Method of Control:** (Permanent Remedy) Removal of the lead-based painted component and replacement with a lead-free component;
(Permanent Remedy) Paint removal by separation of the lead-based paint from the substrate; Document stripped surface before repainting;
(Permanent Remedy) Elimination of the friction points or application of a treatment that will prevent abrasion of the friction surface and a written ongoing maintenance and monitoring schedule;
Document stripped surface before repainting;

## 10 INTERIOR - KITCHEN - C - CABINET WALL - DETERIORATED

**Recommended Method of Control:** (Permanent Remedy) Encapsulation of the lead-based painted component by coating and sealing of the component with a durable surface coding approved in rule 3701-32-13 of the Administrative Code. Encapsulation is not an appropriate method of control for friction surfaces;
(Temporary Remedy) Paint stabilization as defined in rule 3701-32-01 of the Administrative Code and a written ongoing maintenance and monitoring schedule;

Hazard control options for the components identified as containing lead-based paint and that represent current lead-based paint hazards are included.  In an effort to aid in the interpretation of the listed findings a glossary of terms and a list of publications and resources addressing lead hazards and their health effects are included at the end of this report.

A listing of environmental sampling locations and their associated lead contamination levels can be found in the sections addressing the analytical laboratory results for paint, dust, soil, paint chip and water.

## 6.  Excluded Components

The following table lists those components and areas which the lead risk assessor was not able to test and the reason for which it was not tested. It is recommended for the safety of the occupants of this unit that components and areas listed as inaccessible be tested so as to determine the presence of lead based paint as soon as possible. Components listed as inaccessible are not eligible to be defined as presenting Lead Based Paint Hazards due to the inability to complete inspection-required testing by the Risk Assessor. It is highly recommended that any future disturbance of these component surface coatings be treated with caution and safety measures taken. Lead Safe Work Practices are always recommended.

### Excluded Component Details:

| Room Equivalent | Component | Reason Not Tested |
|---|---|---|
| BASEMENT | ALL | INACCESSIBLE |
| KEY:<br>UNC - UNCOATED<br>INA - INACCESSIBLE<br>ENCL - ENCLOSED<br>NEW - POST-1978 COMPONENT | | |

## 7. Ongoing Monitoring

On going monitoring will be necessary on this property if lead based paint (LBP) is present. When LBP is present, the potential exists for LBP hazards to develop. Hazards can develop by means such as, but not limited to: the failure of lead hazard control measures; previously intact LBP becoming deteriorated; dangerous levels of lead-in-dust (dust lead) re-accumulating through friction, impact, and deterioration of paint; or, through the introduction of contaminated exterior dust and soil into the interior of the structure. Ongoing monitoring typically includes two different activities: re-evaluation and annual visual assessments. A re-evaluation is a risk assessment that includes limited soil and dust sampling and a visual evaluation of paint films and any existing lead hazard controls. Re-evaluations are supplemented with visual assessments by the property owner, which should be conducted at least once a year, when the property owner or its management agent (if the housing is rented in the future) receives complaints from residents about deteriorated paint or other potential lead hazards, when the residence (or if, in the future, the house will have more than one dwelling unit, any unit that turns over or becomes vacant), or when significant damage occurs that could affect the integrity of hazard control treatments (e.g., flooding, vandalism, fire). The visual assessment should cover the dwelling unit (if, in the future, the housing will have more than one dwelling unit, each unit and each common area used by residents), exterior painted surfaces, and ground cover (if control of soil-lead hazards is required or recommended). Visual assessments should confirm that all paint with known LBP is not deteriorating, that lead hazard control methods have not failed, and that structural problems do not threaten the integrity of any remaining known or suspected LBP.

Visual assessments do not replace the need for professional re-evaluations by a certified risk assessor. The re-evaluation should include:

1. A review of prior reports to determine where lead-based paint and lead-based paint hazards have been found, what controls were done, and when these findings and controls happened;
2. A visual assessment to identify deteriorated paint, failures of previous hazard controls, visible dust and debris, and bare soil;
3. Environmental testing for lead in dust, newly deteriorated paint, and newly bare soil; and
4. A report describing the findings of the re-evaluation, including the location of any lead-based paint hazards, the location of any failures of previous hazard controls, and, as needed, acceptable options for the control of hazards, the repair of previous controls, and modification of monitoring and maintenance practices.

The first re-evaluation should be conducted no later than two years after completion of hazard controls, or, if specific controls or treatments are not conducted, two years from the beginning of ongoing lead-based paint monitoring and maintenance activities. Subsequent re-evaluations should be conducted at intervals of two years, plus or minus 60 days. If two consecutive re-evaluations are conducted two years apart without finding a lead-based paint hazard, re-evaluation may be discontinued.

Please refer to your community development agency, housing authority, or other applicable agency for additional local/regional regulations and guidelines governing re-evaluation activities.

**Monitor and Maintain**

| Lead Hazard and Location | Condition |
|---|---|
| INTERIOR - ALL - ALL - DOOR WIN CASING | INTACT |
| INTERIOR - ALL - ALL - DOOR FRAME | INTACT |
| INTERIOR - ALL - ALL - DOOR FACE | INTACT |
| INTERIOR - ALL - ALL - WINDOW SILL | INTACT |
| INTERIOR - ALL - ALL - BASEBOARD | INTACT |
| INTERIOR - FAMILY ROOM - C - SHELF | INTACT |
| EXTERIOR - ALL - ALL - DOOR WIN CASING | INTACT |
| EXTERIOR - EXTERIOR - ALL - WINDOW SILL | INTACT |

## 8. Disclosure Regulations

A copy of this complete report must be made available to new lessees (tenants) and must be provided to purchasers of this property under Federal law before they become obligated under any future lease or sales contract transactions (Section 1018 of Title X - found in 24 CFR Part 35 and 40 CFR Part 745), until the demolition of this property. Landlords (Lessors) and/or sellers are also required to distribute an educational pamphlet developed by the EPA entitled *"Protect Your Family From Lead in Your Home"* and include standard warning language in their leases or sales contracts to ensure that parents have the information they need to protect their children from LBP hazards.

**CHD 016**

## 9. Conditions & Limitations

Staff of the Cincinnati Health Department have performed the tasks listed above in a thorough and professional manner consistent with commonly accepted standard industry practices, using state of the art practices and best available known technology, as of the date of the assessment. The Cincinnati Health Department cannot guarantee and does not warrant that this Assessment has identified all adverse environmental factors and/or conditions affecting the subject property on the date of the Assessment. The Cincinnati Health Department cannot and will not warrant that the Assessment will satisfy the dictates of, or provide a legal defense in connection with, any environmental laws or regulations.  It is the responsibility of property owner of the property subject to this assessment to know and abide by all applicable laws, regulations, and standards, including EPA's Renovation, Repair and Painting regulation.

The results reported and conclusions reached by the Cincinnati Health Department are solely for the benefit of the owner. The results and opinions in this report, based solely upon the conditions found on the property as of the date of the Assessment, will be valid only as of the date of the Assessment. The Cincinnati Health Department assumes no obligation to advise the owner of any changes in any real or potential lead hazards at this residence and on attached and unattached structures located within the same lot line as the residence that may or may not be later brought to our attention. Further conditions and limitations to this contracted report are included in the general terms and conditions supplied to the owner with the contract for services.

CHD 017

## 10.  Site Information and Field Testing

### a.  Paint Sampling and Testing

LBP testing, conforming with the HUD Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing and the CLOSE Lead Hazard Control Program guidelines, was completed at this residence. No paint chip samples were taken.  On **03/06/2019,** a total of  tests (assays) were taken on surfaces inside and outside of the residence and on attached and unattached structures located within the same lot line of the residence using an x-ray fluorescence analyzer. Lead concentrations that meet or exceed the HUD published levels identified as being potentially dangerous (e.g., greater than or equal to 1.0 milligrams per centimeter square [$\geq$ 1.0 mg/cm²]) were encountered.

Some of the remaining test locations exhibited lead levels below the EPA/HUD limits, but in great enough quantities to be detectable by our XRF analyzer.  These components will have a NEGATIVE notation in the XRF report results but may read **>0 mg/cm²**. It should be noted that lead concentrations (in paint) that are less than the levels that identify a surface coating as LBP still have the potential of causing lead poisoning.  Should these LBP painted components and/or surfaces be disturbed in any manner that generates dust, extreme care must be taken to limit its spread.  Lead Safe Work Practices are always recommended.

### Equipment Information

XRF Manufacturer:    RMD
XRF Model:    LPA-1
XRF Testing Mode:    Quick Mode
XRF Serial #:    2556

| XRF Calibration Checks | | | | |
|---|---|---|---|---|
| $1.02\mu/cm^2$ Standard | | | | |
| Time | 1st | 2nd | 3rd | Average |
| Initial | 0.80 | 0.70 | 0.60 | 0.70 |
| Final | 0.80 | 0.80 | 0.70 | 0.77 |

*Standard used: NIST Lead Paint Film Standard, SRM 2579 Level III, 1.02 mg/cm²
*Mode of operation: Quick

Performed by Cincinnati Health Department Lead Poisioning Prevention Program,
Ferooz Rezvannejad, R.S., Licensed Lead Risk Assessor
License Number: LA-008511

**CHD 019**

c. **Interior Dust Sampling and Laboratory Information**

Dust samples must be collected from a window sill and floor area in all rooms of the housing unit where young children will come into contact with dust. A sample at the principle entryway must also be collected. A minimum of nine (9) samples should be collected. A total of (11) dust wipe samples were collected in an effort to help to determine the levels of lead-containing dust on the interior window sills and floors. These samples were collected from areas most likely to be lead contaminated if lead-in-dust is present. These samples were collected in accordance with the requirements of ASTM Standard E-1728, Standard Practice for Field Collection of Settled Dust Samples Using Wipe Sampling Methods for Lead Determination by Atomic Spectrometry Techniques. In accordance with this standard, a field blank was also collected.

EPA, HUD and State of Ohio regulations define the following as hazardous levels for lead dust in residences: floors - $\geq 40$ µg/ft² (micrograms per square foot); interior window sills - $\geq 250$ µg/ft². There is no EPA dust-lead hazard standard for window troughs. Please refer to *Appendix B - Dust Wipe Analytical Data* for the laboratory reports and to *Appendix L - Additional Lead and Lead Safety Resource Data* for a list of publications and resources addressing lead hazards and their health effects; both are located at the end of this report. As indicated below, a hazardous level of leaded dust, as defined by EPA and HUD, was detected in (11) sample(s). Testing data in **bold** indicates dust lead levels at or above the EPA Hazardous Levels of Lead regulations that were published on January 5, 2001.

### Dust:

| Sample | Location | Component | Result (µg/ft²) | Hazard Level | Lead Hazard (Yes or No) |
|---|---|---|---|---|---|
| F/19/03/06/1 | 3BR | FW | 233.71 | 40 | **Y** |
| F/19/03/06/10 | F | FW | 101.42 | 40 | **Y** |
| F/19/03/06/11 | F | FB | <10 | 40 | N |
| F/19/03/06/2 | 3BR | WIS | 3,363.60 | 250 | **Y** |
| F/19/03/06/3 | 2BRAB | FW | 26.82 | 40 | N |
| F/19/03/06/4 | 2BRAB | WIS | 44.59 | 250 | N |
| F/19/03/06/5 | 2BRAD | FW | <10 | 40 | N |
| F/19/03/06/6 | 2BRAD | WIS | 31.30 | 250 | N |
| F/19/03/06/7 | LR | FW | <10 | 40 | N |
| F/19/03/06/8 | LR | WIS | 33.79 | 250 | N |
| F/19/03/06/9 | K | FW | 38.50 | 40 | N |

# city of CINCINNATI
## HEALTH DEPARTMENT

## CHAIN OF CUSTODY RECORD
## LEAD PROGRAM
P 513 357 7420  F 513 357 7205   page 1 of 1

- ☐ Prim. Prevention
- ☐ Relocation
- ☐ HUD
- ☒ CLPPP-EBLI
- ☐ LAST

Turn Around Time
- ☒ Standard
- ☐ Rush 24-Hr
- ☐ 6-Hr

- ☐ INT
- ☐ EXT
- ☐ 1st Attempt
- ☐ 2nd Attempt
- ☐ 3rd Attempt

| LAB SAMPLE # (A)/yy/mm/dd/000 | FLOOR B, EX, 1, 2, 3 | SAMPLE TYPE S, P, D, W | COMP Y/N | LOCATION BR1, LR, DR, EX, etc. | SURFACE F, C, W | SURFACE # SIDES A1-Z1 | COMPONENT/ SOIL SITE AAA | DIMENSIONS (WIPES) in x in |
|---|---|---|---|---|---|---|---|---|
| F/19/03/06/001 | 03 | D | N | 3BR | | B C | FW | 12x12 |
| 002 | 03 | | | 3BR | | C | WIS | 2x30 |
| 003 | 02 | | | 2BRAB | | D | FW | 12x12 |
| 004 | | | | 2BRAB | | A | WIS | 2x30 |
| 005 | | | | 2BRAD | | A | FW | 12x12 |
| 006 | | | | 2BRAD | | A | WIS | 3x30 |
| 007 | 01 | | | LR | | C | FW | 12x12 |
| 008 | | | | LR | | A | WIS | 3x30 |
| 009 | | | | K | | B | FW | 12x12 |
| 010 | | | | F | | A | FW | 12x12 |
| 011 | | | ↓ | F | | B | FB | 12x12 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SPECIAL INSTRUCTIONS/HAZARDS
(RA/CT NAME, DATE, TIME): Emest R. Vanmeland 3/6/19 10:30   ADDRESS: 4057 Beechwood

1. RELINQUISHED BY (DATE, TIME): _____ 3/6/19 12:30   2. RELINQUISHED BY (DATE, TIME): Annette Whaley 3/6/19 3:30

RECEIVED BY (DATE, TIME): Annette Whaley 3/6/19 12:30pm   RECEIVED BY (DATE, TIME): 3-7-19  830

CHD 021

2n45-475559

ATE   REV. 09/10



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

| To : | City of Cincinnati--Health Department | | | **AAT Project :** | 475559 |
|---|---|---|---|---|---|
| | 3301 Beekman | | | **Client Project :** | 4057 BEECHWOOD |
| | Cincinnati, OH 45225 | | | **Date Reported :** | 3/8/2019  6:00:00AM |
| Attn : | Rashmi Aparajit | Email : | Rashmi.aparajit@cincinnati-oh.gov | | |
| | | Phone : | (513)357-7420 | | |

**Project Location :**    4057 BEECHWOOD

| Sample | Client Code | Analysis Requested | Completed | Analyst |
|---|---|---|---|---|
| 4575487 | F-19-03-06-001 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575488 | 002 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575489 | 003 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575490 | 004 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575491 | 005 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575492 | 006 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575493 | 007 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575494 | 008 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575495 | 009 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575496 | 010 | Dust Wipe | 03/07/2019 | Norman Cyr |
| 4575497 | 011 | Dust Wipe | 03/07/2019 | Norman Cyr |

**Reviewed By**          Quality Assurance Coordinator - Stephen Northcott

This report is intended for use solely by the individual or entity to which it is addressed. It may contain information that is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this information is not the intended recipient or an employee of its intended recipient, you are herewith notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify AAT immediately. Thank you.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed:   03/08/2019   6:11AM          AAT Project:    475559

**CHD 022**



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

## Certificate of Analysis: Lead In Dust Wipe by EPA Method 7000B/3050B*

| | | | | |
|---|---|---|---|---|
| **Client :** | City of Cincinnati--Health Department | | **AAT Project :** | 475559 |
| | 3301 Beekman | | **Sampling Date :** | 03/06/2019 |
| | Cincinnati, OH 45225 | | **Date Received :** | 03/07/2019 |
| **Attn :** | Rashmi Aparajit | **Email :** Rashmi.aparajit@cincinnati-oh.gov | **Date Analyzed :** | 03/07/2019 |
| **Phone :** | (513)357-7420 | **Fax :** | **Date Reported :** | 3/8/2019  6:00:00AM |

**Client Project :**   4057 BEECHWOOD

**Project Location :**   4057 BEECHWOOD

| Lab Sample ID | Client Code | Sample Description | Length (inch) | Width (inch) | Area (Sq ft) | Results Lead µg/ft2 * |
|---|---|---|---|---|---|---|
| 4575487 | F-19-03-06-001 | 03 D N 3 BR C FW | 12 | 12 | 1.00 | 233.71 |
| 4575488 | 002 | 03 D N 3BR C WIS | 2 | 30 | 0.42 | 3363.60 |
| 4575489 | 003 | 02 D N 2BRAB D FW | 12 | 12 | 1.00 | 26.82 |
| 4575490 | 004 | 02 D N 2BRAB A WIS | 2 | 30 | 0.42 | 44.59 |
| 4575491 | 005 | 02 D N 2BRAD A FW | 12 | 12 | 1.00 | 6.00 |
| 4575492 | 006 | 02 D N 2BRAD A WIS | 3 | 30 | 0.63 | 31.30 |
| 4575493 | 007 | 01 D N LR C FW | 12 | 12 | 1.00 | 6.34 |
| 4575494 | 008 | 01 D N LR A WIS | 3 | 30 | 0.63 | 33.79 |
| 4575495 | 009 | 01 D N K B FW | 12 | 12 | 1.00 | 38.50 |
| 4575496 | 010 | 01 D N F A FW | 12 | 12 | 1.00 | 101.42 |
| 4575497 | 011 | 01 D N F B FB | 12 | 12 | 1.00 | <5.00 |

Analyst Signature

*Norman Cyr*

ND = Not Detected, N/A = Not Available, RL = Reporting Limit, Analytical Reporting Limit is 5 ug/sample. For true values assume (2) significant figures. AAT internal SOP S205/S207. The method and batch QC are acceptable unless otherwise stated.

EPA Regulatory Limits: 40 ug/ft2 (Floors, Carpeted/Uncarpeted), 250 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). HUD Regulatory Limits: 10 ug/ft2 (Interior Floors), 40 ug/ft2 (Porch Floors), 100 ug/ft2 (Window Sills), 100 ug/ft2 (Window Troughs).

The laboratory operates in accord with ISO 17025 guidelines and holds limited scopes of accreditation under AIHA-LAP and NY State DOH ELAP programs. These results are submitted pursuant to AAT, LLC current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. Analytical results relate to the samples as received by the lab. AAT will not assume any liability or responsibility for the manner in which the results are used or interpreted. All Quality control requirements for the samples this report contains have been met. AAT does not blank correct reported values. * = Validated modified method Sample data apply only to items analyzed. Reproduction of this document other than in its entirety is not authorized by AAT, LLC. Samples are stored for 30 days following report date.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042



Date Printed:  03/08/2019                          AAT Project:   475559

Page 1 of 2

**Laboratory Information:**

| Laboratory: | Accurate Analytical Testing, LLC<br>30105 Beverly Road<br>Romulus, MI 48174<br>(734) 629-8161 Fax: (734) 629-8431 |
| --- | --- |
| **Dust Wipe Analysis Protocol:** | EPA Method 7000B/3050B |
| **Dust Wipe Medium Used:** | Lead-Wipes, ASTM # E1792 |
| **AIHA LAP Lab ID:** | #100986 |

## d. Soil Sampling and Laboratory Information

### Soil:

No soil samples were collected at this location.

## e. Water Sampling and Laboratory Information

Water testing was not done as part of the risk assessment. Free water testing is provided by Greater Cincinnati Water Works (GCWW) through a home test kit. For more information about lead in water or to request a test kit please visit the GCWW lead page at www.lead.mygcww.org <http://www.lead.mygcww.org> or call 513-651-LEAD (513-651-5323).

## f. Paint Chip Sampling and Laboratory Information

### Paint Chips:

No paint chip samples were collected at this location.

## 11. Lead Based Paint Hazard Control Options

Lead abatement, interim controls, lead-safe work practices and worker/occupant protection practices complying with current EPA, HUD and OSHA standards will be necessary to safely complete all work involving the disturbance of LBP coated surfaces and components. In addition, any work considered lead hazard control will enlist the use of interim control (temporary) methods and/or abatement (permanent) methods. It should be noted that all lead hazard control activities have the potential of creating additional hazards or hazards that were not present before. Properly trained and certified persons, as well as properly licensed firms (as mandated) should accomplish all abatement/interim control activities conducted at this residence.

Details for the listed lead hazard control options and issues surrounding occupant/worker protection practices can be found in the publication entitled: *Guidelines for the Evaluation and Control of LBP Hazards in Housing* published by HUD, the Environmental Protection Agency (EPA) lead-based paint regulations, and the Occupational Safety and Health Administration (OSHA) regulations found in its Lead in Construction Industry Standard. Further recommendations for temporary or long-term control have been provided in each section above.

**Interim controls,** as defined by HUD, means a set of measures designed to temporarily reduce human exposure to LBP hazards and/or lead containing materials. These activities include, but are not limited to: component and/or substrate stabilization, paint and varnish stabilization, and tilling and placement of appropriate ground cover over bare soil areas.

**Abatement**, as defined by HUD, means any set of measures designed to permanently eliminate LBP and/or LBP hazards. The product manufacturer and/or contractor must warrant abatement methods to last a minimum of twenty (20) years, or these methods must have a design life of at least twenty (20) years. These activities include, but are not necessarily limited to: the removal of LBP from substrates and components; the replacement of lead based paint components; the permanent enclosure of LBP with construction materials; the encapsulation of LBP with approved products; and the removal or permanent covering (concrete or asphalt) of soil-lead hazards.

**12.** **Appendices**

a. **Appendix A   XRF Sample Analytical Data**

## PAINT TEST RESULTS

An X-Ray Fluorescence (XRF) Lead Analyzer was used to test the paint for lead. This analyzer is a nondestructive method of testing paint and provides immediate results for each test conducted. If paint contains lead equal to or greater than 1.0 mg/ cm², it is considered to be lead-based paint. The higher the reading on the XRF, the higher the lead content of the paint.

*Building components in a room that are similar in construction history to those that tested positive for lead are considered positive for lead.*

*Paint Condition:*

✓ *Intact: Entire surface area is judged to be intact.  Intact surfaces may or may not have been tested and need only monitoring.*

✓ *Deteriorated: Shows signs of abrasion and/or is peeling, chipping, chalking, or cracking, or otherwise damaged or separated from the substrate. This includes paint conditions described as fair or poor on computer generated paint inspection reports.*

**CHD 026**

# LEAD PAINT INSPECTION REPORT

**REPORT NUMBER:**     S#02556 - 03/06/19 10:18

**INSPECTION FOR:**     Cincinnati Health Department
3301 Beekman St
Cuncinnati, oh 45225

**PERFORMED AT:**     4057 Beechwood Ave
Cincinnati, oh 45229

**INSPECTION DATE:**     03/06/19

**INSTRUMENT TYPE:**     R M D
MODEL LPA-1
XRF TYPE ANALYZER
Serial Number: 02556

**ACTION LEVEL:**     1.0    mg/cm²

**OPERATOR LICENSE:**     LA008511

**SIGNED:** _Jerory by Vannefod_     **Date:** _3/6/19_

CHD 027

**SEQUENTIAL  REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| | |
|---|---|
| Inspection Date: | 03/06/19 |
| Report Date: | 03/06/2019 |
| Abatement Level: | 1.0 |
| Report No. | S#02556 - 03/06/19 10:18 |
| Total Readings: | 102 |
| Job Started: | 03/06/19 10:18 |
| Job Finished: | 03/06/19 13:12 |

4057 Beechwood Ave
Cincinnati, oh 45229

| Read No. | Rm No. | Room Name | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | CALIBRATION | | | | | | | | 0.8 | TC |
| 2 | | CALIBRATION | | | | | | | | 0.7 | TC |
| 3 | | CALIBRATION | | | | | | | | 0.6 | TC |
| 4 | 001 | 3BR | C | Window | Ctr | Sill | I | Wood | Natural | -0.1 | QM |
| 5 | 001 | 3BR | C | Window | Ctr | Lft casing | I | Wood | Natural | 0.0 | QM |
| 6 | 001 | 3BR | C | Window | Ctr | Sash | I | Wood | Natural | -0.1 | QM |
| 7 | 001 | 3BR | C | EX FRAME | Ctr | | I | Wood | Green | 3.6 | QM |
| 8 | 001 | 3BR | C | EX SASH | Ctr | | I | Wood | Green | 4.0 | QM |
| 9 | 001 | 3BR | C | EX TROUGH | Ctr | | I | Wood | Green | 4.1 | QM |
| 10 | 001 | 3BR | B | Door | Ctr | Lft jamb | I | Wood | Natural | -0.3 | QM |
| 11 | 001 | 3BR | B | Door | Ctr | Lft casing | I | Wood | Natural | -0.1 | QM |
| 12 | 002 | 3STAIRWELL | C | 1/2 WALL | Ctr | | I | Wood | White | 0.0 | QM |
| 13 | 003 | 2BRAB | D | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 14 | 003 | 2BRAB | D | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 15 | 003 | 2BRAB | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 16 | 003 | 2BRAB | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 17 | 003 | 2BRAB | C | BASEBOARD | Ctr | | I | Wood | White | >9.9 | QM |
| 18 | 003 | 2BRAB | C | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 19 | 003 | 2BRAB | C | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 20 | 003 | 2BRAB | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 21 | 003 | 2BRAB | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 22 | 004 | 2BAB | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 23 | 004 | 2BAB | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 24 | 004 | 2BAB | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 25 | 004 | 2BAB | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 26 | 005 | 2BRBC | B | Window | Ctr | Sash | I | Wood | White | -0.2 | QM |
| 27 | 005 | 2BRBC | B | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 28 | 005 | 2BRBC | B | EX SASH | Ctr | | I | Wood | Green | >9.9 | QM |
| 29 | 005 | 2BRBC | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 30 | 005 | 2BRBC | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 31 | 005 | 2BRBC | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 32 | 005 | 2BRBC | D | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 33 | 005 | 2BRBC | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 34 | 006 | 2BRAD | A | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 35 | 006 | 2BRAD | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 36 | 006 | 2BRAD | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 37 | 006 | 2BRAD | A | Window | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 38 | 006 | 2BRAD | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 39 | 006 | 2BRAD | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |

1

**SEQUENTIAL  REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| Read No. | Rm No. | Room Name | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 006 | 2BRAD | B | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 41 | 006 | 2BRAD | B | Closet | | Ctr Door Jamb | I | Wood | White | >9.9 | QM |
| 42 | 007 | 2BAD | D | Window | | Ctr Sash | I | Wood | White | >9.9 | QM |
| 43 | 007 | 2BAD | D | EX TROUGH | | Ctr | I | Wood | Gray | >9.9 | QM |
| 44 | 007 | 2BAD | D | EX CAS | | Ctr | I | Wood | Gray | >9.9 | QM |
| 45 | 007 | 2BAD | B | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 46 | 007 | 2BAD | B | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 47 | 008 | 2BRC | C | Window | | Ctr Sash | I | Wood | White | >9.9 | QM |
| 48 | 008 | 2BRC | C | EX TROUGH | | Ctr | I | Wood | Green | >9.9 | QM |
| 49 | 008 | 2BRC | C | EX CAS | | Ctr | I | Wood | Green | >9.9 | QM |
| 50 | 008 | 2BRC | A | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 51 | 008 | 2BRC | A | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 52 | 008 | 2BRC | D | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 53 | 008 | 2BRC | D | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 54 | 008 | 2BRC | B | Closet | | Ctr Door Jamb | I | Wood | White | >9.9 | QM |
| 55 | 008 | 2BRC | B | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 56 | 008 | 2BRC | B | Closet | | Ctr Shelf | I | Wood | White | >9.9 | QM |
| 57 | 008 | 2BRC | D | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 58 | 008 | 2BRC | D | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 59 | 009 | 2HALL | A | Window | | Ctr Well | I | Wood | White | >9.9 | QM |
| 60 | 009 | 2HALL | A | EX TROUGH | | Ctr | I | Wood | Green | >9.9 | QM |
| 61 | 009 | 2HALL | A | EX CAS | | Ctr | I | Wood | Green | >9.9 | QM |
| 62 | 007 | 2BAD | D | Wall | U | Ctr | P | Wood | Green | 3.1 | QM |
| 63 | 010 | 1LR | D | EX TROUGH | | Ctr | I | Wood | Green | 0.0 | QM |
| 64 | 010 | 1LR | D | EX CAS | | Ctr | I | Wood | Green | 2.5 | QM |
| 65 | 011 | 1DR | B | EX CAS | | Ctr | I | Wood | Green | 3.0 | QM |
| 66 | 011 | 1DR | B | EX TROUGH | | Ctr | I | Wood | Green | >9.9 | QM |
| 67 | 011 | 1DR | B | Window | | Ctr Sash | I | Wood | White | >9.9 | QM |
| 68 | 012 | 1K | C | Wall | U | Ctr | I | Plaster | White | >9.9 | QM |
| 69 | 012 | 1K | B | Wall | U | Ctr | I | Plaster | White | -0.3 | QM |
| 70 | 012 | 1K | B | Window | | Ctr Sash | I | Wood | White | 5.5 | QM |
| 71 | 012 | 1K | B | EX TROUGH | | Ctr | I | Wood | White | 5.8 | QM |
| 72 | 012 | 1K | C | Cabinet Door | | Ctr | I | Wood | White | 3.4 | QM |
| 73 | 012 | 1K | C | DOOR IMP | | Ctr | I | Wood | White | 2.7 | QM |
| 74 | 012 | 1K | C | CAB WALL | | Ctr | I | Plaster | White | 5.5 | QM |
| 75 | 012 | 1K | A | Door | | Ctr U Lft | I | Wood | White | 7.2 | QM |
| 76 | 012 | 1K | A | Door | | Ctr Lft casing | I | Wood | White | 6.4 | QM |
| 77 | 012 | 1K | A | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 78 | 012 | 1K | A | DOOR IMP | | Ctr | I | Wood | White | 5.7 | QM |
| 79 | 013 | 1PLAY ROOM | A | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 80 | 014 | 1FAMILY ROO | C | Window | | Ctr Sash | I | Wood | White | >9.9 | QM |
| 81 | 014 | 1FAMILY ROO | D | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 82 | 014 | 1FAMILY ROO | D | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 83 | 014 | 1FAMILY ROO | D | SHELF | | Ctr | I | Wood | White | 4.4 | QM |
| 84 | 015 | Foyer | A | Door | | Ctr Lft jamb | I | Wood | White | >9.9 | QM |
| 85 | 015 | Foyer | A | DOOR IMP | | Ctr | I | Wood | White | >9.9 | QM |
| 86 | 015 | Foyer | A | DOOR FRAME | | Ctr | I | Wood | Green | >9.9 | QM |

2

CHD 029

**SEQUENTIAL  REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| Read No. | Rm No. | Room Name | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 015 | Foyer | A | DOOR SILL | Ctr | | I | Wood | Green | >9.9 | QM |
| 88 | 015 | Foyer | A | DOOR CAS | Ctr | | I | Wood | Green | 2.0 | QM |
| 89 | 015 | Foyer | A | STORM DOOR | Ctr | | P | Wood | Green | >9.9 | QM |
| 90 | 016 | 1BA | B | Door | Ctr | Lft jamb | I | Wood | Green | >9.9 | QM |
| 91 | 016 | 1BA | B | DOOR IMP | Ctr | | I | Wood | Green | >9.9 | QM |
| 92 | 017 | EXTERIOR | A | Window | Ctr | Sill | I | Wood | Green | 4.1 | QM |
| 93 | 017 | EXTERIOR | A | STORM DOOR | Ctr | | I | Wood | Green | 0.2 | QM |
| 94 | 017 | EXTERIOR | A | DOOR CAS | Ctr | | I | Wood | White | -0.1 | QM |
| 95 | 017 | EXTERIOR | B | Bas Win Cas | Ctr | | I | Wood | Green | 5.2 | QM |
| 96 | 017 | EXTERIOR | B | Bas Win Sil | Ctr | | I | Wood | Green | 3.8 | QM |
| 97 | 017 | EXTERIOR | B | BASE SASH | Ctr | | I | Wood | Green | 3.2 | QM |
| 98 | 017 | EXTERIOR | C | BAND BOARD | Ctr | | I | Wood | Green | 1.0 | QM |
| 99 | 017 | EXTERIOR | C | GR DOOR FRAM | Ctr | | I | Wood | Green | >9.9 | QM |
| 100 | | CALIBRATION | | | | | | | | 0.8 | TC |
| 101 | | CALIBRATION | | | | | | | | 0.8 | TC |
| 102 | | CALIBRATION | | | | | | | | 0.7 | TC |

---- End of Readings ----

3

**SUMMARY REPORT OF LEAD PAINT INSPECTION FOR:  Cincinnati Health Department**

| | | |
|---|---|---|
| Inspection Date: | 03/06/19 | 4057 Beechwood Ave |
| Report Date: | 03/06/2019 | Cincinnati, oh 45229 |
| Abatement Level: | 1.0 | |
| Report No. | S#02556 - 03/06/19 10:18 | |
| Total Readings: | 102  Actionable: 85 | |
| Job Started: | 03/06/19 10:18 | |
| Job Finished: | 03/06/19 13:12 | |

| Reading No. | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|
| **Interior Room 001 3BR** | | | | | | | | | |
| 007 | C | EX FRAME | Ctr | | I | Wood | Green | 3.6 | QM |
| 008 | C | EX SASH | Ctr | | I | Wood | Green | 4.0 | QM |
| 009 | C | EX TROUGH | Ctr | | I | Wood | Green | 4.1 | QM |
| **Interior Room 003 2BRAB** | | | | | | | | | |
| 019 | C | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 020 | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 018 | C | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 017 | C | BASEBOARD | Ctr | | I | Wood | White | >9.9 | QM |
| 021 | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 014 | D | Door | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 015 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 013 | D | Door | Ctr | U Lft | I | Wood | White | >9.9 | QM |
| 016 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| **Interior Room 004 2BAB** | | | | | | | | | |
| 022 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 023 | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 024 | C | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 025 | C | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| **Interior Room 005 2BRBC** | | | | | | | | | |
| 027 | B | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 028 | B | EX SASH | Ctr | | I | Wood | Green | >9.9 | QM |
| 029 | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 030 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 032 | D | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 031 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 033 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| **Interior Room 006 2BRAD** | | | | | | | | | |
| 034 | A | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 037 | A | Window | Ctr | Lft casing | I | Wood | White | >9.9 | QM |
| 035 | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 036 | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 038 | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 041 | B | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 039 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 040 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |

1

**SUMMARY REPORT OF LEAD PAINT INSPECTION FOR: Cincinnati Health Department**

| Reading No. | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|
| Interior Room 007 2BAD | | | | | | | | | |
| 045 | B | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 046 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 062 | D | Wall | U Ctr | | P | Wood | Green | 3.1 | QM |
| 042 | D | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 043 | D | EX TROUGH | Ctr | | I | Wood | Gray | >9.9 | QM |
| 044 | D | EX CAS | Ctr | | I | Wood | Gray | >9.9 | QM |
| Interior Room 008 2BRC | | | | | | | | | |
| 050 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 051 | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 054 | B | Closet | Ctr | Door Jamb | I | Wood | White | >9.9 | QM |
| 056 | B | Closet | Ctr | Shelf | I | Wood | White | >9.9 | QM |
| 055 | B | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 047 | C | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 048 | C | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 049 | C | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| 053 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 057 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 052 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 058 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| Interior Room 009 2HALL | | | | | | | | | |
| 059 | A | Window | Ctr | Well | I | Wood | White | >9.9 | QM |
| 060 | A | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| 061 | A | EX CAS | Ctr | | I | Wood | Green | >9.9 | QM |
| Interior Room 010 1LR | | | | | | | | | |
| 064 | D | EX CAS | Ctr | | I | Wood | Green | 2.5 | QM |
| Interior Room 011 1DR | | | | | | | | | |
| 067 | B | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 065 | B | EX CAS | Ctr | | I | Wood | Green | 3.0 | QM |
| 066 | B | EX TROUGH | Ctr | | I | Wood | Green | >9.9 | QM |
| Interior Room 012 1K | | | | | | | | | |
| 076 | A | Door | Ctr | Lft casing | I | Wood | White | 6.4 | QM |
| 077 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 075 | A | Door | Ctr | U Lft | I | Wood | White | 7.2 | QM |
| 078 | A | DOOR IMP | Ctr | | I | Wood | White | 5.7 | QM |
| 070 | B | Window | Ctr | Sash | I | Wood | White | 5.5 | QM |
| 071 | B | EX TROUGH | Ctr | | I | Wood | White | 5.8 | QM |
| 068 | C | Wall | U Ctr | | I | Plaster | White | >9.9 | QM |
| 072 | C | Cabinet Door | Ctr | | I | Wood | White | 3.4 | QM |
| 073 | C | DOOR IMP | Ctr | | I | Wood | White | 2.7 | QM |
| 074 | C | CAB WALL | Ctr | | I | Plaster | White | 5.5 | QM |
| Interior Room 013 1PLAY ROOM | | | | | | | | | |
| 079 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |

2

**SUMMARY REPORT OF LEAD PAINT INSPECTION FOR:  Cincinnati Health Department**

| Reading No. | Wall | Structure | Location | Member | Paint Cond | Substrate | Color | Lead (mg/cm²) | Mode |
|---|---|---|---|---|---|---|---|---|---|
| Interior Room 014 1FAMILY ROO | | | | | | | | | |
| 080 | C | Window | Ctr | Sash | I | Wood | White | >9.9 | QM |
| 081 | D | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 082 | D | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 083 | D | SHELF | Ctr | | I | Wood | White | 4.4 | QM |
| Interior Room 015 Foyer | | | | | | | | | |
| 084 | A | Door | Ctr | Lft jamb | I | Wood | White | >9.9 | QM |
| 085 | A | DOOR IMP | Ctr | | I | Wood | White | >9.9 | QM |
| 086 | A | DOOR FRAME | Ctr | | I | Wood | Green | >9.9 | QM |
| 087 | A | DOOR SILL | Ctr | | I | Wood | Green | >9.9 | QM |
| 088 | A | DOOR CAS | Ctr | | I | Wood | Green | 2.0 | QM |
| 089 | A | STORM DOOR | Ctr | | P | Wood | Green | >9.9 | QM |
| Interior Room 016 1BA | | | | | | | | | |
| 090 | B | Door | Ctr | Lft jamb | I | Wood | Green | >9.9 | QM |
| 091 | B | DOOR IMP | Ctr | | I | Wood | Green | >9.9 | QM |
| Interior Room 017 EXTERIOR | | | | | | | | | |
| 092 | A | Window | Ctr | Sill | I | Wood | Green | 4.1 | QM |
| 095 | B | Bas Win Cas | Ctr | | I | Wood | Green | 5.2 | QM |
| 096 | B | Bas Win Sil | Ctr | | I | Wood | Green | 3.8 | QM |
| 097 | B | BASE SASH | Ctr | | I | Wood | Green | 3.2 | QM |
| 098 | C | BAND BOARD | Ctr | | I | Wood | Green | 1.0 | QM |
| 099 | C | GR DOOR FRAM | Ctr | | I | Wood | Green | >9.9 | QM |

---- End of Readings ----

3

**f. Appendix F    Site and Floor Plan**

4057 Beechwood 1st floor

C



B

D

A

*= replacement window

4057 Beechwood 2nd floor



CHD 036

4057 Beechwood  3rd floor

C



B

D

A

**CHD 037**

h.   **Appendix H   Copy of Risk Assessor's License/Certification**



**State of Ohio**
Department of Health
Division of Quality Assurance
LEAD Program

## Lead Risk Assessor

**License Number**

LA008511

**Expiration Date**

04/06/2016

DOB  03/21/1960

Ferooz Rezvannejad

3301 Beekman St

Cincinnati OH 45225

Cincinnati Health Dept Lead Program

Card not valid if altered

This certification is issued pursuant of Chapter 3742 of the
Revised Code and 3701-32 of the Ohio Administrative Code

CHD 038

i. **Appendix I    Certificate and XRF Performance**

RMD LPA-1, PCS Edition 5                                                         Page 1 of 4

## Performance Characteristic Sheet

**EFFECTIVE DATE:**    October 25, 2006                              **EDITION NO.: 5**

**MANUFACTURER AND MODEL:**

| | |
|---|---|
| Make: | **Radiation Monitoring Devices** |
| Model: | **LPA-1** |
| Source: | $^{57}$Co |
| Note: | This sheet supersedes all previous sheets for the XRF instrument of the make, model, and source shown above **for instruments sold or serviced after June 26, 1995. For other instruments, see prior editions.** |

### FIELD OPERATION GUIDANCE

**OPERATING PARAMETERS:**

Quick mode or 30-second equivalent standard (Time Corrected) mode readings.

**XRF CALIBRATION CHECK LIMITS:**

0.7 to 1.3 mg/cm$^2$ (inclusive)

**SUBSTRATE CORRECTION:**

For XRF results below 4.0 mg/cm$^2$, substrate correction is recommended for:

Metal using 30-second equivalent standard (Time Corrected) mode readings.
None using quick mode readings.

Substrate correction is <u>not</u> needed for:

Brick, Concrete, Drywall, Plaster, and Wood using 30-second equivalent standard (Time Corrected) mode readings
Brick, Concrete, Drywall, Metal, Plaster, and Wood using quick mode readings

**THRESHOLDS:**

| 30-SECOND EQUIVALENT STANDARD MODE READING DESCRIPTION | SUBSTRATE | THRESHOLD (mg/cm$^2$) |
|---|---|---|
| Results corrected for substrate bias on metal substrate only | Brick | 1.0 |
| | Concrete | 1.0 |
| | Drywall | 1.0 |
| | Metal | 0.9 |
| | Plaster | 1.0 |
| | Wood | 1.0 |

| QUICK MODE READING DESCRIPTION | SUBSTRATE | THRESHOLD (mg/cm$^2$) |
|---|---|---|
| Readings not corrected for substrate bias on any substrate | Brick | 1.0 |
| | Concrete | 1.0 |
| | Drywall | 1.0 |
| | Metal | 1.0 |
| | Plaster | 1.0 |
| | Wood | 1.0 |

**CHD 039**

## BACKGROUND INFORMATION

### EVALUATION DATA SOURCE AND DATE:

This sheet is supplemental information to be used in conjunction with Chapter 7 of the HUD *Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing* ("HUD Guidelines"). Performance parameters shown on this sheet are calculated from the EPA/HUD evaluation using archived building components. Testing was conducted on approximately 150 test locations in July 1995. The instrument that performed testing in September had a new source installed in June 1995 with 12 mCi initial strength.

### OPERATING PARAMETERS:

Performance parameters shown in this sheet are applicable only when properly operating the instrument using the manufacturer's instructions and procedures described in Chapter 7 of the HUD Guidelines.

### XRF CALIBRATION CHECK:

The calibration of the XRF instrument should be checked using the paint film nearest 1.0 mg/cm$^2$ in the NIST Standard Reference Material (SRM) used (e.g., for NIST SRM 2579, use the 1.02 mg/cm$^2$ film).

If readings are outside the acceptable calibration check range, follow the manufacturer's instructions to bring the instruments into control before XRF testing proceeds.

### SUBSTRATE CORRECTION VALUE COMPUTATION:

Chapter 7 of the HUD Guidelines provides guidance on correcting XRF results for substrate bias. Supplemental guidance for using the paint film nearest 1.0 mg/cm$^2$ for substrate correction is provided:

XRF results are corrected for substrate bias by subtracting from each XRF result a correction value determined separately in each house for single-family housing or in each development for multifamily housing, for each substrate. The correction value is an average of XRF readings taken over the NIST SRM paint film nearest to 1.02 mg/cm$^2$ at test locations that have been scraped bare of their paint covering. Compute the correction values as follows:

> Using the same XRF instrument, take three readings on a <u>bare</u> substrate area covered with the NIST SRM paint film nearest 1 mg/cm$^2$. Repeat this procedure by taking three more readings on a second <u>bare</u> substrate area of the same substrate covered with the NIST SRM.

> Compute the correction value for each substrate type where XRF readings indicate substrate correction is needed by computing the average of all six readings as shown below.

> For each substrate type (the 1.02 mg/cm$^2$ NIST SRM is shown in this example; use the actual lead loading of the NIST SRM used for substrate correction):

> Correction value = (1st + 2nd + 3rd + 4th + 5th + 6th *Reading*) / 6 - 1.02 mg/cm$^2$

> Repeat this procedure for each substrate requiring substrate correction in the house or housing development.

### EVALUATING THE QUALITY OF XRF TESTING:

Randomly select ten testing combinations for retesting from each house or from two randomly selected units in multifamily housing. Use either the Quick Mode or 30-second equivalent standard (Time Corrected) Mode readings.

Conduct XRF re-testing at the ten testing combinations selected for retesting.

Determine if the XRF testing in the units or house passed or failed the test by applying the steps below.

Compute the Retest Tolerance Limit by the following steps:

Determine XRF results for the original and retest XRF readings. Do not correct the original or retest results for substrate bias. In single-family and multi-family housing, a result is defined as a single reading. Therefore, there will be ten original and ten retest XRF results for each house or for the two selected units.

Calculate the average of the original XRF result and retest XRF result for each testing combination.

Square the average for each testing combination.

Add the ten squared averages together. Call this quantity C.

Multiply the number C by 0.0072. Call this quantity D.

Add the number 0.032 to D. Call this quantity E.

Take the square root of E. Call this quantity F.

Multiply F by 1.645. The result is the Retest Tolerance Limit.

Compute the average of all ten original XRF results.

Compute the average of all ten re-test XRF results.

Find the absolute difference of the two averages.

If the difference is less than the Retest Tolerance Limit, the inspection has passed the retest. If the difference of the overall averages equals or exceeds the Retest Tolerance Limit, this procedure should be repeated with ten new testing combinations. If the difference of the overall averages is equal to or greater than the Retest Tolerance Limit a second time, then the inspection should be considered deficient.

Use of this procedure is estimated to produce a spurious result approximately 1% of the time. That is, results of this procedure will call for further examination when no examination is warranted in approximately 1 out of 100 dwelling units tested.

## BIAS AND PRECISION:

Do not use these bias and precision data to correct for substrate bias. These bias and precision data were computed without substrate correction from samples with reported laboratory results less than 4.0 $mg/cm^2$ lead. The data which were used to determine the bias and precision estimates given in the table below have the following properties. During the July 1995 testing, there were 15 test locations with a laboratory-reported result equal to or greater than 4.0 $mg/cm^2$ lead. Of these, one 30-second standard mode reading was less than 1.0 $mg/cm^2$ and none of the quick mode readings were less than 1.0 $mg/cm^2$. The instrument that tested in July is representative of instruments sold or serviced after June 26, 1995. These data are for illustrative purposes only. Actual bias must be determined on the site. Results provided above already account for bias and precision. Bias and precision ranges are provided to show the variability found between machines of the same model.

RMD LPA-1, PCS Edition 5

| 30-SECOND STANDARD MODE READING MEASURED AT | SUBSTRATE | BIAS ($mg/cm^2$) | PRECISION* ($mg/cm^2$) |
|---|---|---|---|
| 0.0 $mg/cm^2$ | Brick | 0.0 | 0.1 |
| | Concrete | 0.0 | 0.1 |
| | Drywall | 0.1 | 0.1 |
| | Metal | 0.3 | 0.1 |
| | Plaster | 0.1 | 0.1 |
| | Wood | 0.0 | 0.1 |
| 0.5 $mg/cm^2$ | Brick | 0.0 | 0.2 |
| | Concrete | 0.0 | 0.2 |
| | Drywall | 0.0 | 0.2 |
| | Metal | 0.2 | 0.2 |
| | Plaster | 0.0 | 0.2 |
| | Wood | 0.0 | 0.2 |
| 1.0 $mg/cm^2$ | Brick | 0.0 | 0.3 |
| | Concrete | 0.0 | 0.3 |
| | Drywall | 0.0 | 0.3 |
| | Metal | 0.2 | 0.3 |
| | Plaster | 0.0 | 0.3 |
| | Wood | 0.0 | 0.3 |
| 2.0 $mg/cm^2$ | Brick | -0.1 | 0.4 |
| | Concrete | -0.1 | 0.4 |
| | Drywall | -0.1 | 0.4 |
| | Metal | 0.1 | 0.4 |
| | Plaster | -0.1 | 0.4 |
| | Wood | -0.1 | 0.4 |

*Precision at 1 standard deviation.

## CLASSIFICATION RESULTS:

XRF results are classified as positive if they are greater than the upper boundary of the inconclusive range, and negative if they are less than the lower boundary of the inconclusive range, or inconclusive if in between. The inconclusive range includes both its upper and lower bounds. Earlier editions of this *XRF Performance Characteristics Sheet* did not include both bounds of the inconclusive range as "inconclusive." While this edition of the Performance Characteristics Sheet uses a different system, the specific XRF readings that are considered positive, negative, or inconclusive for a given XRF model and substrate remain unchanged, so previous inspection results are not affected.

## DOCUMENTATION:

An EPA document titled *Methodology for XRF Performance Characteristic Sheets* provides an explanation of the statistical methodology used to construct the data in the sheets, and provides empirical results from using the recommended inconclusive ranges or thresholds for specific XRF instruments. For a copy of this document call the National Lead Information Center Clearinghouse at 1-800-424-LEAD. A HUD document titled *A Nonparametric Method for Estimating the 5th and 95th Percentile Curves of Variable-Time XRF Readings Based on Monotone Regression* provides supplemental information on the methodology for variable-time XRF instruments. A copy of this document can be obtained from the HUD lead web site, www.hud.gov/offices/lead.

This XRF Performance Characteristic Sheet was developed by QuanTech, Inc., under a contract from the U.S. Department of Housing and Urban Development (HUD). HUD has determined that the information provided here is acceptable when used as guidance in conjunction with Chapter 7, Lead-Based Paint Inspection, of HUD's *Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing*.

CHD 042

### j.   Appendix J   "Lead Speak:" A Brief Glossary

**Abatement:** A measure or set of measures designed to permanently eliminate lead-based paint hazards or lead-based paint. Abatement strategies include the removal of lead-based paint, enclosure, encapsulation, replacement of building components coated with lead-based paint, removal of lead contaminated dust, and removal of lead contaminated soil or overlaying of soil with a durable covering such as asphalt (grass and sod are considered interim control measures). All of these strategies require preparation; cleanup; waste disposal; post-abatement clearance testing; recordkeeping; and, if applicable, monitoring. (For full EPA definition, see 40 CFR 745.223).

**Bare soil:** Soil not covered with grass, sod, some other similar vegetation, or paving, including the sand in sandboxes.

**Chewable surface:** An interior or exterior surface painted with lead-based paint that a young child can mouth or chew. A chewable surface is the same as an "accessible surface" as defined in 42 U.S.C. 4851b(2). Hard metal substrates and other materials that cannot be dented by the bite of a young child are not considered chewable.

**Deteriorated paint:** Any paint coating on a damaged or deteriorated surface or fixture, or any interior or exterior lead-based paint that is peeling, chipping, blistering, flaking, worn, chalking, alligatoring, cracking, or otherwise becoming separated from the substrate.

**Drip line/foundation area:** The area within 3 feet out from the building wall and surrounding the perimeter of a building.

**Dust-lead hazard:** Surface dust in residences that contains an area or mass concentration of lead equal to or in excess of the standard established by the EPA under Title IV of the Toxic Substances Control Act. EPA standards for dust-lead hazards, which are based on wipe samples, are published at 40 CFR 745.65(b); as of the publication of this edition of these *Guidelines,* these are 40 $\mu g/ft^2$ on floors and 250 $\mu g/ft^2$ on interior windowsills. Also called lead-contaminated dust.

**Friction surface:** Any interior or exterior surface, such as a window or stair tread, subject to abrasion or friction.

**Garden area:** An area where plants are cultivated for human consumption or for decorative purposes.

**Impact surface:** An interior or exterior surface (such as surfaces on doors) subject to damage by repeated impact or contact.

**Interim controls:** A set of measures designed to temporarily reduce human exposure or possible exposure to lead-based paint hazards. Such measures include, but are not limited to, specialized cleaning, repairs, maintenance, painting, temporary containment, and the establishment and operation of management and resident education programs. Monitoring, conducted by owners, and reevaluations, conducted by professionals, are integral elements of interim control. Interim controls include dust removal; paint film stabilization; treatment of friction and impact surfaces; installation of soil coverings, such as grass or sod; and land use controls. Interim controls that disturb painted surfaces are renovation activities under EPA's Renovation, Repair and Painting Rule.

**Lead-based paint**: Any paint, varnish, shellac, or other coating that contains lead equal to or greater than 1.0 mg/cm² as measured by XRF or laboratory analysis, or 0.5 percent by weight (5000 mg/g, 5000 ppm, or 5000 mg/kg) as measured by laboratory analysis. (Local definitions may vary.)

**Lead-based paint hazard**: A condition in which exposure to lead from lead contaminated dust, lead contaminated soil, or deteriorated lead-based paint would have an adverse effect on human health (as established by the EPA at 40 CFR 745.65, under Title IV of the Toxic Substances Control Act). Lead-based paint hazards include, for example, **paint-lead hazards**, **dust-lead hazards**, and **soil-lead hazards**.

**Paint-lead hazard**: Lead-based paint on a friction surface that is subject to abrasion and where a dust-lead hazard is present on the nearest horizontal surface underneath the friction surface (e.g., the window sill, or floor); damaged or otherwise deteriorated lead-based paint on an impact surface that is caused by impact from a related building component; a chewable lead-based painted surface on which there is evidence of teeth marks; or any other deteriorated lead-based paint in any residential building or child-occupied facility or on the exterior of any residential building or child-occupied facility.

**Play area**: An area of frequent soil contact by children of under age 6 as indicated by, but not limited to, such factors including the following: the presence of outdoor play equipment (e.g., sandboxes, swing sets, and sliding boards), toys, or other children's possessions, observations of play patterns, or information provided by parents, residents, care givers, or property owners.

**Soil-lead hazard**: Bare soil on residential property that contains lead in excess of the standard established by the EPA under Title IV of the Toxic Substances Control Act. EPA standards for soil-lead hazards, published at 40 CFR 745.65(c), as of the publication of this edition of these *Guidelines,* is 400 µg/g in play areas and 1,200 µg/g in the rest of the yard. Also called lead-contaminated soil.

k.    **Appendix K - Additonal Lead and Lead Safety Resource Data**

## KEY UNITS OF MEASUREMENT

**Gram (g or gm):** A unit of mass in the metric system. A nickel weighs about 1 gram, as does a cube of water 1 centimeter on each side. A gram is equal to about 35/1000 (thirty-five thousandths of an ounce). Another way to think of this is that about 28.4 grams equal 1 ounce.

**µg (microgram):** A microgram is 1/1000th of a milligram. To put this into perspective, a penny weighs 2 grams. To get a microgram, you would need to divide the penny into two million pieces. A microgram is one of those two million pieces.

**µg/dL (microgram per deciliter):** used to measure the level of lead in children's and worker's blood to establish whether intervention is needed. A deciliter is a little less than a half a cup.

**µg/ft2 (micrograms per square feet):** the unit used to express levels of lead in dust samples. All reports should report levels of lead in dust in µg/ft².

**mg/cm2 (milligrams per square centimeter):** used to report levels of lead in paint through XRF testing.

**ppm (parts per million):** Typically used to express the concentrations of lead in soil. Can also be used to express the amount of lead in a surface coating on a mass concentration basis. This measurement can also be shown as: µg/g, mg/kg or mg/l.

**ppb (parts per billion):** Typically used to express the amount of lead found in drinking water. This measurement is also sometimes expressed as: µg/L (micrograms per liter).

## EPA/HUD Lead-Based Paint and Lead-Based Paint Hazard Standards

### Lead-Based Paint
| | |
|---|---|
| -Surface concentration (mass of lead per area) | 1.0 µg/cm² |
| -Bulk concentration (mass of lead per volume) | 0.5%, 5000 µg/g, or 5000 ppm |

### Dust-thresholds for Lead-Contamination
| | |
|---|---|
| -Floors | 40 µg/ft² |
| -Interior Window Sills | 250 µg/ft² |
| -Window Troughs (clearance examination only) | 1200 µg/ft² |

### Soil-thresholds for Lead-Contamination
| | |
|---|---|
| -Play areas used by children under age 6 | 400 µg/ft² |
| -Other areas | 1200 µg/ft² |

**l. Appendix L - Resources for additional infomration on lead-based paint and lead-based paint hazards**

National Lead information Center & Clearinghouse:
1-800-424 LEAD
www.epa.gov/lead/pubs/nlic.htm

Centers for Disease Control and Prevention Lead Program:
www.cdc.gov/lead
Toll-free CDC Contact Center: 800-CDC-INFO; TTY 888-232-6348

Consumer Product Safety Commission
www.cpsc.gov
Toll-free consumer hotline: 1-800-638-2772; TTY 301-595-7054

Environmental Protection Agency Lead Program:
www.epa.gov/lead
202-566-0500

HUD Office of Healthy Homes and Lead Hazard Control:
www.hud.gov/offices/lead
202-402-7698

**Any state** Department of Health and Environment, Lead Poisoning Prevention Program
depthealth.state.an/lead/

Hearing- or speech-challenged individuals may access the federal agency numbers above through TTY by calling the toll-free Federal Relay Service at 800-877-8339; see also http://www.federalrelay.us/tty






CHD 047

CHD 048



CHD 049



CHD 050



CHD 051



CHD 052





CHD 053

CHD 054



CHD 055

CHD 056






CHD 057



CHD 058







CHD 059



CHD 060



02/11/2020

# Notice of Compliance

SINGLETON BARRETT B & CLAIRE M
4057 BEECHWOOD AVE
CINCINNATI OH 45229

CASE NUMBER: CHL1900013

Dear SINGLETON BARRETT B & CLAIRE M:

**You are hereby informed that the lead hazard control order issued on 03/08/2019, for the property at 4057 BEECHWOOD AV, Cincinnati, Ohio 45229 is lifted.**

The clearance examination was performed on 02/11/2020, and the results indicate that the lead hazards identified in the lead hazard control order have been sufficiently controlled.

If you have any questions about this notice, please call Ferooz Rezvannejad at (513) 357-7374.

Sincerely,

Ferooz Rezvannejad, R.S.
Licensed Lead Risk Assessor
License No.: LA-008511
*Ferooz.Rezvannejad@cincinnati-oh.gov*

Enclosures
cc: Ohio Department of Health

**Lead Program** · 3301 Beekman Street · Cincinnati, Ohio 45225
**P** 513 357 7420 · **F** 513 357 7205 · www.cincinnati-oh.gov

**CHD 061**

CHL1900013

## Ohio Department of Health
# Clearance Examination Report
As Required by Ohio Administrative Code 3701-32-12 and 3701-32-15

Ohio law (section 5301.30 of the Revised Code requires every person who intends to transfer any residential real property by sale, land installment contract, lease with option to purchase, exchange, or lease for a term of 99 years and renwable forever, to complete and provide a copy to the prospectve transferee of the applicable property disclosure forms, disclosing known hazardous conditions of the property, including lead-based paint hazards.

Federal law (24 CFR part 35 and 40 CFR part 745) requires sellors and lessors of residential units constructed prior to 1978, except housng

(unless any child who is less than 6 years of age resides or is expected to reside in such housing) or any zero-bedroom dwelling to disclose and provide a copy of this report to new purchasers or lesses before they become obligated under a lease or sales contract.  Property owners and sellers are also required to distribute an educational pamphlet approved by the United States Environmental Protection Agency and include standard warning language in or attached to leade contracts to ensure that parents have the information they need to protect children from lead-based paint hazards.

| | |
|---|---|
| **Building Owner Name**<br>SINGLETON BARRETT B & CLAIRE M | **Type of Building**<br>SINGLE FAMILY |

[X] Residence        Child daycare facility        School

**Property Address**
4057 BEECHWOOD AV

| Contact person/Manager/Principal (if other than owner)<br>Barrett Singlon | Telephone |
|---|---|

| Name of Lead Abatement Contractor, Lead Abatement Project Designer, Lead-Safe Renovater, or Essential Maintenance Pratice Worker<br>John Bryson | License number (if applicable)<br>LC 00 1724 | License expiration date<br>10/19/21 |
|---|---|---|

| Employer Street Address<br>3317 Harvey Ave    Cincinnati | City, State, Zip<br>OH        45229 |
|---|---|

| Employer<br>Anderson Painting and Decorating | Employer Telephone<br>513 268 8254 |
|---|---|

| Name of Risk Assessor/Inspector/Clearance Technician who performed testing<br>Ferooz Rezvannejad | License number<br>LA-008511 |
|---|---|

| Employer Street Address<br>3301 Beekman Street        Cincinnati, Ohio        45225 |
|---|

| Employer<br>Cincinnati Health Department | Employer Telephone<br>(513) 357-7420 |
|---|---|

Activity conducted requiring clearance examination(Please Check appropriate boxes.)

[✓] Lead Abatement        [ ] Lead-Safe renovation
[ ] Essential maintenance practices
[ ] Paint Stabilization        [ ] Interim Controls

Date of Lead Hazard Reduction or other activity performed

| Start Date | Completion Date |
|---|---|
| 1/6/20 | 2/6/20 |

Check each clearance activity performed and attach appropriate form(s):

[✓] Visual assessment        [✓] Dust sample collection
[ ] Soil sample collection    [ ] Water sample collection

Date of Clearance Examination
02/11/2020        [ ] Check if repeat examination

| Signature<br>Ferooz Rezvannejad | 02/11/2020 |
|---|---|

HEA 7730 (10/26)

**CHD 062**

CHL1900013

## Ohio Department of Health
# Lead Hazard Control Visual Clearance

Page 1 of 2

Date of Clearance Activity

02/11/2020

Property Address

4057 BEECHWOOD AV

Name of Clearance Examiner

Ferooz Rezvannejad

License number

LA-008511

License expiration date

04/06/2016

Name of Property Owner

SINGLETON BARRETT B & CLAIRE M

Property Address

4057 BEECHWOOD AV

Date cleanup completed

*2/5/20*

Time cleanup completed

12:00 pm

Contractor name

*John Bryson*

Telephone

Address *3317 Harvey Cincinnati, OH 45229*

☐ Check if repeat examination

| Room Identifier | List of building components to be treated in each room | Work on each component completed? | | Visible paint chips seen? | | Visible settled dust seen? | | Additional work required? | |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | Yes | No |
| EXTERIOR - EXTERIOR - ALL - WINDOW SILL | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| EXTERIOR - ALL - ALL - DOOR WIN CASING | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| EXTERIOR - EXTERIOR - A - STORM DOOR | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| EXTERIOR - GARAGE - C - DOOR FRAME | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| EXTERIOR - EXTERIOR - A - DOOR SILL | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - WINDOW SASH | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - WINDOW TROUGH | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - BASEBOARD | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - 2BAD - ALL - WALL | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - KITCHEN - C - CABINET DOORS | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - KITCHEN - C - CABINET WALL | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - FAMILY ROOM - C - SHELF | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - DOOR IMP | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - DOOR JAMB | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - WINDOW SILL | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - DOOR FACE | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - DOOR WIN CASING | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |
| INTERIOR - ALL - ALL - DOOR FRAME | | ☒Yes | ☐No | ☐Yes | ☒No | ☐Yes | ☒No | ☐Yes | ☒No |

CHD 063

# Lead Hazard Control Visual Clearance continued

Page 2 of 2

Date of Clearance Activity

02/11/2020

Property Address

4057 BEECHWOOD AV

| | | |
|---|---|---|
| Exterior Soil | ☑ Treated | ☐ Not Treated |
| If treated, is bare soil present? | ☐ Yes | ☑ No |
| Was contaminated soil removed? | ☐ Yes | ☑ No |
| Is additional soil treatment required? | ☐ Yes | ☑ No |

Notes:

Signature

HEA 7731 (10/26)

**CHD 064**

# Ohio Department of Health
# Prior Notification of Lead Abatement Project

1. Notifications shall be typed and sent to the Ohio Department of Health, Division of Quality Assurance, Attn: Lead Program, 246 North High Street, P.O. Box 118, Columbus, Ohio 43216-0118. You may also e-mail the original notification to lead@odh.ohio.gov.

2. Each lead abatement contractor shall notify the department of health at least 10 calendar days prior to the commencement of a project as required by division (D) of section 3742.07 of the Ohio Revised Code and Paragraph (I)(3) of the rule 3701-32-08 of the Ohio Administrative Code.

3. Please complete all parts of this form. This form will be returned to you if any information is lacking. The 10 day waiting period will commence when all information requested is supplied.

4. Type of Notification: ☐ Original ☐ Cancellation ☒ Revision # __1__ Revised section number(s) ___ ___ ___

**Complete the following information. Please be accurate and specific when giving locations, names, and dates.**

| 5. Building Owner name | | | | |
|---|---|---|---|---|
| Barrett Singleton | | | | |
| Address | | City | State | ZIP |
| 4057 Beechwood | | Cincinnati | OH | 45229 |
| Contact Person | | | Telephone # | |
| Barrett Singleton | | | (859) 312-1814 | |

| 6. Licensed Lead Abatement Contractor | | | | |
|---|---|---|---|---|
| John Bryson | | | | |
| License # | Expiration Date | E-Mail Address | | |
| LC001724 | 10/19/2021 | iloveleadtoday@gmail.com | | |
| Employer | | | Employer Telephone # | |
| Anderson Painting & Decorating | | | (513) 256-8254 | |
| Employer Street Address | | City | State | ZIP |
| 3317 Harvey Avenue | | Cincinnati | OH | 45229 |

| 7. Name of Designated Abatement Worker on-site (when contractor is not on-site) | License # |
|---|---|
| Anthony Owens | LW9530 |

| 8. Name of Risk Assessor/Inspector who performed testing, if applicable | License # |
|---|---|
| Ferooz Rezvannejad | LA008511 |

9. Was a Lead Hazard Control Order issued for the property?
☐ No ☒ Yes If "Yes", who was the issuing authority? <u>Cincinnati Health Dept.</u>

| 10. Building Name/Type | | State | County |
|---|---|---|---|
| Residential - single | | OH | Hamilton |
| Address | City | | |
| 4057 Beechwood | Cincinnati | | |

Site location (Include brief directions)
71 to norwood lateral left reading rd right clinton springs

11. Type of abatement
☒ Interior work ☒ Exterior work ☒ Component Replacemen ☐ Enclosure ☐ Encapsulation ☒ Dust Abatement
☒ Paint Removal ☐ Soil

12. Type of component
☒ Window ☒ Door ☐ Siding ☐ Other (specify) _____

| 13. Start Date | Completion date |
|---|---|
| 01/06/2020 | 02/06/2020 |

| Shift1: 8 AM-2 PM | Shift2: | Shift3: |
|---|---|---|

Days of Operations:
☒ Monday ☒ Tuesday ☒ Wednesday ☒ Thursday ☒ Friday ☐ Saturday ☐ Sunday

| 14. Signature of person filing this notification | Date |
|---|---|
| John Bryson | 01/07/2020 |

**FOR AGENCY USE ONLY**

| PM | DR | NOT # |
|---|---|---|
| | | 202017200 |

HEA 5801 (Rev. 12/14)

Notification no.:     202017200

Revision number:     1

Notes from Contractor:

We will be off site today 1/7/2020 and will be back tomorrow

**city of CINCINNATI**
**HEALTH DEPARTMENT**

# CHAIN OF CUSTODY RECORD
## LEAD PROGRAM

P 513 357 7420  F 513 357 7205    page 1 of ___

☐ Prim. Prevention
☐ Relocation
☐ HUD
☑ CLPPP-EBLI
☐ LAST

Turn Around Time
☐ Standard
☑ Rush 24-Hr
☐ 6-Hr

☑ INT
☐ EXT
☐ 1st Attempt
☐ 2nd Attempt
☐ 3rd Attempt

| LAB SAMPLE # (A)/yy/mm/dd/000 | FLOOR B, EX, 1, 2, 3 | SAMPLE TYPE S, P, D, W | COMP Y/N | LOCATION BR1, LR, DR, EX, etc. | SURFACE F, C, W | SURFACE # SIDES A1-Z1 | COMPONENT/ SOIL SITE AAA | DIMENSIONS (WIPES) in x in |
|---|---|---|---|---|---|---|---|---|
| F/215/20/01 | 3 | D | N | 3 BR | F | C | F W | 12 X 12 |
| 2 | 3 | | | 3 BR | W | C | W1S | 1.5 X 45 |
| 3 | 3 | | | 3 BR | W | C | WT | 5 X 40 |
| 4 | | | | 2 BRcD | F | B | FW | 12 X 12 |
| 5 | | | | 2 BRcD | W | B | W1S | 7.5 X 28 |
| 6 | | | | 2 BRcD | W | B | WT | 5 X 26 |
| 7 | | | | Foyer | F | A | FW | 12 X 12 |
| 8 | | | | 1 DR | W | B | W1S | 3.25 X 39.5 |
| 9 | | | | 1 DR | W | B | WT | 5 X 37 |
| 10 | | | | 1 LR | F | A | FW | 12 X 12 |
| 11 | | | | 1 LR | W | A | W1S | 2.5 X 45 |
| 12 | | | | 1 LR | W | A | WT | 5 X 43 |
| 13 | | | | 1 Hall | F | C | FW | 12 X 12 |
| | | | | | | | | |
| | | | | | | | | |

SPECIAL INSTRUCTIONS/HAZARDS _____

(RA/CT NAME, DATE, TIME): _Farooz Rezvannejad 2/5/20 11AM_  ADDRESS: _4057 Beechwood_

1. RELINQUISHED BY (DATE, TIME): _Farooz Rezvannejad 2/6/20 1p_  2. RELINQUISHED BY (DATE, TIME): _____

RECEIVED BY (DATE, TIME): _____  RECEIVED BY (DATE, TIME): ___ ANR  2-7  10⁰⁰

DATE   REV. 09/10    CHD 067    2645- 5506 20



**ACCURATE** ANALYTICAL TESTING LLC

30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

## Certificate of Analysis: Lead In Dust Wipe by EPA Method 7000B/3050B*

| Client : | City of Cincinnati--Health Department | | | | AAT Project : | 550620 |
|---|---|---|---|---|---|---|
| | 3301 Beekman | | | | Sampling Date : | 02/05/2020 |
| | Cincinnati, OH 45225 | | | | Date Received : | 02/07/2020 |
| Attn : | Sandra Spears | Email : | Sandra.Spears@cincinnati-oh.gov | | Date Analyzed : | 02/07/2020 |
| Phone : | (513) 352-3209 | Fax : | | | Date Reported : | 2/7/2020  5:42:07PM |

Client Project : 4057 BEECHWOOD

Project Location : 4057 BEECHWOOD

| Lab Sample ID | Client Code | Sample Description | Length (inch) | Width (inch) | Area (Sq ft) | Results Lead μg/ft2 * |
|---|---|---|---|---|---|---|
| 5302278 | F-2-5-20-01 | 3 D N 3 BR F C FW | 12 | 12 | 1.00 | 14.10 |
| 5302279 | 2 | 3 D N 3 BR W C WIS | 1.5 | 45 | 0.47 | 25.95 |
| 5302280 | 3 | 3 D N 3 BR W C WT | 5 | 40 | 1.39 | 24.69 |
| 5302281 | 4 | D N 2 BRCD F B FW | 12 | 12 | 1.00 | 24.11 |
| 5302282 | 5 | D N 2 BRCD W B WIS | 7.5 | 28 | 1.46 | 38.16 |
| 5302283 | 6 | D N 2 BRCD W B WT | 5 | 26 | 0.90 | 10.15 |
| 5302284 | 7 | D N FOYER F A FW | 12 | 12 | 1.00 | 10.20 |
| 5302285 | 8 | D N 1DR W B WIS | 3.25 | 39.5 | 0.89 | 15.35 |
| 5302286 | 9 | D N 1 DR W B WT | 5 | 37 | 1.28 | 14.21 |
| 5302287 | 10 | D N 1LR F A FW | 12 | 12 | 1.00 | <5.00 |
| 5302288 | 11 | D N 1 LR W A WIS | 2.5 | 45 | 0.78 | <6.40 |
| 5302289 | 12 | D N 1 LR W A WT | 5 | 43 | 1.49 | 20.05 |
| 5302290 | 13 | D N 1 HALL F C FW | 12 | 12 | 1.00 | <5.00 |

Analyst Signature

*Daniel Spence*

Daniel Spence

ND = Not Detected, N/A = Not Available, RL = Reporting Limit, Analytical Reporting Limit is 5 ug/sample. For true values assume (2) significant figures. AAT internal SOP S205. The method and batch QC are acceptable unless otherwise stated. EPA Regulatory Limits: 10 ug/ft2 (Floors, Carpeted/Uncarpeted), 100 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). EPA Lead Dust Clearance Limits: 40 ug/ft2 (Floors, Carpeted/Uncarpeted), 250 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). HUD Grantee Regulatory Limits: 10 ug/ft2 (Interior Floors), 40 ug/ft2 (Porch Floors), 100 ug/ft2 (Window Sills), 100 ug/ft2 (Window Troughs). The laboratory operates in accord with ISO 17025 guidelines and holds limited scopes of accreditation under AIHA-LAP and NY State DOH ELAP programs. These results are submitted pursuant to AAT, LLC current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. Analytical results relate to the samples as received by the lab. AAT will not assume any liability or responsibility for the manner in which the results are used or interpreted. All Quality Control requirements for the samples this report contains have been met. AAT does not blank correct reported values. Sample data apply only to items analyzed. Results are calculated with wipe dimensions supplied by client. Reproduction of this document other than in its entirety is not authorized by AAT, LLC. * = Validated modified method. Samples are stored for 15 days following report date

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed:  02/07/2020                               AAT Project:    550620



Lab ID #100986

Page 1 of 2



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

| To : | City of Cincinnati--Health Department | | | | **AAT Project :** | 550620 |
|---|---|---|---|---|---|---|
| | 3301 Beekman | | | | **Client Project :** | 4057 BEECHWOOD |
| | Cincinnati, OH 45225 | | | | **Date Reported :** | 2/7/2020  5:42:07PM |
| **Attn :** | Sandra Spears | | **Email :** | Sandra.Spears@cincinnati-oh.gov | | |
| | | | **Phone :** | (513) 352-3209 | | |

**Project Location :**   4057 BEECHWOOD

| Sample | Client Code | Analysis Requested | Completed | Analyst |
|---|---|---|---|---|
| 5302278 | F-2-5-20-01 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302279 | 2 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302280 | 3 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302281 | 4 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302282 | 5 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302283 | 6 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302284 | 7 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302285 | 8 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302286 | 9 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302287 | 10 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302288 | 11 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302289 | 12 | Dust Wipe | 02/07/2020 | Daniel Spence |
| 5302290 | 13 | Dust Wipe | 02/07/2020 | Daniel Spence |

**Reviewed By**        Quality Assurance Coordinator - Stephen Northcott

This report is intended for use solely by the individual or entity to which it is addressed. It may contain information that is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this information is not the intended recipient or an employee of its intended recipient, you are herewith notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify AAT immediately. Thank you.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed:  02/07/2020   5:53PM              AAT Project:      550620

Page 2 of 2

**CHD 069**



**city of CINCINNATI**
HEALTH DEPARTMENT

We know **health** matters

**CHAIN OF CUSTODY RECORD**
**LEAD PROGRAM**

P 513.357.7420  F 513.357.7205

page __1__ of __C__

- [x] Prim. Prevention
- [ ] Relocation
- [ ] HUD
- [ ] CLPPP-EBLI
- [ ] LAST

Turn Around Time
- [x] Standard
- [ ] Rush 24-Hr
- [ ] 6-Hr

- [ ] INT
- [x] EXT
- [ ] 1st Attempt
- [ ] 2nd Attempt
- [ ] 3rd Attempt

| LAB SAMPLE # (A)/yy/mm/dd/000 | FLOOR B, EX, 1, 2, 3 | SAMPLE TYPE S; P, D, W | COMP Y/N | LOCATION BR1, LR, DR, EX, etc. | SURFACE F, C, W | SURFACE # SIDES A1-Z1 | COMPONENT/ SOIL SITE AAA | DIMENSIONS (WIPES) in x in |
|---|---|---|---|---|---|---|---|---|
| 1/25/10/24/001 | Ex | S | Y | Front Yard | - | A | - | / |
| 2 | Ex | S | Y | Drip Line | - | A | - | / |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

AAT
‖‖‖‖‖‖‖‖‖‖‖
134393

SPECIAL INSTRUCTIONS/HAZARDS _____

(RA/CT NAME, DATE, TIME): _____ 10/24/25  12:45p

1. RELINQUISHED BY (DATE, TIME): _____ @ 3:30p

RECEIVED BY (DATE, TIME): _____

DATE   REV. 09/10

ADDRESS: 4057 Beechwood Ave Cincinnati OH 45229

2. RELINQUISHED BY (DATE, TIME): _____

RECEIVED BY (DATE, TIME): Lexus Stanfeld  Accurate Analytical Testing  OCT 2 7 2025

CHD 070



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

## Certificate of Analysis: Lead In Soil by EPA SW-846 7000B and 3050B Method*

**Client :** City of Cincinnati--Health Department
3301 Beekman
Cincinnati, OH 45225

**Attn :** Ashish Budev  **Email :** ashish.budev@cincinnati-oh.gov
**Phone :** (513) 352-3209  **Fax :**

**Client Project :** 4057 BEECHWOOD AVE CINCINNATI OH 45229

**Project Location :** 4057 BEECHWOOD AVE CINCINNATI OH 45229

**AAT Project :** 1222710
**Sampling Date :** 10/24/2025
**Date Received :** 10/27/2025
**Date Analyzed :** 10/28/2025
**Date Reported** 10/29/2025

| Sample ID | Client Code | Sample Description | Results Lead µg/g (PPM) | Calculated RL µg/g * |
|---|---|---|---|---|
| 10914626 | D-25-10-24-001 | EX S Y FT YRD A | 142 | 21.0 |
| 10914627 | 2 | EX S Y DRIP A | 872 | 23.4 |

Analyst Signature  *Alex Hall*

Alex Hall

ND=Not Detected, N/A=Not Available, RL=Reporting Limit, Analytical Reporting Limit= 5ug/sample. A '<' indicates the reported result is below AAT's RL. For true values assume 3 significant figures. The method/batch QC are acceptable unless otherwise stated. AAT internal sop S218. The laboratory operates in accord with ISO17025 guidelines and holds limited scopes of accreditation under AIHA LAP and NYS DOH ELAP programs. These results are submitted pursuant to AAT LLC current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. Analytical results relate to the samples as received by the lab. AAT will not assume any liability or responsibility for the manner in which the results are used or interpreted. Measurement uncertainty can be provided upon request;Measurement Uncertainty represents only Analytical Uncertainty. Reproduction of this document other than in its entirety is not permitted. AAT does not blank correct reported values. Sample data apply only to items analyzed. Samples stored for 15 days following report date. *= Validated modified method.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042, State of RI- Lab ID# LAO00345

Date Printed: 10/29/2025  4:49AM  AAT Project:  1222710



Page 1 of 2



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

**To :**   City of Cincinnati--Health Department
3301 Beekman
Cincinnati, OH 45225

**Attn :**   Ashish Budev          **Email :**   ashish.budev@cincinnati-oh.gov
                                    **Phone :**   (513) 352-3209

**Project Location :**   4057 BEECHWOOD AVE CINCINNATI OH 45229

**AAT Project :** 1222710
**Client Project :** 4057 BEECHWOOD AVE CINCI
**Date Reported** 10/29/2025

| Sample | Client Code | Analysis Requested | Completed | Analyst |
|--------|-------------|--------------------|-----------|---------|
| 10914626 | D-25-10-24-001 | Lead Soil | 10/28/2025 | Alex Hall |
| 10914627 | 2 | Lead Soil | 10/28/2025 | Alex Hall |

*Elyse Bidle*

**Reviewed By**

Elyse Bidle
Quality Assurance Coordinator

This report is intended for use solely by the individual or entity to which it is addressed. It may contain information that is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this information is not the intended recipient or an employee of its intended recipient, you are herewith notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify AAT immediately. Thank you.

NY State DOH ELAP -Lab ID #11864, Michigan State Lab # 9996

Date Printed: 10/29/2025   4:49AM          AAT Project:   1222710

CHD 072

# CINCINNATI
**city of**
HEALTH DEPARTMENT
We know **health** matters

## CHAIN OF CUSTODY RECORD
## LEAD PROGRAM
**P** 513 357 7420  **F** 513 357 7205    page 1 of 1

- ☒ Prim. Prevention
- ☐ Relocation
- ☐ HUD
- ☐ CLPPP-EBLI
- ☐ LAST

Turn Around Time
- ☒ Standard
- ☐ Rush 24-Hr
- ☐ 6-Hr

- ☒ INT
- ☐ EXT
- ☐ 1st Attempt
- ☐ 2nd Attemp
- ☐ 3rd Attempt

*(margin: 9/15/17  9791606)*

| LAB SAMPLE # (A)/yy/mm/dd/000 | FLOOR B, EX, 1, 2, 3 | SAMPLE TYPE S, P, D, W | COMP Y/N | LOCATION BR1, LR, DR, EX, etc. | SURFACE F, C, W | SURFACE # SIDES A1-Z1 | COMPONENT/ SOIL SITE AAA | DIMENSIONS (WIPES) in x in |
|---|---|---|---|---|---|---|---|---|
| 001 | 1 | D | N | Front Entry | FW | A | | 12x12 |
| 2 | 1 | | | DR | FW | A | | 12x12 |
| 3 | 1 | | | Playroom | FW | C | | 12x12 |
| 4 | 1 | | | Back Entry | FW | C | | 12x12 |
| 5 | 2 | | | BRAB | FW | A | | 12x12 |
| 6 | 2 | | | BRBC | FW | C | | 12x12 |
| 7 | 2 | | | BRC | FW | C | | 12x12 |
| 8 | 2 | | | BRD | FW | D | | 12x12 |
| 9 | 3 | | | Attic | FW | C | | 12x12 |
| 10 | 3 | | | Den | FW | A | | 12x12 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SPECIAL INSTRUCTIONS/HAZARDS _____

(RA/CT NAME, DATE, TIME): Aquela Tooler  10/1/24  10 AM    ADDRESS: 4057 Beechwood Ave Cincinnati

1. RELINQUISHED BY (DATE, TIME): Aquela Tooler  10/2/24 3PM  2. RELINQUISHED BY (DATE, TIME): _____ OH 45229

RECEIVED BY (DATE, TIME): _____    RECEIVED BY (DATE, TIME): Rebecca Davis - Analytical Testing  OCT 0 2 2024

2045-107 5207

Ⓡ ATE   REV. 09/10

CHD 073



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

## Certificate of Analysis: Lead In Dust Wipe by EPA Method 7000B/NIOSH 7082*

| | | | |
|---|---|---|---|
| **Client :** | City of Cincinnati--Health Department | **AAT Project :** | 1075207 |
| | 3301 Beekman | **Sampling Date :** | 10/01/2024 |
| | Cincinnati, OH 45225 | **Date Received :** | 10/02/2024 |
| **Attn :** | Sandra Spears   **Email :** Sandra.Spears@cincinnati-oh.gov | **Date Analyzed :** | 10/04/2024 |
| **Phone :** | (513) 352-3209   **Fax :** | **Date Reported** | 10/07/2024 |

**Client Project :**   4057 BEECHWOOD AVE CINCINNATI OH 45229

**Project Location :**   4057 BEECHWOOD AVE CINCINNATI OH 45229

| Sample ID | Client Code | Sample Description | Length (inch) | Width (inch) | Area (Sq ft) | Results Lead µg/ft2 * |
|---|---|---|---|---|---|---|
| 9791517 | 001 | 1 D N FRONT ENTRY FW A | 12 | 12 | 1.00 | <5.00 |
| 9791518 | 2 | 1 D N DR FW A | 12 | 12 | 1.00 | <5.00 |
| 9791519 | 3 | 1 D N PLAY RM FW C | 12 | 12 | 1.00 | <5.00 |
| 9791520 | 4 | 1 D N BACK ENTRY FW C | 12 | 12 | 1.00 | <5.00 |
| 9791521 | 5 | 2 D N BRAB FW A | 12 | 12 | 1.00 | <5.00 |
| 9791522 | 6 | 2 D N BRBC FW C | 12 | 12 | 1.00 | <5.00 |
| 9791523 | 7 | 2 D N BRC FW C | 12 | 12 | 1.00 | <5.00 |
| 9791524 | 8 | 2 D N BRD FW D | 12 | 12 | 1.00 | <5.00 |
| 9791525 | 9 | 3 D N ATTIC FW C | 12 | 12 | 1.00 | 5.64 |
| 9791526 | 10 | 3 D N DEN FW A | 12 | 12 | 1.00 | <5.00 |

Analyst Signature

Nathan Ditty

ND = Not Detected, N/A = Not Available, RL = Reporting Limit, Analytical Reporting Limit is 5 ug/sample. For true values assume (3) significant figures. AAT internal SOP S205. The method and batch QC are acceptable unless otherwise stated. EPA Regulatory Limits: 10 ug/ft2 (Floors, Carpeted/Uncarpeted), 100 ug/ft2 (Window Sill/Stools), 400 ug/ft2 (Window Trough/Well/Ext Concrete Surfaces). HUD Grantee Regulatory Limits: 10 ug/ft2 (Interior Floors), 40 ug/ft2 (Porch Floors), 100 ug/ft2 (Window Sills), 100 ug/ft2 (Window Troughs). The laboratory operates in accord with ISO 17025 guidelines and holds limited scopes of accreditation under AIHA-LAP and NY State DOH ELAP programs. These results are submitted pursuant to AAT, LLC current terms and conditions of sale, including the company's standard warranty and limitation of liability provisions. Analytical results relate to the samples as received by the lab. AAT will not assume any liability or responsibility for the manner in which the results are used or interpreted. All Quality Control requirements for the samples this report contains have been met. AAT does not blank correct reported values. Sample data apply only to items analyzed. Results are calculated with wipe dimensions supplied by client. Reproduction of this document other than in its entirety is not authorized by AAT, LLC. * = Validated modified method. Samples are stored for 15 days following report date.



AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed:  10/07/2024                    **AAT Project:**    1075207

Page 1 of 2



30105 Beverly Road
Romulus, MI 48174
Ph: 734-629-8161; Fax: 734-629-8431

| To : | City of Cincinnati--Health Department | | | | AAT Project : | 1075207 |
|---|---|---|---|---|---|---|
| | 3301 Beekman | | | | Client Project : | 4057 BEECHWOOD AVE CINCI |
| | Cincinnati, OH 45225 | | | | Date Reported | 10/07/2024 |
| Attn : | Sandra Spears | Email : | Sandra.Spears@cincinnati-oh.gov | | | |
| | | Phone : | (513) 352-3209 | | | |
| Project Location : | 4057 BEECHWOOD AVE CINCINNATI OH 45229 | | | | | |

| Sample | Client Code | Analysis Requested | Completed | Analyst |
|---|---|---|---|---|
| 9791517 | 001 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791518 | 2 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791519 | 3 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791520 | 4 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791521 | 5 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791522 | 6 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791523 | 7 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791524 | 8 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791525 | 9 | Dust Wipe | 10/04/2024 | Nathan Ditty |
| 9791526 | 10 | Dust Wipe | 10/04/2024 | Nathan Ditty |

*Elyse Bidle*

**Reviewed By**

Elyse Bidle
Quality Assurance Coordinator

This report is intended for use solely by the individual or entity to which it is addressed. It may contain information that is privileged, confidential and otherwise exempt by law from disclosure. If the reader of this information is not the intended recipient or an employee of its intended recipient, you are herewith notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify AAT immediately. Thank you.

AIHA LAP- Lab ID #100986, NY State DOH ELAP -Lab ID #11864, State of Ohio- Lab ID # 10042

Date Printed: 10/07/2024   4:16AM          AAT Project:   1075207

CHD 075