## EXHIBIT 3

**First Affidavit of Jennifer Foster, dated May 14, 2026**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JESSE BRUMBAUGH,** *et al.,* | : | Case No. 1:25-cv-00269-DRC |
| | : | |
| **Plaintiffs,** | : | **JUDGE DOUGLAS R. COLE** |
| | : | |
| **v.** | : | |
| | : | |
| **BARRETT SINGLETON,** *et al.,* | : | |
| | : | **FIRST AFFIDAVIT OF JENNIFER** |
| **Defendants.** | : | **FOSTER** |

1.     My name is Jennifer Foster. My husband Jesse Brumbaugh and I are the Plaintiffs in this case. We currently own and reside in a house at 4057 Beechwood Avenue, Cincinnati, OH 45229.

2.     Prior to signing the purchase contract for our home, my husband I received a document signed by the prior owners, Claire Singleton and Barrett Singleton, which was entitled "Lead-Based Paint Disclosure Housing Sales." A true and accurate copy of this disclosure form is attached to this affidavit.

3.     At no time prior to closing on our home were we provided or informed of any orders or reports related to lead hazards issued by the City of Cincinnati Health Department.

4.     Further, affiant sayeth naught.

*[signature page follows]*

1

_____
Jennifer Foster

State of ___Ohio_____

County of ___Hamilton_____

      Sworn to or affirmed and subscribed before me by ___Jennifer Foster___

this _14th_ day of ___May_____, 2026.

[affix notary stamp above]

_____
Notary Public

2

dotloop signature verification: dtlp.us/HDEq-2vkb-mMaG

dotloop signature verification: dtlp.us/qxED-cxJC-3I2m

Copyright© April 2005  CINCINNATI AREA BOARD OF REALTORS®, INC.



Comey&
Shepherd
REALTORS.

## Lead-Based Paint Disclosure
## Housing Sales
A product of the
CINCINNATI AREA BOARD OF REALTORS®, INC.
Approved by Board Legal Counsel
(If not understood, seek legal advice. For real
estate advice, consult your REALTOR®.)



Property Address 4057 Beechwood Avenue, Cincinnati, OH 45229

### LEAD WARNING STATEMENT

Every buyer of any interest in residential real property on which a residential dwelling unit was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning.  Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory.  Lead poisoning also poses a particular risk to pregnant women.  The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.
*Intact lead-based paint that is in good condition is not necessarily a hazard.  See the EPA pamphlet "Protect Your Family From Lead in Your Home"* for more information.

**Seller's Disclosure** (Please initial where indicated):



**(a)**  **Presence of lead-based paint or lead-based paint hazards** (check one):

☑ Known lead-based paint and/or lead-based paint hazards are present in the housing.  (explain)

This home participated in the Ohio Lead Abatement Tax Program. All friction surfaces have been cleared by Cincinnati Health Dept

☐ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

**(b)**  **Records and reports available to the seller** (check one):

☐ Seller has provided the buyer with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

☑ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Buyer's Acknowledgment**  (Please initial where indicated):



( )  Buyer has received copies of all information listed in (b) above.

( )  Buyer has received the pamphlet *Protect Your Family from Lead in Your Home.*

**(e)**  Buyer has (check one below):

☐ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

☑ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (Please initial where indicated):

| KCP |  **(f)**  Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy:**  The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

By:

| _Claire M. Singleton_ | dotloop verified 03/23/21 3:48 PM EDT XQBN-OLGY-ZUAG-SN3I | _Jennifer Foster_ | dotloop verified 04/27/21 1:48 PM PDT SNQS-E1YF-GWDF-SYIG |
| Seller | Date | Buyer | Date |
| _Barrett Singleton_ | dotloop verified 03/20/21 11:56 AM EDT YYWA-GAOO-IOVA-0CT7 | _Jesse Brumbaugh_ | dotloop verified 04/27/21 9:23 AM PDT O1JP-AVWZ-YKVY-IOHV |
| Seller | Date | Buyer | Date |
| Kelly Pear  5/25/21 | | _Julia Wesselkamper_ | dotloop verified 04/27/21 11:41 AM EDT OEFV-TICL-XSMA-G6V6 |
| Agent | Date | Agent | Date |

3