**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JESSE BRUMBAUGH, *et al.*, | : | Case No. 1:25-cv-00269-DRC |
| | : | |
| Plaintiffs, | : | JUDGE DOUGLAS R. COLE |
| | : | |
| v. | : | **PLAINTIFFS' STATEMENT OF** |
| | : | **PROPOSED UNDISPUTED FACTS** |
| BARRETT SINGLETON, *et al.*, | : | **FOR MOTION FOR PARTIAL** |
| | : | **SUMMARY JUDGMENT ON** |
| Defendants. | : | **LIABILITY AS TO COUNT I** |

1.     The real property at issue in this case (the "Property") is located at 4057 Beechwood Avenue, in the City of Cincinnati, Hamilton County, State of Ohio, bearing Hamilton County Auditor Parcel Id. No 115-0006-0009-00. There is a residential home on the Property that was constructed prior to 1978. Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Admissions ("Def. Responses") at RFA #3, Doc. 21-1 at PageID 562.

2.     Defendants Barrett Singleton and Claire Singleton took title to the Property on or about October 23, 2017. Def. Responses at RFA #1, Doc. 21-1 at PageID 561.

3.     Defendants then lived in the house on the Property for multiple years, until they sold the Property to Plaintiffs Jesse Brumbaugh and Jennifer Foster in 2021. *See* Def. Responses at RFA #3, Doc. 21-1 at PageID 562; *id.* at RFA #19, Doc. 21-1 at PageID 566.

4.     The City of Cincinnati Health Department issued Defendants an Order to Control Lead Hazards dated March 8, 2019 (the "Order"). Def. Responses at RFA

1

#4, Doc. 21-1 at PageID 562; Affidavit of Records Custodian of the Cincinnati Health Department Lead Poisoning Prevention Program ("City Records") at CHD 003, Doc. 21-2 at PageID 573.

5. The Order instructed Defendants to take certain steps to control lead hazards at the Property. City Records at CHD 004, Doc. 21-2 at PageID 574.

6. The Order also included a Lead Based Paint Inspection and Lead Risk Assessment Report, which was performed at the Property by a licensed lead risk assessor. City Records at CHD 009, Doc. 21-2 at PageID 579.

7. The report included in the Order contained information regarding the presence of lead hazards at the Property. City Records at CHD 009-060, Doc. 21-2 at PageID 579-630.

8. The report included in the Order stated that "[f]ederal law (24 CFR part 35 and 40 CFR part 745) requires sellers and lessors of residential units constructed prior to 1978 * * * to disclosure and provide a copy of this report to new purchasers and lessees before they become obligated under a lease or sales contract." City Records at CHD 011, Doc. 21-2 at PageID 581.

9. The report included in the Order stated, "A copy of this complete report must be made available to new lessees (tenants) and must be provided to purchasers of this property under Federal law before they become obligated under any future lease or sales contract transactions (Section 1018 of Title X – found in 24 CFR Part 35 and 40 CFR Part 745), until the demolition of this property." City Records at CHD 016, Doc. 21-2 at PageID 586.

10.     The report included in the Order stated that ongoing monitoring of lead hazards will be necessary, including "visual assessments" by the property owner once per year and "re-evaluations" by a certified lead risk assessor every two years. City Records at CHD 015, Doc. 21-2 at PageID 585.

11.     The City of Cincinnati Health Department issued Defendants a Notice of Compliance dated February 11, 2020. Def. Responses at RFA #7, Doc. 21-1 at PageID 563; City Records at CHD 061, Doc. 21-2 at PageID 631.

12.     The Notice of Compliance included a Clearance Examination Report, which was performed at the Property by a licensed lead risk assessor. City Records at CHD 062, Doc. 21-2 at PageID 632.

13.     The report included in the Notice of Compliance contained information regarding the presence of lead hazards at the Property. City Records at CHD 063-075, Doc. 21-2 at PageID 633-645.

14.     The report included in the Notice of Compliance stated that "[f]ederal law (24 CFR part 35 and 40 CFR part 745) requires sellors [sic] and lessors of residential units constructed prior to 1978 * * * to disclose and provide a copy of this report to new purchasers or lesses [sic] before they become obligated under a lease or sale contract." City Records at CHD 062, Doc. 21-2 at PageID 632.

15.     Defendants and Plaintiffs entered into a Contract to Purchase dated April 27, 2021 concerning the Property. Def. Responses at RFA #10, Doc. 21-1 at PageID 564.

16.     Prior to entering into the Contract to Purchase, Defendants never provided Plaintiffs with any portion of the above-referenced Order or Notice of Compliance. Def. Responses at RFA #13, Doc. 21-1 at PageID 565.

17.     Prior to entering into the Contract to Purchase, Defendants never informed Plaintiffs of the existence of the above-referenced Order or Notice of Compliance. Def. Responses at RFA #14, Doc. 21-1 at PageID 565.

18.     Prior to entering into the Contract to Purchase, Defendants executed and delivered to Plaintiffs a form entitled Lead-Based Paint Disclosures Housing Sales (the "Disclosure Form"), which contained a series of questions related to lead hazards at the Property. Def. Responses at RFA #15 and #16, Doc. 21-1 at PageID 565.

19.     The Disclosure Form expressly stated that "[t]he seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any lead-based paint hazards." First Affidavit of Jennifer Foster at 3, Doc. 21-3 at PageID 649.

20.     On the Disclosure Form, Defendants stated that "Seller has no reports or records pertaining to lead-based paint and/or lead based paint hazards in the housing." Def. Responses at RFA #18, Doc. 21-1 at PageID 566; First Affidavit of Jennifer Foster, Doc. 21-3 at PageID 649.

21.     The Contract to Purchase between Plaintiffs and Defendants was eventually closed, and Defendants sold and conveyed the Property to Plaintiffs by a

4

general warranty deed, on or about August 3, 2021. Def. Responses at RFA #19 and #21, Doc. 21-1 at PageID 566-567.

22. Prior to closing, Defendants never provided Plaintiffs with any portion of, or informed Plaintiffs about, the above-referenced Order or Notice of Compliance. Def. Responses at RFA #20, Doc. 21-1 at PageID 567; First Affidavit of Jennifer Foster at ¶ 3, Doc. 21-3 at PageID 649.

Date: July 16, 2026

Respectfully submitted,

*/s/ J.P. Burleigh*
J.P. Burleigh (0101560)
Sean S. Suder (0078535)
SUDER, LLC
1502 Vine Street, Fourth Floor
Cincinnati, OH 45202
(513) 694-7500
jp@ssuder.com
sean@ssuder.com
*Counsel for Plaintiffs Jesse*
*Brumbaugh and Jennifer Foster*

## CERTIFICATE OF SERVICE

I hereby certify that foregoing document was electronically filed through CM/ECF this 16th day of July, 2026 and sent by email to the below persons, pursuant to Fed. R. Civ. P. 5(b).

Christopher R. Jones (0092351)
Jeffrey M. Nye (0082247)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2708
(513) 533-2999 (fax)
crj@sspfirm.com
jmn@sspfirm.com
*Counsel for Defendants*
*Barrett Singleton and Claire Singleton*

Respectfully submitted,

*/s/ J.P. Burleigh*
J.P. Burleigh (0101560)
*Counsel for Plaintiffs Jesse*
*Brumbaugh and Jennifer Foster*

6