**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JESSE BRUMBAUGH, et al.,** | : | Case No. 1:25-cv-00269-DRC |
| | : | |
| Plaintiffs, | : | Judge Douglas R. Cole |
| | : | |
| v. | : | |
| | : | **DEFENDANTS' NOTICE OF** |
| **BARRETT SINGLETON, et al.,** | : | **FILING EXHIBITS TO** |
| | : | **MEMORANDUM IN** |
| Defendants. | : | **OPPOSITION TO PLAINTIFFS'** |
| | : | **MOTION FOR PARTIAL** |
| | : | **SUMMARY JUDGMENT** |

Pursuant to Judge Douglas R. Cole's Standing Order on Civil Procedures, Defendants Barrett Singleton and Claire Singleton (collectively "Defendants"), by and through counsel, hereby provide notice of the following exhibits, described below and attached hereto, which Defendants may rely on for purposes of their forthcoming Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

Exhibit 1 – Affidavit of Barrett Singleton, dated August 5, 2026

Exhibit 2 – Affidavit of Claire Singleton, dated August 5, 2026

Date: August 6, 2026

Respectfully Submitted,

*/s/  Christopher R. Jones*
Christopher R. Jones (0092351)
Jeffrey M. Nye (0082247)
SSP LAW CO., L.P.A.
2623 Erie Ave.
Cincinnati, OH 45208
(513)533-2708
(513)533-2999 (facsimile)
crj@sspfirm.com
jmn@sspfirm.com
*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing and attached exhibits were served on all counsel of record via CM/ECF on August 6, 2026.

/s/ Christopher R. Jones
Christopher R. Jones (0092351)