**EXHIBIT 2**

**Affidavit of Claire Singleton, dated August 5, 2026**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JESSE BRUMBAUGH, et al.,    : Case No. 1:25-cv-00269-DRC

                            :

        Plaintiffs,        : JUDGE DOUGLAS R. COLE

                            :

    v.                 : <u>AFFIDAVIT OF</u>

                            : <u>CLAIRE SINGLETON</u>

BARRETT SINGLETON, et al., :

                            :

        Defendants.      :

COMMONWEALTH OF KENTUCKY      )
                                ) ss:
COUNTY OF _Fayett___          )

Now comes Claire Singleton, being first duly sworn and cautioned, and states as follows:

1. I am competent to testify as to the matters herein based upon my own personal knowledge.

2. My husband Barrett Singleton and I previously owned the real property and improvements located at 4057 Beechwood Avenue, Cincinnati, Ohio 45229 (the "Property").

3. Prior to entering into the purchase contract to sell the Property to Plaintiffs Jesse Brumbaugh and Jennifer Foster (jointly, "Plaintiffs"), I received a document titled "Lead-Based Paint Disclosure Housing Sales" (the "Lead Disclosure Form"). A true and accurate copy of the Lead Disclosure Form is attached to the First Affidavit of Jennifer Foster dated May 14, 2026 and incorporated herein by reference.

4. Upon receipt of the Lead Disclosure Form, I reviewed the "Lead Warning Statement". The Lead Warning Statement specifically states that "[t]he seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards."

5. Based upon my reading of the foregoing language in the "Lead Warning Statement", it was my understanding and belief that as a seller I was only required to provide any records and

6. At the time I completed the Lead Disclosure Form and through the closing of the sale, I did not have the Order to Control Lead Hazards or the Notice of Compliance issued by the City of Cincinnati in my possession.

7. Based upon the foregoing facts and my belief that as a seller I was only required to provide any records and reports in my possession at that time, I checked the box stating that "Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing".

**FURTHER AFFIANT SAYETH NAUGHT**

_8/5/26_
Claire Singleton

Sworn to or affirmed and subscribed before me by Claire Singleton on August 5, 2026.

ALEJANDRO SENSAT ESTEVEZ
Notary Public
Commonwealth of Kentucky
Commission Number KYNP84953
My Commission Expires Jan 30, 2028

_8/5/2026_
Notary Public

[Affix notary stamp above]

2