**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JESSE BRUMBAUGH, et al.,** | : | Case No. 1:25-cv-00269-DRC |
| | : | |
| Plaintiffs, | : | Judge Douglas R. Cole |
| | : | |
| v. | : | **DEFENDANTS' RESPONSE TO** |
| | : | **PROPOSED UNDISPUTED** |
| **BARRETT SINGLETON, et al.,** | : | **FACTS** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

Defendants Barrett Singleton and Claire Singleton, by and through counsel, hereby submit the following responses to Plaintiff's Statement of Proposed Undisputed Facts for Motion for Partial Summary Judgment on Liability as to Count I.

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

1

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit only that prior to closing, Defendants never provided Plaintiffs with any portion of the Order or Notice of Compliance documents.  Deny that prior to closing, Defendants never "informed Plaintiffs about" the Notice of Compliance as Defendants disclosed in the Lead-Based Paint Disclosure that "[a]ll friction surfaces have been cleared by Cincinnati Health Dept". Aff. of J. Foster, Doc. 21-3 at PageID 649.  This statement informed Plaintiffs of the involvement of the Cincinnati Health Department, the substance of the Notice of Compliance, and of the fact that the Cincinnati Health Department conducted a clearance examination.

## DEFENDANTS' PROPOSED DISPUTED ISSUES OF MATERIAL FACT

Defendants Barrett Singleton and Claire Singleton (jointly, "Defendants" or the "Singletons"), by and through counsel, hereby submit their Proposed Disputed Issues of Material Fact.

These Proposed Disputed Issues do not enumerate each instance of Plaintiffs' failure to satisfy their burden to provide evidence demonstrating an absence of a genuine dispute of material

fact under Fed. R. Civ. P. 56(a), which are fully discussed in the attached merit brief.  Further, Defendants Proposed Disputed Issues of Material Fact solely respond to Plaintiffs' Motion for Partial Summary Judgment on Liability and Defendants hereby reserve the right to raise any and all defenses and arguments regarding Plaintiffs' alleged damages.

1. Defendants "informed Plaintiffs about" the Notice of Compliance as Defendants disclosed in the Lead-Based Paint Disclosure that "[a]ll friction surfaces have been cleared by Cincinnati Health Dept". Aff. of J. Foster, Doc. 21-3 at PageID 649.  This statement informed Plaintiffs of the involvement of the Cincinnati Health Department, the substance of the Notice of Compliance, and of the fact that the Cincinnati Health Department conducted a clearance examination.

2. Any violation of the disclosure requirements under 42 U.S.C. § 4852d (the "RLPHRA") by Defendants was the product of " ignorance, mistake or accident", "inadvertence or inattentiveness", and/or mere negligence. *See generally* Affidavit of Barrett Singleton, Doc. 23-1; Affidavit of Claire Singleton, Doc. 23-2.

Respectfully Submitted,

*/s/  Christopher R. Jones*
Christopher R. Jones (0092351)
Jeffrey M. Nye (0082247)
SSP LAW CO., L.P.A.
2623 Erie Ave.
Cincinnati, OH 45208
(513)533-2708
(513)533-2999 (facsimile)
crj@sspfirm.com
jmn@sspfirm.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on all counsel of record via CM/ECF on August 6, 2026.

/s/  Christopher R. Jones

Christopher R. Jones (0092351)